1  XAVIER BECERRA
   Attorney General of California
2  MICHAEL L. NEWMAN
   Senior Assistant Attorney General
3  DOMONIQUE C. ALCARAZ
   LEE I. SHERMAN
4  JASLEEN SINGH
   MARISSA MALOUFF (SBN #316046)
5  Deputy Attorneys General
     300 S. Spring St., Suite 1702
6    Los Angeles, CA 90013
     Telephone: (213) 269-6467
7    Fax: (213) 897-7605
     E-mail: Marissa.Malouff@doj.ca.gov
8  *Attorneys for State of California*

9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13

| | |
|---|---|
| 14 **THE STATE OF CALIFORNIA,** | Civil Case No. 4:20-cv-04592-JST |
| 15 Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| 16 v. | |
| 17 **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY; CHAD F. WOLF,** in his official capacity as Acting Secretary of Department of Homeland Security; and **MATTHEW ALBENCE,** in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, | |
| 22 Defendants. | |

23

24

25

26

27

28

Plaintiffs respectfully request, pursuant Federal Rule of Evidence 201, that this Court take judicial notice of the following documents.

1.      Attached hereto as **Exhibit 1** is a true and correct copy of the U.S. Immigration and Customs Enforcement (ICE) guidance titled "COVID-19: Guidance for SEVP Stakeholders" dated March 13, 2020.  As of July 13, 2020, this document is available on ICE's website, at https://www.ice.gov/sites/default/files/documents/Document/2020/Coronavirus%20Guidance_3.13.20.pdf.

2.      Attached hereto as **Exhibit 2** is a true and correct copy of the U.S. Immigration and Customs Enforcement broadcast titled "COVID-19 and Fall 2020 to All SEVIS Users" dated July 6, 2020.  As of July 13, 2020, this document is available on ICE's website, at https://www.ice.gov/doclib/sevis/pdf/bcm2007-01.pdf.

3.      Attached hereto as **Exhibit 3** is a true and correct copy of the U.S. Immigration and Customs Enforcement document titled "Frequently Asked Questions for SEVP Stakeholders about Guidance for the Fall 2020 Semester" dated July 7, 2020. As of July 13, 2020, this document is available on ICE's website, at https://www.ice.gov/doclib/sevis/pdf/sevisFall2020_FAQ.pdf.

4.      Attached hereto as **Exhibit 4** is the true and correct copy of the California Governor's Proclamation of a State of Emergency dated March 4, 2020.  As of July 13, 2020, this document is available on the Governor's website, at https://www.gov.ca.gov/wp-content/uploads/2020/03/3.4.20-Coronavirus-SOE-Proclamation.pdf.

5.      Attached hereto as **Exhibit 5** is a true and correct copy of the data records provided by the U.S. Center for Disease Control and Prevention on (CDC) Coronavirus Disease 2019 (COVID-19) Cases in the U.S. dated July 13, 2020.  As of July 13, 2020, this document is available on the CDCs website, at https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html.

6.      Attached hereto as **Exhibit 6** is a true and correct copy of the data records provided by World Health Organization's (WHO) United States Cases dated July 13, 2020.  As of July 13, 2020, this document is available on the WHO's website, at

1

1  https://covid19.who.int/region/amro/country/us.

2      7.      Attached hereto as **Exhibit 7** is a true and correct copy of the data records

3  provided by California Government on COVID-19 Statewide Update last updated on July 13,

4  2020 at 11:00 am.  As of July 13, 2020, this document is available online, at

5  https://update.covid19.ca.gov/.

6      8.      Attached hereto as **Exhibit 8** is a true and correct copy of the U.S. Center for

7  Disease Control and Prevention (CDC) webpage entitled "Coronavirus Disease 2019 (COVID-

8  19) Social Distancing" dated July 6, 2020.  As of July 13, 2020, this document is available on the

9  CDCs website, at https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/social-

10  distancing.html.

11      9.      Attached hereto as **Exhibit 9** is the true and correct copy of the California

12  Governor's Executive Order N-33-20 dated March 19, 2020.  As of July 13, 2020, this document

13  is available on the Governor's website, at https://www.gov.ca.gov/wp-

14  content/uploads/2020/03/3.19.20-attested-EO-N-33-20-COVID-19-HEALTH-ORDER.pdf

15      10.     Attached hereto as **Exhibit 10** is the true and correct copy of the California

16  Government COVID-19 County Variance Information dated July 13, 2020.  As of July 13, 2020,

17  this document is available on the Governor's website, at https://covid19.ca.gov/roadmap-

18  counties/.

19      11.     Attached hereto as **Exhibit 11** is a true and correct copy of the U.S. Center for

20  Disease Control (CDC) Considerations for Institutes of Higher Education dated May 30, 2020.

21  As of July 13, 2020, this document is available on the CDCs website, at

22  https://www.cdc.gov/coronavirus/2019-ncov/community/colleges-

23  universities/considerations.html.

24      12.     Attached hereto as **Exhibit 12** is a true and correct copy of the U.S. Center for

25  Disease Control (CDC) Guidance for Administrators of Intuitions of Higher Education dated

26  March 18, 2020.  As of July 13, 2020, this document is available on the CDCs website, at

27  https://www.cdc.gov/coronavirus/2019-ncov/community/guidance-ihe-response.html.

28      13.     Attached hereto as **Exhibit 13** is a true and correct copy of the U.S. Immigration

2

1   and Customs Enforcement broadcast message titled "Coronavirus Disease 2019 (COVID-19) and

2   Potential Procedural Adaptations for F and M nonimmigrant students" dated March 9, 2020. As

3   of July 13, 2020, this document is available on ICE's website, at

4   https://www.ice.gov/doclib/sevis/pdf/bcm2003-01.pdf.

5          14.     Attached hereto as **Exhibit 14** is a true and correct copy of the U.S. Immigration

6   and Customs Enforcement document titled "Frequently Asked Questions for SEVP Stakeholders

7   about COVID-19" dated June 4, 2020.  As of July 13, 2020, this document is available on ICE's

8   website, at

9   https://web.archive.org/web/20200605003435/https://www.ice.gov/doclib/coronavirus/covid19faq

10  .pdf.

11         15.     Attached hereto as **Exhibit 15** is a true and correct copy of the U.S. Immigration

12  and Customs Enforcement document titled "Frequently Asked Questions for SEVP Stakeholders

13  about COVID-19" dated July 6, 2020.  As of July 13, 2020, this document is available on ICE's

14  website, at https://www.ice.gov/doclib/coronavirus/covid19faq.pdf.

15         16.     Attached hereto as **Exhibit 16** is a true and correct copy of the U.S. Department of

16  State's Global Level 4 Health Advisory – Do Not Travel dated March 31, 2020.  As of July 13,

17  2020, this document is available online, at

18  https://travel.state.gov/content/travel/en/traveladvisories/ea/travel-advisory-alert-global-level-4-

19  health-advisory-issue.html.

20         17.     Attached hereto as **Exhibit 17** is a true and correct copy of the U.S. Embassy &

21  Consulates in Saudi Arabia COVID-19 Information.  As of July 13, 2020 this document is

22  available online, at https://sa.usembassy.gov/u-s-citizen-services/covid-19-information/.

23         18.     Attached hereto as **Exhibit 18** is a true and correct copy of the U.S. Embassy &

24  Consulates in Jordan Health Alert Suspension through July 24, 2020 of Regular Commercial

25  International Flights issued July 12, 2020.  As of July 13, 2020, this document is available on

26  online, at https://jo.usembassy.gov/health-alert-suspension-through-july-24-2020-of-regular-

27  commercial-international-flights/.

28         19.     Attached hereto as **Exhibit 19** is a true and correct copy of the India's Ministry of

1   Civil Aviation Circular on Travel and Visa restrictions related to COVID-19 dated April 1,2020.

2   As of July 13, 2020, this document is available on India's Ministry of Civil Aviation website, at

3   https://dgca.gov.in/digigovportal/jsp/dgca/homePage/viewPDF.jsp?page=topHeader/COVID/Circ

4   ular(26June2020).pdf.

5          20.     Attached hereto as **Exhibit 20** is a true and correct copy of the U.S. Presidential

6   Proclamation on the Suspension of Entry as Immigrants and Nonimmigrants of Certain

7   Additional Persons Who Pose a Risk of Transmitting 2019 Novel Coronavirus issued January 31,

8   2020 on China.  As of July 13, 2020, this document is available on the White House's website, at

9   https://www.whitehouse.gov/presidential-actions/proclamation-suspension-entry-immigrants-

10  nonimmigrants-persons-pose-risk-transmitting-2019-novel-coronavirus/.

11         21.     Attached hereto as **Exhibit 21** is a true and correct copy of the U.S. Presidential

12  Proclamation on the Suspension of Entry as Immigrants and Nonimmigrants of Certain

13  Additional Persons Who Pose a Risk of Transmitting 2019 Novel Coronavirus issued March 11,

14  2020 on Europe.  As of July 13, 2020, this document is available on the White House's website,

15  at https://www.whitehouse.gov/presidential-actions/proclamation-suspension-entry-immigrants-

16  nonimmigrants-certain-additional-persons-pose-risk-transmitting-2019-novel-coronavirus/.

17         22.     Attached hereto as **Exhibit 22** is a true and correct copy of the U.S. Presidential

18  Proclamation on the Suspension of Entry as Immigrants and Nonimmigrants of Certain

19  Additional Persons Who Pose a Risk of Transmitting Coronavirus issued March 14, 2020 on the

20  U.K. and Ireland.  As of July 13, 2020, this document is available on the White House's website,

21  at https://www.whitehouse.gov/presidential-actions/proclamation-suspension-entry-immigrants-

22  nonimmigrants-certain-additional-persons-pose-risk-transmitting-coronavirus-2/.

23         23.     Attached hereto as **Exhibit 23** is a true and correct copy of the U.S. Presidential

24  Proclamation on the Suspension of Entry as Immigrants and Nonimmigrants of Certain

25  Additional Persons Who Pose a Risk of Transmitting Coronavirus issued March 24, 2020 on

26  Brazil.  As of July 13, 2020, this document is available on the White House's website, at

27  https://www.whitehouse.gov/presidential-actions/proclamation-suspension-entry-immigrants-

28  nonimmigrants-certain-additional-persons-pose-risk-transmitting-novel-coronavirus/.

4

Request for Judicial Notice ISO of Pl.'s Mot. for Prelim. Inj. (4:20-cv-04592-JST)

24.     Attached hereto as **Exhibit 24** is a true and correct copy of the U.S. Presidential Proclamation on the Suspension of Entry as Immigrants and Nonimmigrants of Certain Additional Persons Who Pose a Risk of Transmitting Coronavirus issued February 29, 2020 on Iran.  As of July 13, 2020, this document is available on the White House's website, at https://www.whitehouse.gov/presidential-actions/proclamation-suspension-entry-immigrants-nonimmigrants-certain-additional-persons-pose-risk-transmitting-coronavirus/.

25.     Attached hereto as **Exhibit 25** is a true and correct copy of the Peruvian Ministry of Foreign Affairs press release on international travel dated March 22, 2020.  As of July 13, 2020, this document is available online, at https://www.gob.pe/institucion/rree/noticias/109794-comunicado-de-prensa.

26.     Attached hereto as **Exhibit 26** is a true and correct copy of the Hill's article titled "Cuccinelli says rule forcing international students to return home will 'encourage schools to reopen'" quoting Deputy Secretary of Homeland Security Ken Cuccinelli dated July 7, 2020.  As of July 13, 2020, this document can be found on the Hill's website, at https://thehill.com/homenews/administration/506248-cuccinelli-says-rule-forcing-international-students-to-return-home.

27.     Attached hereto as **Exhibit 27** is a true and correct copy of the transcript of the U.S. Senate Health, Education, Labor and Pensions Committee Hearing held on June 30, 2020 at which Dr. Anthony Fauci spoke.

28.     Attached hereto as **Exhibit 28** is a true and correct copy of the Hill's article titled "Fauci says hard-hit states should be 'pausing' the reopening process" quoting Dr. Anthony Facui dated July 9, 2020.  As of July 13, 2020 this document is available on the Hill's website, at https://thehill.com/policy/healthcare/public-global-health/506566-fauci-says-hard-hit-states-should-be-pausing-the.

Each of these exhibits is a matter of public record and is therefore subject to judicial notice.  Fed. R. Evid. 201(b); *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (a court may judicially notice matters of pubic record unless the matter is a fact subject to reasonable dispute).

5

**Exhibits 1-4 and 8-25** are judicially noticeable because government memoranda, bulletins, letters, statements and opinions are matters of public record appropriates for judicial notice. *See Brown v. Valoff*, 422 F.3d 926, 933 n.9 (9th Cir. 2005) (judicially noticing an administrative bulletins); *Mack v. S. Bay Beer Distribs., Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986) (court may take judicial notice of records and reports of state administrative bodies), *overruled on other grounds by Astoria Fed. Sav. & Loan Ass'n v. Solimino*, 501 U.S. 104, 111(1991); *Interstate Nat. Gas. Co. v. S. Cal. Gas. Co.*, 209 F.2d 380, 385 (9th Cir. 1953) (judicially noticing government agency records and reports).

**Exhibits 1-5 and 7-25** are judicially noticeable because they are posted to official government websites. *See Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) (judicially noticing information contained on a government website); *Paralyzed Veterans of America v. McPherson*, No. C 06-4670 SBA, 2008 WL 4183981, at *5 (N.D. Cal. Sept. 9, 2008) (finding that courts commonly take judicial notice of information and documents on government websites, citing cases from various jurisdictions).  Thus, the statement of government departments and agencies contained within these exhibits are not subject to reasonable dispute, as the statements "can be accurately and readily determined from sources whose accuracy cannot reasonably be questions." Fed. R. Evid. § 201(b)(2).

**Exhibits 5-7** are judicially noticeable because they are records of data compiled by a government or international agency that is not subject to reasonable dispute.  See United States v. Esquivel, 88 F.3d 722, 726-27 (9th Cir. 1996) (judicially noticing government data that is "not subject to reasonable dispute" and comes from "sources whose accuracy cannot reasonably be questioned"); McKeenly v. Fox, No. 15-cv-1268, 2015 U.S. Dist. LEXIS 39020, at *6 n.1 (C.D. Cal. Mar. 25, 2015) (judicially noticing data from the United Nations "whose accuracy cannot be questioned");  Dairy v. Bonham, No. 13-cv-1518, 2013 WL 6443352, at *6 n.6 (N.D. Cal. Dec. 9, 2013) (judicially noticing data compiled by state as "matters of public record that are not subject to reasonable dispute"); see also Webb v. Jessamine Cty. Fiscal Ct., 802 F. Supp. 2d 870, 878 n.3 (E.D. Ky. 2011) (judicially noticing data collected by World Health Organization).

**Exhibits 26-28** are judicially noticeable because the statement of government officials or

6

agencies that they contain are not subject to reasonable dispute, as the statement "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. §201(b)(2).

Dated:  July 13, 2020                              Respectfully Submitted,

                                                   XAVIER BECERRA
                                                   Attorney General of California
                                                   MICHAEL L. NEWMAN
                                                   Senior Assistant Attorney General
                                                   DOMONIQUE C. ALCARAZ
                                                   JASLEEN SINGH
                                                   LEE I. SHERMAN

                                                   */s/ Marissa Malouff*

                                                   MARISSA MALOUFF
                                                   Deputy Attorneys General
                                                   *Attorneys for Plaintiff*

7

# EXHIBIT 1

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



# COVID-19: Guidance for SEVP Stakeholders
March 13, 2020

As follow up to the guidance issued by SEVP on Monday, March 9, 2020, concerning the COVID-19 situation, there have been inquiries concerning the proper status for students in SEVIS who may have face slightly different scenarios related to emergency procedures implemented by SEVP-certified learning institutions:

**Scenario 1:  A school completely closes and does not have online courses or other alternate learning procedures.**

Response: If a school closes temporarily without online instruction or other alternative learning procedures, the students should remain in active status in SEVIS so long as the students intend to resume their course of study when classes resume.  This is similar to short-term breaks in the school calendar when classes are not in session.  Schools must notify SEVP of COVID-19 procedural changes within 10 business days.

**Scenario 2:  A school temporarily stops in-person classes but implements online or other alternate learning procedures and the nonimmigrant student remains in the United States**

Response:  If a school closes temporarily but offers online instruction or another alternative learning procedure, nonimmigrant students should participate in online or other alternate learning procedures and remain in active status in SEVIS.  Schools must notify SEVP of COVID-19 procedural changes within 10 business days. Given the extraordinary nature of the COVID-19 emergency, SEVP will allow F-1 and/or M-1 students to temporarily count online classes towards a full course of study in excess of the limits stated in 8 CFR 214.2(f)(6)(i)(G) and 8 CFR 214.2(m)(9)(v). This temporary provision is only in effect for the duration of the emergency and in accordance with the procedural change documents filed in a timely manner to SEVP.

**Scenario 3:  A school temporarily stops in-person classes but implements online or other alternate learning procedures and the nonimmigrant student departs the United States**

Response:  If a school closes temporarily but offers online instruction or another alternative learning procedure, nonimmigrant students should participate in online or other alternate learning procedures and remain in active status in SEVIS.  Schools must notify SEVP of COVID-19 procedural changes within 10 business days. Given the extraordinary nature of the COVID-19 emergency, SEVP will allow F-1 and/or M-1 students to temporarily count online classes towards a full course of study in excess of the limits stated in 8 CFR 214.2(f)(6)(i)(G) and 8 CFR 214.2(m)(9)(v), even if they have left the

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

United States and are taking the online classes from elsewhere. This temporary provision is only in effect for the duration of the emergency and in accordance with the procedural change documents filed in a timely manner to SEVP.

<u>NOTE</u>:  Due to the fluid nature of this difficult situation, this guidance may be subject to change.  SEVP will continue to monitor the COVID-19 situation and will adjust its guidance as needed.

# EXHIBIT 2

**Broadcast Message: COVID-19 and Fall 2020**

**To:** All SEVIS Users

**Date:** July 6, 2020

**Number:** 2007-01

---

**General Information**

Temporary procedural adaptations related to online courses permitted by the Student and Exchange Visitor Program (SEVP) during the height of the Coronavirus Disease (COVID-19) crisis will be modified for the fall 2020 semester. There will still be accommodations to provide flexibility to schools and nonimmigrant students, but as many institutions across the country reopen, there is a concordant need to resume the carefully balanced protections implemented by federal regulations. The U.S. Department of Homeland Security plans to publish the procedures and responsibilities described in the below Broadcast Message in the near future as a Temporary Final Rule in the Federal Register. This message is intended to provide additional time to facilitate the implementation of these procedures.

Due to COVID-19, SEVP instituted a temporary exemption regarding the online study policy for the spring and summer semesters. This policy permitted F and M students to take more online courses than normally allowed for purposes of maintaining a full course of study to maintain their F-1 and M-1 nonimmigrant status during the COVID-19 emergency.

**Temporary Exemptions for the Fall 2020 Semester**

For the fall 2020 semester, SEVP is modifying these temporary exemptions. In summary, temporary exemptions for the fall 2020 semester provide that:

1) Students attending schools operating entirely online may ***not*** take a full online course load and remain in the United States. The U.S. Department of State will not issue visas to students enrolled in schools and/or programs that are fully online for the fall semester nor will U.S. Customs and Border Protection permit these students to enter the United States. Active students currently in the United States enrolled in such programs must depart the country or take other measures, such as transferring to a school with in-person instruction to remain in lawful status or potentially face immigration consequences including, but not limited to, the initiation of removal proceedings.

2) Students attending schools operating under normal in-person classes are bound by existing federal regulations. Eligible F students may take a maximum of one class or three credit hours online (*see 8 CFR 214.2(f)(6)(i)(G)*).

3) Students attending schools adopting a hybrid model—that is, a mixture of online and in person classes—will be allowed to take more than one class or three credit hours online. These schools must certify to SEVP, through the Form I-20, "Certificate of Eligibility for Nonimmigrant Student Status," that the program is not entirely online, that the student is not taking an entirely online course load for the fall 2020 semester, and that the student is taking

the minimum number of online classes required to make normal progress in their degree program.  The above exemptions do not apply to F-1 students in English language training programs or M-1 students, who are not permitted to enroll in any online courses (see *8 CFR 214.2(f)(6)(i)(G)* and *8 CFR 214.2(m)(9)(v)*)).

**Forms I-20 Requirements and Maintaining Student Records for the Fall 2020 Semester**

For all students attending schools in the United States this fall 2020, designated school officials (DSOs) must issue new Forms I-20 to each student certifying that the school is not operating entirely online, that the student is not taking an entirely online course load for the fall 2020 semester, and that the student is taking the minimum number of online classes required to make normal progress in their degree program. DSOs must indicate this information in the Form I-20 Remarks field in the Student and Exchange Visitor Information System (SEVIS).

Schools must update and reissue all Forms I-20 to reflect these changes in program enrollment and student information within 21 business days of publication of this Broadcast Message (by Aug. 4, 2020.) When issuing new Forms I-20, please prioritize students who require new visas and are outside of the country.

For the fall 2020 semester, continuing F and M students who are already in the United States may remain in Active status in SEVIS if they make normal progress in a program of study, or are engaged in approved practical training, either as part of a program of study or following completion of a program of study. If a school changes its operational stance mid-semester, and as a result a nonimmigrant student switches to only online classes, or a nonimmigrant student changes their course selections, and as a result, ends up taking an entirely online course load, schools are reminded that nonimmigrant students within the United States are not permitted to take a full course of study through online classes. If nonimmigrant students find themselves in this situation, they must leave the country or take alternative steps to maintain their nonimmigrant status such as transfer to a school with in-person instruction.

For the fall 2020 semester, continuing F and M students outside of the United States, whose schools of enrollment are only offering online classes, may remain in Active status in SEVIS if they are taking online courses and are able to meet the normal full course of study requirements or the requirements for a reduced course of study. Only students enrolled at a school that is only offering online coursework can engage in remote learning from their home country. In this case, DSOs should annotate the student's record to make it clear that the student is outside the US but taking full time online courses as that is the only choice offered by the school.

**School Reporting and Procedural Requirements**

1) Schools that offer ***entirely online classes or programs*** or ***will not reopen*** for the fall 2020 semester ***must*** complete an operational change plan and submit it to SEVP@ice.dhs.gov no later than Wednesday, July 15, 2020. The subject line must read: "Fall 2020 (Fully Online/Will not Reopen) – School Name and School Code."

2) Certified schools that will not be entirely online but will reopen in the fall and that will use any of the following educational formats must update their operational plans by August 1, 2020 and include whether they will be:

- Solely in-person classes, or

- Delayed or shortened sessions, or

- A hybrid plan of in-person and remote classes.

These plans shall also be submitted to SEVP@ice.dhs.gov and the subject line must read: "Fall 2020 (in person/hybrid/modified session) – School Name and School Code

3) Schools should update their operational plans if circumstances regarding their operational posture change within 10 calendar days.

SEVP will continue to develop and provide resources to stakeholders on ICE.gov, including answers to frequently asked questions, to clarify and expand upon information in this Broadcast Message.

**Disclaimer**

This Broadcast Message is not a substitute for applicable legal requirements, nor is it itself a rule or a final action by SEVP. It is not intended to, does not, and may not be relied upon to create any right or benefit, substantive or procedural, enforceable at law by any party in any administrative, civil or criminal matter.



# EXHIBIT 3

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



# Frequently Asked Questions for SEVP Stakeholders about Guidance for the Fall 2020 Semester

Last Updated: July 7, 2020

This document provides answers to frequently asked questions from Student and Exchange Visitor Program (SEVP) stakeholders about the program's guidance for F and M students and SEVP-certified schools for the fall 2020 semester.

*Note: SEVP continues to actively monitor the evolving situation related to Coronavirus Disease (COVID-19) and provide up-to-date information to stakeholders, including designated school officials (DSOs) and F and M students. Due to the fluid nature of this situation, the answers in this document may be subject to change. Refer to ICE.gov/COVID19 for the most up-to-date version of this FAQ.*

## Contents

**General** ........................................................................................................................ **2**

Shift from COVID-19 guidance to fall 2020 guidance ......................................................... 2

Interagency coordination ........................................................................................................ 2

**Nonimmigrant Students** ............................................................................................... **3**

Maintaining student records .................................................................................................. 3

Form I-20, "Certificate of Eligibility for Nonimmigrant Student Status" .................................. 3

I-901 SEVIS Fee ..................................................................................................................... 4

**SEVP-certified Schools** ................................................................................................. **4**

Reporting school changes ...................................................................................................... 4

**SEVP Response Center Contact Information** ........................................................... **6**

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program

 U.S. Immigration
and Customs
Enforcement

## <u>General</u>

### Shift from COVID-19 guidance to fall 2020 guidance

1. **Why did the U.S. Department of Homeland Security (DHS) adopt this policy for the fall 2020 semester and change from the spring semester approach?**

   A. In the spring semester, DHS was faced with an urgent need to address challenges in this area mid- semester as the COVID-19 situation began evolving. Heading into a new semester this fall, DHS is adopting a new approach to carefully balance public health concerns against the varied approaches that schools and universities are taking to combat the spread of COVID-19.

   Under DHS' fall 2020 guidance, all students scheduled to study at a U.S. institution in the fall will be able to do so, though some will be required to study from abroad if their presence is not required for any in-person classes in the United States. Through this guidance, DHS is seeking to maximize flexibility for students to continue their studies, while minimizing the risk of transmission of COVID-19 by not admitting students into the country who do not need to be present to attend classes in-person.

2. **When does the new fall 2020 guidance take effect?**

   A. SEVP's guidance for fall 2020 will take effect at the start of a school's defined fall semester.

3. **Will the new fall 2020 guidance supersede SEVP's current COVID-19 guidance? If so, when will the current COVID-19 guidance no longer be in effect?**

   A. Yes, the new fall 2020 guidance will supersede SEVP's current COVID-19 guidance located at ICE.gov/Coronavirus. However, SEVP's current COVID-19 guidance will remain in effect through the end of a school's summer semester.

### Interagency coordination

1. **Did DHS coordinate with its government partners prior to issuing guidance for fall 2020?**

   A. Yes, DHS worked closely with its component agencies and partners at the U.S. Department of State prior to issuing guidance for the fall 2020 semester.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



**U.S. Immigration and Customs Enforcement**

The health and safety of all students is of the utmost importance. A working group, which consisted of representatives from several government agencies, assessed the use of continued remote learning by nonimmigrant students in light of COVID-19. The group determined that three options—remote learning from outside the United States, in-person classes and a hybrid model that combined both in-person and online classes—provided the best options for flexibility for nonimmigrant students to continue education with health risks associated with international travel at this time. DHS also coordinated with the Department of State on issues related to visa issuance and U.S. Customs and Border Protection on issues related to the port of entry process.

## Nonimmigrant Students

### Maintaining student records

**1. Are students attending schools that are entirely online barred from attending that school?**

A. No. Students will not be permitted to enter or remain in the United States to attend such schools *but they are not barred from continuing to attend all classes at these schools from abroad*. This approach balances students' ability to continue their studies while minimizing the risk of spread of COVID-19 in our communities by ensuring that individuals who do not need to be present in the United States are not physically here.

**2. Can continuing F and M students study online outside the United States and remain in Active status in the Student and Exchange Visitor Information System (SEVIS)? Are designated school officials (DSOs) responsible for maintaining these records?**

A. Yes, continuing F and M students may remain in Active SEVIS status while studying online, outside the United States. As these students remain Active in SEVIS, DSOs are responsible for maintaining these student records.

### Form I-20, "Certificate of Eligibility for Nonimmigrant Student Status"

**1. Will SEVP still allow electronic Form I-20 issuance for the fall 2020 semester?**

A. Yes, SEVP will still allow electronic Form I-20 issuance for the fall semester, and DSOs may electronically send Forms I-20 to student email addresses listed in SEVIS.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

In the case of students who are minors, the email address may belong to their parent or legal guardian. Schools do not need to request permission from SEVP or report their plans to electronically send Forms I-20 as part of their fall 2020 semester procedural changes.

**2. What do DSOs need to annotate on the Form I-20 for students attending hybrid schools? Where should DSOs annotate this information on the Form I-20?**

A. As noted in <u>Broadcast Message: COVID-19 and Fall 2020</u>, all students attending schools in the United States this fall 2020, DSOs must issue new Forms I-20 to each student certifying that the school is not operating entirely online, that the student is not taking an entirely online course load for the fall 2020 semester, and that the student is taking the minimum number of online classes required to make normal progress in their degree program. DSOs must indicate this information in the Form I-20 Remarks field in SEVIS.

## I-901 SEVIS Fee

**1. Will students receive an I-901 SEVIS Fee refund if they paid the Fee, entered the United States and now must leave?**

A. No, students will not receive an I-901 SEVIS Fee refund in this situation.

## SEVP-certified Schools

### Reporting school changes

**1. By what date do schools need to submit operational change plans to SEVP? How should these plans be submitted?**

A. Schools that offer *entirely online classes or programs* or *will not reopen* for the fall 2020 semester *must* complete an operational change plan and submit it to <u>sevp@ice.dhs.gov</u> no later than Wednesday, July 15, 2020. The subject line must read: "Fall 2020 (Fully Online/Will not Reopen) – School Name and School Code."

Certified schools that will not be entirely online but will reopen in the fall and that will use any of the following educational formats must update their operational plans by August 1, 2020 and include whether they will be:

- Solely in-person classes, or

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



**U.S. Immigration
and Customs
Enforcement**

- Delayed or shortened sessions, or
- A hybrid plan of in-person and remote classes.

Schools must submit these plans to :sevp@ice.dhs.gov with the subject line: "Fall 2020 (in person/hybrid/modified session)- School Name and School Code."

Please refer to the Optional COVID-19 School Reporting Template that schools can use to report temporary procedural adaptations.

Schools should report subsequent changes within 10 days of the change.

**2. Does the fall 2020 guidance apply to schools generally or programs specifically? How should schools report information if certain university components are fully online while others are hybrid (e.g., a university's medical school is hybrid while a business school is fully online)?**

A. Reporting, generally, applies to a school. However, when a school's instructional methodology varies by either a program designation or degree or by an instructional site, the school should indicate the differences.

**3. Will schools receive confirmation or acknowledgment when SEVP receives their operational change documents? Is there any possibility that SEVP would deny or disapprove of a reported change by a school? If so, what happens in that instance?**

A. SEVP will send an email acknowledging receipt to each school that submits procedural change documents and add the submitted information to the school's file. However, given the significant number of changes being requested, SEVP cannot respond to every submission in detail. If SEVP has concerns that the changes exceed permissible accommodations for COVID-19, it will contact the school for clarification or revision.

**4. Do schools that will not have any F or M students enrolled in the fall 2020 semester need to send procedural change documents to SEVP?**

A. No, only schools with F or M students currently enrolled need to submit procedural adaptation documents to SEVP.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

## SEVP Response Center Contact Information

For general SEVP questions, case-specific questions and SEVIS technical help, contact the SEVP Response Center (SRC). SRC offices are open Monday through Friday, 8:00 a.m. to 6:00 p.m. ET, except federal holidays.

- **Telephone**:
  o 703-603-3400 or 1-800-892-4829 for general and case-specific questions.
- **Email**:
  o SEVP@ice.dhs.gov for general questions.
  o SEVISHelpDesk@ice.dhs.gov for SEVIS technical questions.

# EXHIBIT 4

## EXECUTIVE DEPARTMENT
## STATE OF CALIFORNIA

### PROCLAMATION OF A STATE OF EMERGENCY

**WHEREAS** in December 2019, an outbreak of respiratory illness due to a novel coronavirus (a disease now known as COVID-19), was first identified in Wuhan City, Hubei Province, China, and has spread outside of China, impacting more than 75 countries, including the United States; and

**WHEREAS** the State of California has been working in close collaboration with the national Centers for Disease Control and Prevention (CDC), with the United States Health and Human Services Agency, and with local health departments since December 2019 to monitor and plan for the potential spread of COVID-19 to the United States; and

**WHEREAS** on January 23, 2020, the CDC activated its Emergency Response System to provide ongoing support for the response to COVID-19 across the country; and

**WHEREAS** on January 24, 2020, the California Department of Public Health activated its Medical and Health Coordination Center and on March 2, 2020, the Office of Emergency Services activated the State Operations Center to support and guide state and local actions to preserve public health; and

**WHEREAS** the California Department of Public Health has been in regular communication with hospitals, clinics and other health providers and has provided guidance to health facilities and providers regarding COVID-19; and

**WHEREAS** as of March 4, 2020, across the globe, there are more than 94,000 confirmed cases of COVID-19, tragically resulting in more than 3,000 deaths worldwide; and

**WHEREAS** as of March 4, 2020, there are 129 confirmed cases of COVID-19 in the United States, including 53 in California, and more than 9,400 Californians across 49 counties are in home monitoring based on possible travel-based exposure to the virus, and officials expect the number of cases in California, the United States, and worldwide to increase; and

**WHEREAS** for more than a decade California has had a robust pandemic influenza plan, supported local governments in the development of local plans, and required that state and local plans be regularly updated and exercised; and

**WHEREAS** California has a strong federal, state and local public health and health care delivery system that has effectively responded to prior events including the H1N1 influenza virus in 2009, and most recently Ebola; and

**WHEREAS** experts anticipate that while a high percentage of individuals affected by COVID-19 will experience mild flu-like symptoms, some will have more serious symptoms and require hospitalization, particularly individuals who are elderly or already have underlying chronic health conditions; and

**WHEREAS** it is imperative to prepare for and respond to suspected or confirmed COVID-19 cases in California, to implement measures to mitigate the spread of COVID-19, and to prepare to respond to an increasing number of individuals requiring medical care and hospitalization; and

**WHEREAS** if COVID-19 spreads in California at a rate comparable to the rate of spread in other countries, the number of persons requiring medical care may exceed locally available resources, and controlling outbreaks minimizes the risk to the public, maintains the health and safety of the people of California, and limits the spread of infection in our communities and within the healthcare delivery system; and

**WHEREAS** personal protective equipment (PPE) is not necessary for use by the general population but appropriate PPE is one of the most effective ways to preserve and protect California's healthcare workforce at this critical time and to prevent the spread of COVID-19 broadly; and

**WHEREAS** state and local health departments must use all available preventative measures to combat the spread of COVID-19, which will require access to services, personnel, equipment, facilities, and other resources, potentially including resources beyond those currently available, to prepare for and respond to any potential cases and the spread of the virus; and

**WHEREAS** I find that conditions of Government Code section 8558(b), relating to the declaration of a State of Emergency, have been met; and

**WHEREAS** I find that the conditions caused by COVID-19 are likely to require the combined forces of a mutual aid region or regions to appropriately respond; and

**WHEREAS** under the provisions of Government Code section 8625(c), I find that local authority is inadequate to cope with the threat posed by COVID-19; and

**WHEREAS** under the provisions of Government Code section 8571, I find that strict compliance with various statutes and regulations specified in this order would prevent, hinder, or delay appropriate actions to prevent and mitigate the effects of the COVID-19.

**NOW, THEREFORE, I, GAVIN NEWSOM,** Governor of the State of California, in accordance with the authority vested in me by the State Constitution and statutes, including the California Emergency Services Act, and in particular, Government Code section 8625, **HEREBY PROCLAIM A STATE OF EMERGENCY** to exist in California.

**IT IS HEREBY ORDERED THAT:**

1. In preparing for and responding to COVID-19, all agencies of the state government use and employ state personnel, equipment, and facilities or perform any and all activities consistent with the direction of the Office of Emergency Services and the State Emergency Plan, as well as the California Department of Public Health and the Emergency Medical Services Authority. Also, all residents are to heed the advice of emergency officials with regard to this emergency in order to protect their safety.

2. As necessary to assist local governments and for the protection of public health, state agencies shall enter into contracts to arrange for the procurement of materials, goods, and services needed to assist in preparing for, containing, responding to, mitigating the effects of, and recovering from the spread of COVID-19. Applicable provisions of the Government Code and the Public Contract Code, including but not limited to travel, advertising, and competitive bidding requirements, are suspended to the extent necessary to address the effects of COVID-19.

3. Any out-of-state personnel, including, but not limited to, medical personnel, entering California to assist in preparing for, responding to, mitigating the effects of, and recovering from COVID-19 shall be permitted to provide services in the same manner as prescribed in Government Code section 179.5, with respect to licensing and certification. Permission for any such individual rendering service is subject to the approval of the Director of the Emergency Medical Services Authority for medical personnel and the Director of the Office of Emergency Services for non-medical personnel and shall be in effect for a period of time not to exceed the duration of this emergency.

4. The time limitation set forth in Penal Code section 396, subdivision (b), prohibiting price gouging in time of emergency is hereby waived as it relates to emergency supplies and medical supplies. These price gouging protections shall be in effect through September 4, 2020.

5. Any state-owned properties that the Office of Emergency Services determines are suitable for use to assist in preparing for, responding to, mitigating the effects of, or recovering from COVID-19 shall be made available to the Office of Emergency Services for this purpose, notwithstanding any state or local law that would restrict, delay, or otherwise inhibit such use.

6. Any fairgrounds that the Office of Emergency Services determines are suitable to assist in preparing for, responding to, mitigating the effects of, or recovering from COVID-19 shall be made available to the Office of Emergency Services pursuant to the Emergency Services Act, Government Code section 8589. The Office of Emergency Services shall notify the fairgrounds of the intended use and can immediately use the fairgrounds without the fairground board of directors' approval, and

notwithstanding any state or local law that would restrict, delay, or otherwise inhibit such use.

7. The 30-day time period in Health and Safety Code section 101080, within which a local governing authority must renew a local health emergency, is hereby waived for the duration of this statewide emergency. Any such local health emergency will remain in effect until each local governing authority terminates its respective local health emergency.

8. The 60-day time period in Government Code section 8630, within which local government authorities must renew a local emergency, is hereby waived for the duration of this statewide emergency. Any local emergency proclaimed will remain in effect until each local governing authority terminates its respective local emergency.

9. The Office of Emergency Services shall provide assistance to local governments that have demonstrated extraordinary or disproportionate impacts from COVID-19, if appropriate and necessary, under the authority of the California Disaster Assistance Act, Government Code section 8680 et seq., and California Code of Regulations, Title 19, section 2900 et seq.

10. To ensure hospitals and other health facilities are able to adequately treat patients legally isolated as a result of COVID-19, the Director of the California Department of Public Health may waive any of the licensing requirements of Chapter 2 of Division 2 of the Health and Safety Code and accompanying regulations with respect to any hospital or health facility identified in Health and Safety Code section 1250. Any waiver shall include alternative measures that, under the circumstances, will allow the facilities to treat legally isolated patients while protecting public health and safety. Any facilities being granted a waiver shall be established and operated in accordance with the facility's required disaster and mass casualty plan. Any waivers granted pursuant to this paragraph shall be posted on the Department's website.

11. To support consistent practices across California, state departments, in coordination with the Office of Emergency Services, shall provide updated and specific guidance relating to preventing and mitigating COVID-19 to schools, employers, employees, first responders and community care facilities by no later than March 10, 2020.

12. To promptly respond for the protection of public health, state entities are, notwithstanding any other state or local law, authorized to share relevant medical information, limited to the patient's underlying health conditions, age, current condition, date of exposure, and possible contact tracing, as necessary to address the effect of the COVID-19 outbreak with state, local, federal, and nongovernmental partners, with such information to be used for the limited purposes of monitoring, investigation and control, and treatment and coordination of care. The

notification requirement of Civil Code section 1798.24, subdivision (i), is suspended.

13. Notwithstanding Health and Safety Code sections 1797.52 and 1797.218, during the course of this emergency, any EMT-P licensees shall have the authority to transport patients to medical facilities other than acute care hospitals when approved by the California EMS Authority. In order to carry out this order, to the extent that the provisions of Health and Safety Code sections 1797.52 and 1797.218 may prohibit EMT-P licensees from transporting patients to facilities other than acute care hospitals, those statutes are hereby suspended until the termination of this State of Emergency.

14. The Department of Social Services may, to the extent the Department deems necessary to respond to the threat of COVID-19, waive any provisions of the Health and Safety Code or Welfare and Institutions Code, and accompanying regulations, interim licensing standards, or other written policies or procedures with respect to the use, licensing, or approval of facilities or homes within the Department's jurisdiction set forth in the California Community Care Facilities Act (Health and Safety Code section 1500 et seq.), the California Child Day Care Facilities Act (Health and Safety Code section 1596.70 et seq.), and the California Residential Care Facilities for the Elderly Act (Health and Safety Code section 1569 et seq.). Any waivers granted pursuant to this paragraph shall be posted on the Department's website.

**I FURTHER DIRECT** that as soon as hereafter possible, this proclamation be filed in the Office of the Secretary of State and that widespread publicity and notice be given of this proclamation.

**IN WITNESS WHEREOF** I have hereunto set my hand and caused the Great Seal of the State of California to be affixed this 4th day of March 2020.

GAVIN NEWSOM
Governor of California

**ATTEST:**

ALEX PADILLA
Secretary of State

# EXHIBIT 5



## Coronavirus Disease 2019 (COVID–19)

# Cases in the U.S.

Updated July 13, 2020        Print

| TOTAL CASES | TOTAL DEATHS |
|:---:|:---:|
| **3,296,599** | **134,884** |
| 60,469 New Cases* | 312 New Deaths* |



**Want More Data?**
CDC COVID Data Tracker

## Cases by Jurisdiction

This map shows COVID-19 cases reported by U.S. states, the District of Columbia, New York City, and other U.S.-affiliated jurisdictions. Hover over the maps to see the number of cases reported in each jurisdiction. To go to a jurisdiction's health department website, click on the jurisdiction on the map.



**Reported Cases**

- 0 to 1,000
- 1,001 to 5,000
- 5,001 to 10,000
- 10,001 to 20,000
- 20,001 to 40,000
- 40,001 or more

AS | GU | MH | FM | MP | PW | PR | VI

Jurisdictions     +

Add U.S. Map to Your Website

## Deaths by Jurisdiction

This map shows COVID-19 cases reported by U.S. states, the District of Columbia, New York City, and other U.S.-affiliated jurisdictions. Hover over the maps to see the number of deaths reported in each jurisdiction. To go to a jurisdiction's health department website, click on the jurisdiction on the map.



**Reported Deaths**

- ○ 0 to 100
- ○ 101 to 1,000
- ● 1,001 to 5,000
- ● 5,001 or more

AS  GU  MH  FM  MP  PW  PR  VI

Jurisdictions                                                                    +

[ Add U.S. Map to Your Website ]

## Cases & Deaths by County

Select a state to view the number of cases and deaths by county. This data is courtesy of USAFacts.org ↗

| Select a State ▼ |

[ View County Data ]

## New Cases by Day

The following chart shows the number of new COVID-19 cases reported each day in the U.S. since the beginning of the outbreak. Hover over the bars to see the number of new cases by day.

# EXHIBIT 6



Search by Country, Territory, or Area

i  ▾ Overview   Explorer

Global  >   United States of America
Data last updated 2020/7/13, 3:12pm CEST

Back to top

In **United States of America**, from **Jan 20** to **3:12pm CEST, 13 July 2020**, there have been **3,225,950 confirmed cases** of COVID-19 with **134,392 deaths**.

United States of America Situation

3,225,950
confirmed cases

134,392
deaths

Source: World Health Organization

# EXHIBIT 7

California Coronavirus
**COVID-19 Statewide Update**

COVID-19 Response   COVID-19 Contributions   COVID-19 Solutions   COVID-19 Toolkit

⚙ Settings



# COVID-19 Statewide Update

## Update for July 13, 2020

California now has **329,162** confirmed cases of COVID-19, resulting in **7,040** deaths. The number of COVID-related deaths increased by **0.3** percent from Saturday's total of **7,017**. The number of COVID-19 diagnostic test results in California reached a total of **5,544,365** an increase of **137,766** tests since Saturday. The rate of positive tests over the last 14 days is **7.4** percent. California's hospitalizations due to COVID-19 increased by **163** from Saturday.

Updated July 13, 2020 at 11:00 a.m. with data from July 12.

## How are COVID-19 cases progressing?

There were 8,358 new confirmed cases Sunday. Numbers may not represent true day-over-day change as reporting of test results can be delayed. The total number of deaths is 7,040, an increase of 23 from Saturday.

**329,162**
Positive Cases
+8,358 New Cases
+2.6% Increase

**7,040**
Total Deaths
+23 New Deaths
+0.3% Increase



# EXHIBIT 8



# Coronavirus Disease 2019 (COVID–19)

# Social Distancing

Keep a Safe Distance to Slow the Spread.

Updated July 6, 2020　　　　　　　　　　　Print

Limiting close face-to-face contact with others is the best way to reduce the spread of coronavirus disease 2019 (COVID-19).

# What is social distancing?

Social distancing, also called "physical distancing," means keeping a safe space between yourself and other people who are not from your household.

To practice social or physical distancing, stay at least 6 feet (about 2 arms' length) from other people who are not from your household in both indoor and outdoor spaces.

Social distancing should be practiced in combination with other everyday preventive actions to reduce the spread of COVID-19, including wearing cloth face coverings, avoiding touching your face with unwashed hands, and frequently washing your hands with soap and water for at least 20 seconds.

# Why practice social distancing?

COVID-19 spreads mainly among people who are in close contact (within about 6 feet) for a prolonged period. Spread happens when an infected person coughs, sneezes, or talks, and droplets from their mouth or nose are launched into the air and land in the mouths or noses of people nearby. The droplets can also be inhaled into the lungs. Recent studies indicate that people who are infected but do not have symptoms likely also play a role in the spread of COVID-19. Since people can spread the virus before they know they are sick, it is important to stay at least 6 feet away from others when possible, even if you—or they—do not have any symptoms. Social distancing is especially important for people who are at higher risk for severe illness from COVID-19.

If you are sick with COVID-19, have symptoms consistent with COVID-19, or have been in close contact with someone who has COVID-19, it is important to stay home and away from other people until it is safe to be around others.

COVID-19 can live for hours or days on a surface, depending on factors such as sunlight, humidity, and the type of surface. It may be possible that a person can get COVID-19 by touching a surface or object that has the virus on it and then touching their own mouth, nose, or eyes. However, this is not thought to be the main way the virus spreads. Social distancing helps limit opportunities to come in contact with contaminated surfaces and infected people outside the home.

Although the risk of severe illness may be different for everyone, anyone can get and spread COVID-19. Everyone has a role to play in slowing the spread and protecting themselves, their family, and their community. In addition to practicing everyday steps to prevent COVID-19, keeping space between you and others is one of the best tools we have to avoid being exposed to this virus and slowing its spread in communities.

# Tips for Social Distancing

When going out in public, it is important to stay at least 6 feet away from other people and wear a cloth face covering to slow the spread of COVID-19. Consider the following tips for practicing social distancing when you decide to go out.

- **Know Before You Go:** Before going out, know and follow the guidance from local public health authorities where you live.
- **Prepare for Transportation:** Consider social distancing options to travel safely when running errands or commuting to and from work, whether walking, bicycling, wheelchair rolling, or using public transit, rideshares, or taxis. When using public transit, try to keep at least 6 feet from other passengers or transit operators – for example, when you are waiting

public transit, try to keep at least 6 feet from other passengers or transit operators – for example, when you are waiting at a bus station or selecting seats on a bus or train. When using rideshares or taxis, avoid pooled rides where multiple passengers are picked up, and sit in the back seat in larger vehicles so you can remain at least 6 feet away from the driver. Follow these additional tips to protect yourself while using transportation.

- **Limit Contact When Running Errands:** Only visit stores selling household essentials in person when you absolutely need to, and stay at least 6 feet away from others who are not from your household while shopping and in lines. If possible, use drive-thru, curbside pick-up, or delivery services to limit face-to-face contact with others. Maintain physical distance between yourself and delivery service providers during exchanges and wear a cloth face covering.

- **Choose Safe Social Activities:** It is possible to stay socially connected with friends and family who don't live in your home by calling, using video chat, or staying connected through social media. If meeting others in person (e.g., at small outdoor gatherings, yard or driveway gathering with a small group of friends or family members), stay at least 6 feet from others who are not from your household. Follow these steps to stay safe if you will be participating in personal and social activities outside of your home.

- **Keep Distance at Events and Gatherings:** It is safest to avoid crowded places and gatherings where it may be difficult to stay at least 6 feet away from others who are not from your household. If you are in a crowded space, try to keep 6 feet of space between yourself and others at all times, and wear a cloth face covering. Cloth face coverings are especially important in times when physical distancing is difficult. Pay attention to any physical guides, such as tape markings on floors or signs on walls, directing attendees to remain at least 6 feet apart from each other in lines or at other times. Allow other people 6 feet of space when you pass by them in both indoor and outdoor settings.

- **Stay Distanced While Being Active:** Consider going for a walk, bike ride, or wheelchair roll in your neighborhood or in another safe location where you can maintain at least 6 feet of distance between yourself and other pedestrians and cyclists. If you decide to visit a nearby park, trail, or recreational facility, first check for closures or restrictions. If open, consider how many other people might be there and choose a location where it will be possible to keep at least 6 feet of space between yourself and other people who are not from your household.

Many people have personal circumstances or situations that present challenges with practicing social distancing to prevent the spread of COVID-19. Please see the following guidance for additional recommendations and considerations:

- Households Living in Close Quarters: How to Protect Those Who Are Most Vulnerable
- Living in Shared Housing
- People with Disabilities
- People Experiencing Homelessness

| More Information |
| --- |
| How to Protect Yourself |
| Cleaning and Disinfecting Your Home |
| Gatherings and Community Events |

Page last reviewed: July 6, 2020

## COVID-2019 Menu

 Coronavirus Home

 Your Health

 Community, Work & School

 Healthcare Workers

 Laboratories

 Health Departments

 Cases, Data & Surveillance

 More Resources

# EXHIBIT 9

# EXECUTIVE DEPARTMENT
# STATE OF CALIFORNIA

### EXECUTIVE ORDER N-33-20

**WHEREAS** on March 4, 2020, I proclaimed a State of Emergency to exist in California as a result of the threat of COVID-19; and

**WHEREAS** in a short period of time, COVID-19 has rapidly spread throughout California, necessitating updated and more stringent guidance from federal, state, and local public health officials; and

**WHEREAS** for the preservation of public health and safety throughout the entire State of California, I find it necessary for all Californians to heed the State public health directives from the Department of Public Health.

**NOW, THEREFORE, I, GAVIN NEWSOM,** Governor of the State of California, in accordance with the authority vested in me by the State Constitution and statutes of the State of California, and in particular, Government Code sections 8567, 8627, and 8665 do hereby issue the following Order to become effective immediately:

**IT IS HEREBY ORDERED THAT:**

1) To preserve the public health and safety, and to ensure the healthcare delivery system is capable of serving all, and prioritizing those at the highest risk and vulnerability, all residents are directed to immediately heed the current State public health directives, which I ordered the Department of Public Health to develop for the current statewide status of COVID-19. Those directives are consistent with the March 19, 2020, Memorandum on Identification of Essential Critical Infrastructure Workers During COVID-19 Response, found at: https://covid19.ca.gov/. Those directives follow:

ORDER OF THE STATE PUBLIC HEALTH OFFICER
March 19, 2020

To protect public health, I as State Public Health Officer and Director of the California Department of Public Health order all individuals living in the State of California to stay home or at their place of residence except as needed to maintain continuity of operations of the federal critical infrastructure sectors, as outlined at https://www.cisa.gov/identifying-critical-infrastructure-during-covid-19. In addition, and in consultation with the Director of the Governor's Office of Emergency Services, I may designate additional sectors as critical in order to protect the health and well-being of all Californians.

Pursuant to the authority under the Health and Safety Code 120125, 120140, 131080, 120130(c), 120135, 120145, 120175 and 120150, this order is to go into effect immediately and shall stay in effect until further notice.

The federal government has identified 16 critical infrastructure sectors whose assets, systems, and networks, whether physical or virtual, are considered so vital to the United States that their incapacitation or

destruction would have a debilitating effect on security, economic security, public health or safety, or any combination thereof. I order that Californians working in these 16 critical infrastructure sectors may continue their work because of the importance of these sectors to Californians' health and well-being.

This Order is being issued to protect the public health of Californians. The California Department of Public Health looks to establish consistency across the state in order to ensure that we mitigate the impact of COVID-19. Our goal is simple, we want to bend the curve, and disrupt the spread of the virus.

The supply chain must continue, and Californians must have access to such necessities as food, prescriptions, and health care. When people need to leave their homes or places of residence, whether to obtain or perform the functions above, or to otherwise facilitate authorized necessary activities, they should at all times practice social distancing.

2) The healthcare delivery system shall prioritize services to serving those who are the sickest and shall prioritize resources, including personal protective equipment, for the providers providing direct care to them.

3) The Office of Emergency Services is directed to take necessary steps to ensure compliance with this Order.

4) This Order shall be enforceable pursuant to California law, including, but not limited to, Government Code section 8665.

**IT IS FURTHER ORDERED** that as soon as hereafter possible, this Order be filed in the Office of the Secretary of State and that widespread publicity and notice be given of this Order.

This Order is not intended to, and does not, create any rights or benefits, substantive or procedural, enforceable at law or in equity, against the State of California, its agencies, departments, entities, officers, employees, or any other person.

**IN WITNESS WHEREOF** I have hereunto set my hand and caused the Great Seal of the State of California to be affixed this 19th day of March 2020.

GAVIN NEWSOM
Governor of California

ATTEST:

ALEX PADILLA
Secretary of State



# EXHIBIT 10

# County variance info

Last updated July 13, 2020 at 4:34 PM

County alerts   Search   Back to top

## County data monitoring

California is monitoring COVID-19 closely in each local community and keeping the public informed. We're teaming up with counties to fight it with every tool we have: current local data, testing, contact tracing, infection control, emergency supplies, containment measures, and more.

Counties should be ready to restore limitations if outbreaks increase. The State Public Health Officer may take action if needed.

Effective July 13, 2020, ALL counties must close indoor operations in these sectors:

- Dine-in restaurants
- Wineries and tasting rooms
- Movie theaters
- Family entertainment centers (for example: bowling alleys, miniature golf, batting cages and arcades)
- Zoos and museums
- Cardrooms

Additionally, bars, brewpubs, breweries, and pubs must close all operations both indoor and outdoor statewide.

Counties that have remained on the County Monitoring List for 3 consecutive days will be required to shut down the following industries or activities unless they can be modified to operate outside or by pick-up.

- Fitness centers
- Worship services
- Protests
- Offices for non-essential sectors
- Personal care services, like nail salons, body waxing and tattoo parlors
- Hair salons and barbershops
- Malls

The following counties have remained on the County Monitoring List for 3 consecutive days:

### Affected counties as of 7/13/20                                    +

The State Public Health Officer may take additional action if needed.

## Track county data and monitoring status

# EXHIBIT 11



# Coronavirus Disease 2019 (COVID–19)

# Considerations for Institutions of Higher Education

Updated May 30, 2020                                    Print

As some institutions of higher education (IHE) open in the United States, the Centers for Disease Control and Prevention (CDC) offers the following considerations for ways in which IHEs can help protect students and employees (e.g., faculty, staff, and administrators) and slow the spread of the Coronavirus Disease 2019 (COVID-19). IHEs vary considerably in geographic location, size, and structure. As such, IHE officials can determine, in collaboration with state and local health officials, whether and how to implement these considerations while adjusting to meet the unique needs and circumstances of the IHE and local community. Implementation should be guided by what is feasible, practical, acceptable, and tailored to the needs of each community. Health facilities managed by the IHE may refer to CDC's Guidance for U.S. Healthcare Facilities and may find it helpful to reference the Ten Ways Healthcare Systems Can Operate Effectively During the COVID-19 Pandemic. These considerations are meant to supplement—**not replace**—any state, local, territorial, or tribal health and safety laws, rules, and regulations with which IHEs must comply.



## Guiding Principles to Keep in Mind

The more an individual interacts with others, and the longer that interaction, the higher the risk of COVID-19 spread. The risk of COVID-19 spread increases in IHE non-residential and residential (i.e., on-campus housing) settings as follows:

## IHE General Settings

- **Lowest Risk:** Faculty and students engage in virtual-only learning options, activities, and events.

- **More Risk:** Small in-person classes, activities, and events. Individuals remain spaced at least 6 feet apart and do not share objects (e.g., hybrid virtual and in-person class structures or staggered/rotated scheduling to accommodate smaller class sizes).

- **Highest Risk:** Full-sized in-person classes, activities, and events. Students are not spaced apart, share classroom materials or supplies, and mix between classes and activities.

## IHE On-Campus Housing Settings

- **Lowest Risk:** Residence halls are closed, where feasible.

- **More Risk:** Residence halls are open at lower capacity and shared spaces are closed (e.g., kitchens, common areas).

- **Highest Risk:** Residence halls are open at full capacity including shared spaces (e.g., kitchens, common areas).

COVID-19 is mostly spread by respiratory droplets released when people talk, cough, or sneeze. It is thought that the virus may spread to hands from a contaminated surface and then to the nose or mouth, causing infection. Therefore, personal prevention practices (such as handwashing, staying home when sick) and environmental prevention practices (such as cleaning and disinfection) are important principles that are covered in this document. Fortunately, there are a number of actions IHE administrators can take to help lower the risk of COVID-19 exposure and spread.

## Promoting Behaviors that Reduce Spread

IHEs may consider implementing several strategies to encourage behaviors that reduce the spread of COVID-19.

- **Staying Home or Self-Isolating when Appropriate**
  - If a decision is made to have any version of in-person classes, before returning to campus, actively encourage students, faculty, and staff who have been sick with COVID-19 symptoms, tested positive for COVID-19, or have been potentially exposed to someone with COVID-19 (either through community-related exposure or international travel) to follow CDC guidance to self-isolate or stay home.

  - Once back on campus, educate students, faculty, and staff on when they should stay home or self-isolate in their living quarters.
    - Actively encourage students, faculty, and staff who are sick or have recently had a close contact with a person with COVID-19 to stay home or in their living quarters (e.g., dorm room). Develop policies that encourage sick individuals to stay at home without fear of reprisals, and ensure students, faculty, and staff are aware of these policies. Offer virtual learning and telework options, if feasible.

    - Students, faculty, and staff should stay home when they have tested positive for or are showing symptoms of COVID-19.

    - Students, faculty, and staff who have recently had a close contact with a person with COVID-19 should also stay home and monitor their health.

    - CDC's criteria can help inform return to work/school policies:
      - If they have been sick with COVID-19

      - If they have recently had a close contact with a person with COVID-19

- **Hand Hygiene and Respiratory Etiquette**
  - Recommend and reinforce handwashing with soap and water for at least 20 seconds.
    - If soap and water are not readily available, hand sanitizer that contains at least 60% alcohol can be used.

  - Encourage students, faculty, and staff to cover coughs and sneezes with a tissue or use the inside of your elbow. Used tissues should be thrown in the trash and hands washed immediately with soap and water for at least 20 seconds.
    - If soap and water are not readily available, hand sanitizer that contains at least 60% alcohol can be used.

- **Cloth Face Coverings**
  - Recommend and reinforce use of cloth face coverings among students, faculty, and staff. Face coverings should be worn as feasible and are **most** essential in times when physical distancing is difficult. Individuals should be frequently reminded not to touch the face covering and to wash their hands frequently. Information should be provided to all students, faculty, and staff on proper use, removal, and washing of cloth face coverings.
    - Note: Cloth face coverings should **not** be placed on:
      - Babies and children younger than 2 years old

      - Anyone who has trouble breathing or is unconscious

      - Anyone who is incapacitated or otherwise unable to remove the cover without assistance

      - Cloth face coverings are meant to protect other people in case the wearer is unknowingly infected but does not have symptoms. Cloth face coverings are not surgical masks, respirators, or other medical personal protective equipment.

- **Adequate Supplies**
  - Support healthy hygiene behaviors by providing adequate supplies, including soap, hand sanitizer containing at least 60 percent alcohol, paper towels, tissues, disinfectant wipes, cloth face coverings (as feasible), and no-touch/foot pedal trash cans.

- **Signs and Messages**
  - Post signs in highly visible locations (e.g., building entrances, restrooms, dining areas) that promote everyday protective measures 📄 and describe how to stop the spread 📄 of germs (such as by properly washing hands and properly wearing a cloth face covering 🖼 ).

  - Include messages (for example, videos) about behaviors that prevent spread of COVID-19 when communicating with faculty, staff, and students (such as on IHE websites, in emails, and on IHE social media accounts) in accordance with the Clery Act ↗ .

- Find freely available CDC print and digital resources on CDC's communications resources main page.

# Maintaining Healthy Environments

IHEs may consider implementing several strategies to maintain healthy environments.

- **Cleaning and Disinfection**
  - Clean and disinfect frequently touched surfaces (e.g., door handles, sink handles, drinking fountains, grab bars, hand railings, bathroom stalls, dining hall tables) within IHE facilities at least daily or between use as much as possible. Use of shared objects (e.g., lab equipment, computer equipment, desks) should be limited when possible, or cleaned between use.
  - If transport vehicles (e.g., buses) are used by the IHE, drivers should practice all safety actions and protocols as indicated for other staff (e.g., hand hygiene, cloth face coverings). To clean and disinfect IHE buses, vans, or other vehicles, see guidance for bus transit operators.
  - Develop a schedule for increased, routine cleaning and disinfection.
  - Ensure safe and correct use and storage of cleaners and disinfectants ⧉ , including storing products securely. Use products that meet EPA disinfection criteria ⧉ .
  - Encourage students, faculty, and staff to keep their personal items (e.g., cell phones, other electronics) and personal work and living spaces clean. Encourage students, faculty, and staff to use disinfectant wipes to wipe down shared desks, lab equipment, and other shared objects and surfaces before use.
  - Ensure there is adequate ventilation when using cleaning products to prevent students or staff from inhaling toxic fumes.

- **Shared Objects**
  - Discourage sharing of items that are difficult to clean or disinfect.
  - Ensure adequate supplies to minimize sharing of high-touch materials to the extent possible (e.g., assigning each student their own art supplies, lab equipment, computers) or limit use of supplies and equipment by one group of students at a time and clean and disinfect between use.
  - Avoid sharing electronic devices, books, pens, and other learning aids.

- **Ventilation**
  - Ensure ventilation systems operate properly and increase circulation of outdoor air as much as possible, for example by opening windows and doors. Do not open windows and doors if doing so poses a safety or health risk (e.g., risk of falling, triggering asthma symptoms) to students, faculty, or staff using the facility.

- **Water Systems**
  - To minimize the risk of Legionnaires' disease and other diseases associated with water, take steps to ensure that all water systems and features (e.g., sink faucets, drinking fountains, decorative fountains) are safe to use after a prolonged facility shutdown. Drinking fountains should be cleaned and disinfected, but encourage faculty, staff and students to bring their own water to minimize use and touching of water fountains.

- **Modified Layouts**
  - Space seating/desks at least 6 feet apart when feasible. For lecture halls, consider taping off seats and rows to ensure six-foot distance between seats.
  - Host smaller classes in larger rooms.
  - Offer distance learning in addition to in-person classes to help reduce the number of in-person attendees.
  - Provide adequate distance between individuals engaged in experiential learning opportunities (e.g., labs, vocational skill building activities).
  - Create distance between students in IHE vehicles (e.g., skipping rows) when possible.

- **Physical Barriers and Guides**
  - Install physical barriers, such as sneeze guards and partitions, particularly in areas where it is difficult for individuals to remain at least 6 feet apart (e.g., cash registers).
  - Provide physical guides, such as tape on floors or sidewalks and signs on walls to ensure that individuals remain at least 6 feet apart in lines and at other times.

- **Communal Spaces**
  - Close shared spaces such as dining halls, game rooms, exercise rooms, and lounges if possible; otherwise, stagger use and restrict the number of people allowed in at one time to ensure everyone can stay at least 6 feet apart, and clean and disinfect between use.
  - Add physical barriers, such as plastic flexible screens, between bathroom sinks and between beds especially when they cannot be at least 6 feet apart.

- For more information on communal spaces in student or faculty housing (e.g., laundry rooms, shared bathrooms and recreation areas) follow CDC's guidance for Shared or Congregate Housing.

- **Food Service**
  - Provide grab-and-go options for meals. If a cafeteria or group dining room is typically used, if possible, serve individually plated meals (versus buffet or any self-serve stations).
  - Use disposable food service items (e.g., utensils, dishes). If disposable items are not feasible or desirable, ensure that all non-disposable food service items are handled with gloves and washed with dish soap and hot water or in a dishwasher. Individuals should wash their hands after removing their gloves or after directly handling used food service items.
  - If food is offered at any event, have pre-packaged boxes or bags for each attendee instead of a buffet or family-style meal. Avoid sharing food and utensils and consider the safety of individuals with food allergies .

## Maintaining Healthy Operations

IHEs may consider implementing several strategies to maintain healthy operations.

- **Protections for Students, Faculty, and Staff at Higher Risk for Severe Illness from COVID-19**
  - Offer options for faculty and staff at higher risk for severe illness (including older adults and people of all ages with certain underlying medical conditions) that limit their exposure risk (e.g., telework and modified job responsibilities).
  - Offer options for students at higher risk for severe illness that limit their exposure risk (e.g. virtual learning opportunities).
  - Consistent with applicable law, put in place policies to protect the privacy of people at higher risk for severe illness regarding underlying medical conditions in compliance with applicable federal and state privacy and confidentiality laws.

- **Regulatory Awareness**
  - Be aware of state or local regulatory agency policies related to group gatherings to determine if events can be held.

- **Gatherings**
  - Pursue virtual group events, gatherings, or meetings, if possible, and promote social distancing of at least 6 feet between people if events are held. Limit group size to the extent possible.
  - Pursue options to convene sporting events and participate in sports activities in ways that reduce the risk of transmission of COVID-19 to players, families, coaches, and communities.
  - Limit any nonessential visitors, volunteers, and activities involving external groups or organizations as possible – especially with individuals who are not from the local geographic area (e.g., community, town, city, or county).

- **Telework and Virtual Meetings**
  - Encourage telework for as many faculty and staff as possible, especially employees at higher risk for severe illness from COVID-19.
  - Replace in-person meetings with video- or tele-conference calls whenever possible.
  - Provide student support services virtually, as feasible.
  - When possible, use flexible work or learning sites (e.g., telework, virtual learning) and flexible work or learning hours (e.g., staggered shifts or classes) to help establish policies and practices for social distancing (maintaining distance of approximately 6 feet) between people, especially if social distancing is recommended by state and local health authorities.

- **Travel and Transit**
  - Consider options for limiting non-essential travel in accordance with state and local regulations and guidance.
  - Encourage students, faculty and staff who use public transportation or ride sharing to use forms of transportation that minimize close contact with others (e.g., biking, walking, driving or riding by car either alone or with household members).

- Encourage students, faculty and staff who use public transportation or ride sharing to follow CDC guidance on how to protect yourself when using transportation. Additionally, encourage them to commute during less busy times and clean their hands as soon as possible after their trip.

- **Designated COVID-19 Point of Contact**
  - Designate an administrator or office to be responsible for responding to COVID-19 concerns. All IHE students, faculty and staff should know who this person is and how to contact them.

- **Participation in Community Response Efforts**
  - Consider participating with state or local authorities in broader COVID-19 community response efforts (e.g., sitting on community response committees).

- **Communication Systems**
  - Put systems in place for:
    - Consistent with applicable law and privacy policies, having students, faculty and staff report to the IHE if they have symptoms of COVID-19, a positive test for COVID-19, or were exposed to someone with COVID-19 within the last 14 days in accordance with health information sharing regulations for COVID-19 ⧉ (e.g. see "Notify Health Officials and Close Contacts" in the **Preparing for When Someone Gets Sick** section below), and other applicable federal and state privacy and confidentiality laws, such as the Family Educational Rights and Privacy Act (FERPA).
    - Notifying faculty, staff, students, families, and the public of IHE closures and any restrictions in place to limit COVID-19 exposure (e.g., limited hours of operation).

- **Leave (Time Off) and Excused Absence Policies**
  - Implement flexible sick leave policies and practices that enable faculty, staff, and students to stay home or self-isolate when they are sick, have been exposed, or caring for someone who is sick.
    - Examine and revise policies for excused absences and virtual learning (students) and leave, telework, and employee compensation (employees).
    - Leave and excused absence policies should be flexible, not be punitive to people for taking time off and should allow sick employees and students to stay home and away from others. Leave and excused absence policies should also account for employees and students who need to stay home with their children if there are school or childcare closures, or to care for sick family members.
  - Develop policies for returning to classes and IHE facilities after COVID-19 illness. CDC's criteria to discontinue home isolation and quarantine can inform these policies.

- **Back-Up Staffing Plan**
  - Monitor absenteeism of employees and students, cross-train staff, and create a roster of trained back-up staff.

- **Staff Training**
  - Train staff on all safety protocols
  - Conduct training virtually or ensure that social distancing is maintained during training.

- **Recognize Signs and Symptoms**
  - If feasible, conduct daily health checks or ask faculty, staff, and students to conduct self-checks (e.g., temperature screening and/or symptom checking).
  - Health checks should be done safely and respectfully, and in accordance with any applicable federal or state privacy and confidentiality laws and regulations. IHE administrators may use examples of screening methods found in CDC's General Business FAQs.

- **Sharing Facilities**
  - Encourage any organizations that share or use IHE facilities to also follow these considerations.

- **Support Coping and Resilience**
  - Encourage employees and students to take breaks from watching, reading, or listening to news stories, including social media if they are feeling overwhelmed or distressed.
  - Promote employees and students eating healthy, exercising, getting sleep and finding time to unwind.
  - Encourage employees and students to talk with people they trust about their concerns and how they are feeling.

○ Consider posting signages for the national distress hotline: 1-800-985-5990, or text TalkWithUs to 66746

# Preparing for When Someone Gets Sick

IHEs may consider implementing several strategies to prepare for when someone gets sick.

- **Advise Sick Individuals of Home Isolation Criteria**
  - Sick faculty, staff, or students should not return to in-person classes or IHE facilities, or end isolation until they have met CDC's criteria to discontinue home isolation.

- **Isolate and Transport Those Who are Sick**
  - Make sure that faculty, staff, and students know they should not come to the IHE if they are sick, and should notify IHE officials (e.g., IHE designated COVID-19 point of contact) if they become sick with COVID-19 symptoms, test positive for COVID-19, or have been exposed to someone with COVID-19 symptoms or a confirmed or suspected case.
  - Immediately separate faculty, staff, and students with COVID-19 symptoms (such as fever, cough, or shortness of breath). Individuals who are sick should go home or to a healthcare facility, depending on how severe their symptoms are, and follow CDC Guidance for caring for oneself and others who are sick. IHEs may follow CDC's Guidance for Shared or Congregate Housing for those that live in IHE housing.
  - Work with IHE administrators and healthcare providers to identify an isolation room, area, or building/floor (for on-campus housing) to separate anyone who has COVID-19 symptoms or tests positive but does not have symptoms. IHE healthcare providers should use Standard and Transmission-Based Precautions when caring for sick people. See: What Healthcare Personnel Should Know About Caring for Patients with Confirmed or Possible COVID-19 Infection.
  - Establish procedures for safely transporting anyone who is sick to their home or to a healthcare facility. If you are calling an ambulance or bringing someone to the hospital, try to call first to alert them that the person may have COVID-19.

- **Clean and Disinfect**
  - Close off areas used by a sick person and do not use these areas until after cleaning and disinfecting
  - Wait at least 24 hours before cleaning and disinfecting. If 24 hours is not feasible, wait as long as possible. Ensure safe and correct use and storage of cleaning and disinfection products ⧉ , including storing products securely away from children.

- **Notify Health Officials and Close Contacts**
  - In accordance with applicable federal, state and local laws and regulations, IHEs should notify local health officials, faculty, staff, and students immediately of any case of COVID-19 while maintaining confidentiality in accordance with the Americans with Disabilities Act (ADA) ⧉ , FERPA or and other applicable laws and regulations.
  - Inform those who have had close contact with a person diagnosed with COVID-19 to stay home or in their living quarters and self-monitor for symptoms, and follow CDC guidance if symptoms develop.

## Other Resources

| | |
|---|---|
| Latest COVID-19 information | COVID-19 Prevention |
| Cleaning and Disinfection | Handwashing Information |
| Guidance for Business and Employers | Face Coverings |
| Shared and Congregate Housing | Social Distancing |
| Guidance for U.S. Healthcare Facilities | People at Higher Risk |

| | |
|---|---|
| Managing Stress and Coping | CDC Communication Resources |
| COVID-19 Frequently Asked Questions | Community Mitigation |
| HIPAA and COVID-19 🔗 | OSHA Guidance on Preparing Workplaces for COVID-19 📄 🔗 |

Page last reviewed: May 30, 2020

## COVID-2019 Menu

 Coronavirus Home

 Your Health

 Community, Work & School

 Healthcare Workers

 Laboratories

 Health Departments

 Cases, Data & Surveillance

 More Resources

# EXHIBIT 12


CDC Centers for Disease Control and Prevention

Coronavirus Disease 2019 (COVID–19)

# Interim Guidance for Administrators of US Institutions of Higher Education

Plan, Prepare, and Respond to Coronavirus Disease 2019 (COVID-19)

Updated March 18, 2020          Print Page

Printer friendly version 📄

## Summary of Recent Changes

Revisions were made on March 18 to reflect the following:

- Clarification of appropriate mitigation strategies, based on level of community transmission of COVID-19 and presence of COVID-19 cases within the IHE.

- Institutions of higher education (IHE), working together with local health departments, have an important role in slowing the spread of diseases, and protecting vulnerable students, staff, and faculty to help ensure a safe and healthy learning environment.
- Guidance for IHE is organized into three categories based on the level of community transmission: 1) when there is no community transmission (preparedness phase), 2) when there is minimal to moderate community transmission, and 3) when there is substantial community transmission. Consult with your local health department to determine what level of transmission is currently occurring in your community.
- Guidance is also provided for when a confirmed case has entered an IHE, regardless of community transmission.
- All decisions about implementing IHE-based strategies (e.g., class suspensions, event cancellations, other social distancing measures) should be made in collaboration with local health officials.

Older adults and persons with severe underlying health conditions are at increased risk of more serious illness after contracting COVID-19. Priority should be given to ensuring the safety of these groups of people. See more information on those at increased risk of more serious illness due to COVID-19.

This interim guidance is based on what is currently known about the transmission and severity of coronavirus disease 2019 (COVID-19).

The US Centers for Disease Control and Prevention (CDC) will update this guidance as needed and as additional information becomes available. Please check the following CDC website periodically for updated interim guidance: https://www.cdc.gov/coronavirus/2019-ncov/index.html.

Health officials are currently taking steps to prevent the introduction and spread of COVID-19 into US communities. IHE play an important role in this effort. Through collaboration and coordination with local health departments, IHE should take steps to disseminate information about the disease and its potential transmission within their IHE community. IHE should prepare to take steps to prevent the spread of COVID-19 among their students and staff should local health officials identify community transmission.

IHE should continue to collaborate, share information, and review plans with local health officials to help protect the whole IHE community, including those with special health needs. IHE plans should be designed to complement other community mitigation strategies to protect high risk populations and the healthcare system and minimize disruption to teaching and learning and protect students, staff, and faculty from social stigma and discrimination. Plans should build on everyday practices (e.g., encouraging hand hygiene, monitoring absenteeism, communicating routinely) that include strategies for *before*, *during*, and *after* a possible outbreak.

## Who is this guidance for?

This interim guidance is intended for administrators of public and private institutions of higher education (IHE). IHE include a diverse set of American colleges and universities: 2- or 4-year; public, private non-profit, or private for-profit; and comprehensive, research-focused, or special mission. IHE administrators (e.g., presidents, deans, provosts) are individuals who make policies and procedures, set educational aims and standards, and direct programming of institutions of higher education.

## Why is this guidance being issued?

This guidance will help IHE and their partners understand how to help prevent the transmission of COVID-19 among students, faculty, and staff. It also aims to help IHE react quickly should a case be identified in the IHE or if there is spread within the community in which the IHE is located. The guidance includes considerations to help administrators plan for the continuity of teaching, learning, and research if there is community spread of COVID-19 and address concerns related to COVID-19 associated stigma.

## What is the role of IHE in responding to COVID-19?

IHE, working together with local health departments, have an important role in slowing the spread of disease. IHE's efforts will help ensure students, staff, and faculty have safe and healthy environments in which to learn and work. IHE welcome students, staff, faculty, and visitors from throughout the community. All of these people may have close contact in IHE settings, often sharing spaces, equipment, and supplies.

Some individuals are experiencing stigma and discrimination in the United States related to COVID-19. This includes people of Chinese and Asian descent, as well as some returning travelers and emergency responders who may have been exposed to the virus. It is important for IHE to provide accurate and timely information about COVID-19 to students, staff, and faculty to minimize the potential for stigma on college and university campuses. It is also important to provide mental health support to promote resilience among those groups affected by stigma regarding COVID-19. CDC has information IHE can share to reduce COVID-19 associated fear and stigma.

## How should IHEs prepare for, and respond to, COVID-19?

IHE should be prepared for COVID-19 outbreaks in their local communities and for individual exposure events to occur in facilities, regardless of the level of community transmission, for example, a case associated with travel. The following decision tree can be used to help IHE administrators determine which set of mitigation strategies may be most appropriate for their current situation.



## When a confirmed case has been on campus, regardless of community transmission

Any IHE in any community might need to implement short-term building closure procedures regardless of community spread **if an infected person has been on campus**. If this happens, CDC recommends the following procedures, regardless of level of community spread:

    **Coordinate with local health officials**. Once learning of a COVID-19 case in someone who has been on the campus, immediately reach out to local public health officials. These officials will help administrators determine a course of action for their IHE.

    **Work with local public health officials to determine cancellation of classes and closure of buildings and facilities.** IHE administrators should work closely with their local health officials to determine if a short-term closure (for 2-5 days) of all campus buildings and facilities is needed. In some cases, IHE administrators, working with local health officials, may choose to only close buildings and facilities that had been entered by the individual(s) with COVID-19. This initial short-term class suspension and event and activity (e.g., club meetings; on-campus sport, theater, and music events) cancellation allows time for the local health officials to gain a better understanding of the COVID-19 situation impacting the IHE. This allows the local health officials to help the IHE determine appropriate next steps, including whether an extended duration is needed to stop or slow further spread of COVID-19.

- Local health officials' recommendations for the duration and extent of class suspensions, building and facility closures, and event and activity cancellations should be made on a case-by-case basis using the most up-to-date information about COVID-19 and the specific cases in the community.
- Discourage students, staff, and faculty from gathering or socializing anywhere. This includes group childcare arrangements, as well as gathering at places like a friend's house, a favorite restaurant, or the local coffee shop.

**Communicate with students, staff, and faculty.** Coordinate with local health officials to communicate

dismissal decisions and the possible COVID-19 exposure.

- This communication to the IHE community should align with the communication plan in the emergency operations plan.
- Plan to include messages to counter potential stigma and discrimination.
- In a circumstance where there is a confirmed COVID-19 case that has been on campus, it is critical to maintain confidentiality of the student or staff member as required by the Americans with Disabilities Act and the Family Education Rights and Privacy Act, as applicable.



**Clean and disinfect thoroughly.**

- Close off areas used by the patient. Open outside doors and windows to increase air circulation in the area and then begin cleaning and disinfection.
- Cleaning staff should clean and disinfect all areas (e.g., offices, bathrooms, and common areas) used by the COVID-19 patient focusing especially on frequently touched surfaces.
- If surfaces are dirty, they should be cleaned using a detergent or soap and water prior to disinfection.
- For disinfection most common EPA-registered household disinfectants should be effective.  A list of products that are EPA-approved for use against the virus that causes COVID-19 is available here ↗ . Follow the manufacturer's instructions for all cleaning and disinfection products (e.g., concentration, application method and contact time, etc.).
- Additional information on cleaning and disinfection of community facilities such as schools can be found on CDC's website.



**Make decisions about extending the class suspension and event and activity cancellation.** Temporarily suspending classes is a strategy to stop or slow the further spread of COVID-19 in communities.

- When classes are suspended, IHE administrators should work closely with local public health officials to determine if some buildings and facilities may stay open for staff or faculty that are not ill while students temporarily stop attending in-person classes.
- **IHE administrators should work in close collaboration with local public health officials and the IHE's university system to make class suspension and** large event and activity cancellation decisions. IHE are not expected to make decisions about suspending classes or canceling events on their own. IHE can seek specific guidance from local health officials to determine if, when, and for how long to take these steps. The nature of these actions (e.g., geographic scope, duration) may change as the local outbreak situation evolves.
- Administrators should seek guidance from local health officials to determine when students, staff, and faculty should return to campus and what additional steps are needed for the IHE community. In addition, students, staff, and faculty who are well but are taking care of or share a home with someone with a case of COVID-19 should follow instructions from local health officials to determine when to return to campus.



**Implement strategies to continue education and other related supports for students.**

- **Ensure continuity of education and research.**
  - Review continuity plans, including plans for the continuity of teaching, learning, and research. Implement e-learning plans and distance learning options as feasible and appropriate.
  - Ensure continuity plans address how to temporarily postpone, limit, or adapt research-related activities (e.g., study recruitment or participation, access to labs) in a manner that protects the safety of researchers, participants, facilities, and equipment.
  - Consider the following approaches:
    - Use of existing infrastructure and services (e.g., Blackboard, Skype, Zoom) to support efficient transition of classes from in-person to distance-based formats. This may include

using strategies such as faculty check-ins, recorded class meetings or lectures, and live class meetings.

- Other student support services such as online library services, print materials available online, phone- or internet-based counseling support, or study groups enabled through digital media.

- IHE will need to determine, in consultation with their university system:
  ○ How to convert face-to-face lessons into online lessons and how to train faculty to do so.
  ○ How to triage technical issues if faced with limited IT support and staff.
  ○ How to deal with the potential lack of students' access to computers and the Internet at home or in temporary housing.

- **Ensure continuity of safe housing.**
  ○ **Work in close collaboration with local public health officials to make all decisions related to on-campus housing.**
  ○ **If cases of COVID-19 have <u>not</u> been identified among residents of on-campus community housing**, students may be allowed to remain in on-campus housing. In this situation, educate housing residents on the precautions they should take to help protect themselves when there is community spread of COVID-19. Residents should follow any more specific recommendations provided by local health officials. Any on-campus resident who may have been in close contact with a confirmed case of COVID-19 should follow instructions provided by local public health officials, including possible temporary relocation to alternate housing for self-quarantine and monitoring for symptoms.
  ○ **If cases of COVID-19 have <u>have</u> been identified among residents of on-campus community housing, work with local public health officials to take additional precautions.** Individuals with COVID-19 may need to be moved to temporary housing locations. These individuals will need to self-isolate and monitor for worsening symptoms according to the guidance of local health officials. Close contacts of the individuals with COVID-19 may also need temporary housing so that they can self-quarantine and monitor for symptoms. Consult with local health officials to determine when, how, and where to move ill residents. Information on providing home care to individuals with COVID-19 who do not require hospitalization is available on CDC's website.
  ○ **Residents identified with COVID-19 or identified as contacts of individuals with COVID-19 should not necessarily be sent to their permanent homes off-campus.** Sending sick residents to their permanent homes could be unfeasible, pose logistical challenges, or pose risk of transmission to others either on the way to the home or once there. IHE should work with local public health officials to determine appropriate housing for the period in which they need to self-isolate and monitor for symptoms or worsening symptoms.
  ○ **Remember to consider all types of IHE-affiliated housing when making response plans**. Distinct housing types (e.g., residence halls, apartments, fraternity and sorority houses) and situations (e.g., housing owned and run by the IHE, housing on the IHE campus but not run by the IHE) may require tailored approaches.
  ○ **Ensure any staff remaining to support students in on-campus housing receive necessary training to protect themselves and residents from spread of COVID-19**. Staff should also be trained on how to respond if a resident becomes ill. Adequate cleaning and personal hygiene supplies should be made available.

- **Ensure continuity of meal programs.**
  ○ Consult with local health officials to determine strategies for modifying food service offerings to the IHE community.
  ○ Consider ways to distribute food to students, particularly those who may remain on campus, while classes or other events and activities are dismissed.
  ○ If there is minimal to moderate or substantial community spread of COVID-19, design strategies to avoid food distribution in settings where people might gather in a group or crowd. Consider options such as "grab-and-go" bagged lunches or meal delivery.
  ○ If on-campus housing residents have been relocated to temporary alternative housing, consider how meals can be provided to these students. Work with local public health officials to determine strategies for providing meals to residents with COVID-19 or who are being monitored because of contact with persons with COVID-19.

    ○ Ensure any staff remaining on campus to support food services receive necessary training to protect themselves and those they serve from spread of COVID-19.

- **Consider if, and when, to stop, scale back, or modify other support services on campus.**
  - Consider alternatives for providing students with essential medical, social, and mental health services. Identify ways to ensure these services are provided while classes are dismissed or students are in temporary housing.
  - Identify other types of services provided to students, staff, and faculty (e.g., library services, cleaning services). Consider ways to adapt these to minimize risk of COVID-19 transmission while maintaining services deemed necessary.

## When there is no community transmission (preparedness phase)

The most important thing to do now is **plan and prepare**. IHE administrators should reinforce healthy practices among their students, staff, and faculty. As the global outbreak evolves, IHE should prepare for the possibility of community-level outbreaks in their communities. IHE need to **be ready** in the event COVID-19 does appear in their communities. Here are some strategies:



**Review, update, and implement emergency operations plans (EOPs).** This should be done in collaboration with local public health departments, the IHE's university system, and other relevant partners. Focus on components, or annexes, of the plans that address infectious disease outbreaks.

- Ensure the plan includes strategies to reduce the spread of a wide variety of infectious diseases (e.g., seasonal influenza). This includes strategies for social distancing and IHE dismissal that may be used to stop or slow the spread of infectious disease. The plan should also include strategies for continuing education, meal programs, and other related services in the event of IHE dismissal.
- Ensure the plan emphasizes preventive actions for students and staff. Emphasize actions individuals can take, including staying home when sick, appropriately covering coughs and sneezes, cleaning frequently touched surfaces, and washing hands often.
  - CDC has workplace resources including guidance posters with messages for staff about staying home when sick 🔴 and how to avoid spreading germs at work 🔴 .
- Include procedures in the EOP for how to ensure safe housing for students.
- Reference key resources while reviewing, updating, and implementing the EOP.
  - Multiple federal agencies have developed resources on school planning principles and a 6-step process for creating plans to build and continually foster safe and healthy school communities *before*, *during*, and *after* possible emergencies. IHE may find this guidance for developing high-quality emergency operations 🔗 plans helpful.
  - Readiness and Emergency Management for Schools (REMS) Technical Assistance (TA) Center's website 🔗 contains free resources, trainings, and TA for schools, including IHE, and their community partners, including many tools and resources on emergency planning and response to infectious disease outbreaks.



**Develop information-sharing systems with partners.**

- Institutional information systems should be used for day-to-day reporting on information such as absenteeism or changes in student health center traffic to detect and respond to an outbreak. Remember that IHE are not expected to screen students, staff, or faculty to identify cases of COVID-19.. If a community (or more specifically, an IHE) has cases of COVID-19, local health officials will help identify those individuals and will follow up on next steps.
- Local health officials should be a key partner in information sharing.



**Reinforce healthy hygiene practices.**

- Ensure handwashing strategies include washing with soap and water for at least 20 seconds, especially after going to the bathroom; before eating; and after blowing your nose, coughing, or sneezing. If soap and water are not available and hands are not visibly dirty, use an alcohol-based hand sanitizer that contains at least 60% alcohol.

- CDC offers several free handwashing resources that include health promotion materials and information on proper handwashing technique.

- Ensure adequate supplies (e.g., soap, paper towels, hand sanitizer, tissue) to support healthy hygiene practices.

 **Intensify cleaning and disinfection efforts.**

- Routinely clean and disinfect surfaces and objects that are frequently touched. This may include cleaning objects/surfaces not ordinarily cleaned daily (e.g., doorknobs, light switches, classroom sink handles, countertops). Clean with the cleaners typically used. Use all cleaning products according to the directions on the label. For disinfection most common EPA-registered household disinfectants should be effective.
  - A list of products that are EPA-approved for use against the virus that causes COVID-19 is available here  . Follow the manufacturer's instructions for all cleaning and disinfection products (e.g., concentration, application method and contact time, etc.).

- Provide disposable wipes to staff and faculty so that commonly used surfaces (e.g., keyboards, desks, remote controls) can be wiped down before use.

- Ensure adequate supplies to support cleaning and disinfection practices.

 **Monitor and plan for absenteeism.**

- Review attendance and sick leave policies. Students, staff, and faculty should not attend class or work when sick. Allow them to stay home to care for sick household members. Make accommodations (e.g., extended due dates, electronic submission of assignments), as possible, for individuals who may be temporarily unable to attend class due to restrictions placed on them related to possible exposure to the virus that causes COVID-19.

- Identify critical job functions and positions, and plan for alternative coverage by cross-training staff and faculty.

- Review the usual absenteeism patterns at your institution and on your campus among students, staff, and faculty. Consider identifying and implementing processes for faculty and IHE leadership to report noticeable changes in absenteeism, even if subjective, to a designated administrator.

- Alert local health officials about large increases in student, staff, and faculty absenteeism or substantial increases in student health center traffic due to respiratory illnesses (like the common cold or the "flu," which have symptoms similar to symptoms of COVID-19).

- Determine what level of absenteeism will disrupt continuity of teaching, learning, and research.

 **Assess group gatherings and events. Consider postponing non-critical gatherings and events.**

- Ensure you have a clear understanding of all upcoming gatherings and large events for your IHE (e.g., special performances, athletic events, award banquets). Give special consideration to events that might put students, staff, or their families in close proximity to others from communities that may have identified cases of COVID-19 or include populations at increased risk of severe illness with COVID-19.

- Consider whether any of these events should be canceled. Speak with local health officials to help determine the best approach.

 **Require sick students, staff, and faculty to stay home. Establish procedures for students, staff, and faculty who are sick (with any illness) on campus.**

- Establish procedures to ensure students, staff, and faculty who become sick (with any illness) on campus or arrive on campus sick are sent to their place of residence (e.g., on-campus room or apartment, off-campus housing) as soon as possible. Keep sick individuals separate from well individuals until they can leave. Sick residents of on-campus housing in communities with no identified COVID-19 and who are not believed to have been exposed to COVID-19 should avoid contact with well individuals while sick.
- Establish procedures for how to re-house roommates of those that are sick.

 **Ensure IHE health clinics prepare for COVID-19.**

- Review CDC guidance to help healthcare facilities prepare for COVID-19. Guidance includes steps to take now and strategies for preparing for community transmission of COVID-19.

 **Create plans to communicate accurate and timely information to the IHE community.**

- Include strategies for sharing information with staff, students, and faculty without increasing fear and stigma. Keeping the community informed with accurate information can counter the spread of misinformation and reduce the potential for fear and stigma.
- Include strategies to communicate steps being taken by the IHE to prepare and how additional information will be shared.
- Include strategies to communicate changes to usual campus schedules or functions.
- Include strategies to communicate information IHE community members can use to protect themselves from infectious disease, including COVID-19.

 **Review CDC's guidance for businesses and employers.**

- Review this CDC guidance to identify any additional strategies the IHE can use, given its role as an employer.

**IHE administrators can support their IHE community by sharing COVID-19 informational resources** with students, staff, and faculty.  Coordinate with local health officials to determine what type of information is best to share with the IHE community. Consider sharing the following fact sheets and information sources:

 Information about COVID-19 available through state and local ☐ health departments

 General fact sheets to help students, staff, faculty, and their families understand COVID-19 and the steps they can take to protect themselves:

- What you need to know about coronavirus disease 2019 (COVID-19) 📄
- What to do if you are sick with coronavirus disease 2019 (COVID-19)
- Stop the spread of germs – help prevent the spread of respiratory viruses like COVID-19 📄   Spanish 📄   Chinese   Korean   Vietnamese 📄
- Share facts about COVID-19 to help prevent stigma

• Share facts about COVID-19 to help prevent stigma

 CDC information for students, staff, and faculty who have recently traveled back to the United States from areas where CDC has identified community spread of COVID-19:

  • A list of countries where community spread of COVID-19 is occurring can be found on the CDC webpage: *Coronavirus Disease 2019 Information for Travel*

For guidance for **students, staff, or faculty who plan to travel, or have recently traveled, to areas with community spread of COVID-19,** refer to CDC's FAQ for travelers and COVID-19 travel website. Students returning from travel to areas with community spread of COVID-19 must follow guidance they have received from health officials. For specific guidance on **foreign exchange and study abroad programs, see CDC's** guidance on student foreign travel for IHE. **IHE can also consult with state and local public health officials.** IHE may need to postpone or cancel trips that could expose students and staff to potential community spread of COVID-19.

## When there is minimal to moderate community transmission

If local health officials report that there are multiple cases in the community, IHE may need to implement additional strategies in response to prevent spread in the IHE, but they should continue using the strategies they implemented when there was no community transmission. These additional strategies include:

 **Coordinate with local public health officials.** This should be a first step in making decisions about responses to the presence of COVID-19 in the community. Health officials can help an IHE determine which set of strategies might be most appropriate for their specific community's situation.

 **Implement multiple social distancing strategies.** Select strategies based on feasibility given the unique space and needs on IHE campuses. Not all strategies will be feasible for all IHE. IHE administrators are encouraged to think creatively about all opportunities to increase the physical space between students and limit interactions in large group settings. IHE may consider strategies such as:

  • **Cancel large gatherings.** Cancel activities and events such as athletic events or practices, or special performances for groups of 250 people or more. Cancel events for groups of 20 people or more if attendees are at increased risk for severe illness from COVID-19
  • **Cancel or modify courses where students are likely to be in very close contact**, such as lecture courses with close seating, or music or physical activity classes where students are likely to be in close proximity.
  • **Increase space between desks.** Where possible, rearrange desks to maximize the space between students. Turn desks to face in the same direction (rather than facing each other) to reduce transmission caused from virus-containing droplets (e.g., from talking, coughing, sneezing).
  • **Reduce congestion in the health clinic.** For example, consider using the health clinic for students with flu-like symptoms and a satellite location for routine clinic visits (e.g., preventive screenings or annual exams).
  • **Consider if and how existing dining services should be scaled back or adapted.** For example, an IHE may close some of or all its cafeterias/cafes, offering meal delivery or grab-and-go options to discourage students, staff, and faculty from gathering in group settings. Self-serve stations that require multiple students to touch the same equipment (e.g. cereal dispensers, ice cream dispensers) may be scaled back.

 **Consider ways to accommodate the needs of students and staff at** higher risk **of severe illness with COVID-19.** Consider if and how to honor requests of students or staff who may have concerns about being on campus due to underlying medical conditions or those of others in their home.

 Ensure continuity of safe housing.

- **Work in close collaboration with local health officials to make all decisions related to on-campus housing.**
- **If cases of COVID-19 have <u>not</u> been identified among residents of on-campus community housing**, students may be allowed to remain in on-campus housing. In this situation, educate housing residents on the precautions they should take to help protect themselves when there is community spread of COVID-19. Residents should follow any more specific recommendations provided by local health officials.

 Help counter stigma and promote resilience on campus.

- Share facts about COVID-19 through trusted dissemination channels to counter the spread of misinformation and mitigate fear.
- Speak out against negative behaviors, including negative statements on social media about groups of people.
- Develop plans to support students, staff, and faculty who may feel overwhelmed by COVID-19 and associated events on campus.
  - Ensure continuity of mental health services, such as offering remote counseling. Encourage students to call 911 or the National Suicide Prevention Lifeline at 1-800-273-TALK (1-800-273-8255) if they are feeling overwhelmed with emotions such as sadness, depression, anxiety, or feel like wanting to harm themselves or others.

## When there is substantial community transmission

Additional strategies should be considered when there is substantial transmission in the local community in addition to those implemented when there is no, minimal, or moderate transmission. These strategies include:

 **Continue to coordinate with local public health officials.** If local health officials have determined there is substantial transmission of COVID-19 within the community, they will provide guidance to administrators on the best course of action for IHE. Mitigation strategies are expected to extend across organizations (e.g., K-12 schools, business, community and faith-based organizations) within the community, as they are not necessarily tied to cases within IHE.

 **Consider extended in-person class suspension.** In collaboration with local public health officials, implement extended class suspension and event/activity cancellations (e.g., suspension/cancellations for longer than two weeks). This longer-term, and likely broader-reaching, strategy is intended to slow transmission rates of COVID-19 in the community. During extended class suspensions, also cancel extracurricular group activities and large events. Remember to implement strategies to ensure the continuity of education, research, and housing as well as meal programs and other essential services for students.

Page last reviewed: March 18, 2020

## COVID-2019 Menu

 Coronavirus Home

 Your Health

 Community, Work & School

- Healthcare Workers
- Laboratories
- Health Departments
- Cases, Data & Surveillance
- More Resources

# EXHIBIT 13

**Broadcast Message: Coronavirus Disease 2019 (COVID-19) and Potential Procedural Adaptations for F and M nonimmigrant students**

**To:** All SEVIS Users

**Date:** March 9, 2020

**Supersedes:** Broadcast Message: 2019 Novel Coronavirus and Potential Procedural Adaptations for F and M nonimmigrant students; Jan. 29, 2020; Number 2001-05

**Number:** 2003-01

---

**General Information**

The Student and Exchange Visitor Program (SEVP) continues to monitor developments with the Coronavirus (COVID-19). Concurrent with other federal agencies, SEVP provides the following information.

SEVP-certified schools should advise students traveling from countries impacted by COVID-19 to refer to guidance from the Centers for Disease Control and Prevention (CDC), U.S. Department of State and U.S. Customs and Border Protection for specific port-of-entry screening processes, as well as any travel restrictions.

**SEVP-certified Schools and F and M Students**

SEVP-certified schools may need to adapt their procedures and policies to address the significant public health concerns associated with the COVID-19 crisis. To ensure that SEVP is able to continue to meet its oversight responsibilities, attached is a template to be used in reporting COVID-19 procedural adaptations to SEVP. In evaluating these changes, SEVP is focused on ensuring that nonimmigrant students are able to continue to make normal progress in a full course of study as required by federal regulations. SEVP intends to be flexible with temporary adaptations. In all cases, schools and students should document any decisions made and be able provide this information to SEVP upon request. Similarly, changes to workplace requirements may impact nonimmigrant students engaging in practical training. SEVP encourages such students to consult with their employer to seek alternative ways to maintain employment, such as teleworking or other arrangements.

SEVP recognizes that the COVID-19 crisis is fluid and rapidly changing. For that reason, SEVP is not requiring prior notice of procedural adaptations, leaving room for schools to comply with state or local health emergency declarations. However, as noted in the Appendix, SEVP must be notified of procedural adaptations within ten business days of the change.

This guidance applies to students who are currently enrolled in a program of study and is not intended for new or initial students who are outside the United States.

SEVP is monitoring this situation closely. The program will supplement this guidance with additional information and will adjust guidance as needed.

**Comments**

To comment on this Broadcast Message, please email SEVP@ice.dhs.gov with "Broadcast Message 2003-01 Comment" entered in the subject line.

**Disclaimer**

This Broadcast Message is not a substitute for applicable legal requirements, nor is it itself a rule or a final action by SEVP. It is not intended to, does not, and may not be relied upon to create any right or benefit, substantive or procedural, enforceable at law by any party in any administrative, civil or criminal matter.



**Appendix 1: COVID-19 Impact on School Operations**

Instruction:

SEVP recognizes that schools are updating their emergency operations plans to minimize the potential impact of COVID-19 on the school. If a school determines that it will exercise temporary closure or make other significant operational or curricular changes, the school must advise SEVP of accommodations it is making for its F and M nonimmigrant population.

Schools must provide SEVP notice of the requested information below within 10 business days of the date of the decision to initiate the operational change.

Please send the required information detailed below to the SEVP Response Center at SEVP@ice.dhs.gov.  In the subject line, please include "COVID-19 School Operations [School code]."

Submissions to SEVP should include the following information:

- School name and all physical locations affected by the changes
- School code


If planning to provide online instruction:

- Mode and classroom setting (i.e., computer lab, students with laptops in a classroom connected to Wi-Fi, etc.)
- How the school will seek to provide oversight of these students
- The names of programs of study and classes that will be taught online
- Projected length of time for online instruction


If planning to provide instruction at an alternate physical location:

- Addresses of physical locations where students will be studying
- How the school will:
  - Offer instruction
  - Provide student oversight
  - Adequately offer DSO services to students
  - Seek to ensure students maintain a full course of study
  - Projected length of time for alternate instruction


SEVP maintains the right to conduct out-of-cycle reviews to ensure compliance with all recordkeeping and reporting requirements consistent with implementation of any approved plan.

# EXHIBIT 14

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

# Frequently Asked Questions for SEVP Stakeholders about COVID-19

Last Updated: June 4,2020

This document provides answers to frequently asked questions from Student and Exchange Visitor Program (SEVP) stakeholders about the impact of the Coronavirus Disease (COVID-19) on SEVP-certified schools and F and M students.

*Note: SEVP continues to actively monitor COVID-19 and provide up-to-date information to stakeholders, including designated school officials (DSOs) and F and M students. Due to the fluid nature of this situation, the answers in this document may be subject to change. Refer to ICE.gov/COVID19 for the most up-to-date version of this FAQ.*

## Developing Issues

### Fall 2020 semester

SEVP has not issued guidance to international students and schools for the fall semester. We understand international students and schools have questions, and SEVP is actively working to issue guidance. In the meantime, the temporary procedural adaptions that permit international students to engage in remote learning are still in place through the summer session. As soon as SEVP finalizes guidance for the fall term, the academic community will be updated. Stakeholders will receive information through a variety of communication channels, and information will be updated on U.S. Immigration and Customs Enforcement's (ICE) COVID-19 resource page under the Nonimmigrant Students and SEVP-Certified Schools section.

## FAQ Updates

**June 4, 2020**: Added new "Developing Issues" section with statement on fall 2020 semester.

## Contents

**Developing Issues** ................................................................................................................ **1**

Fall 2020 semester ....................................................................................................... 1

**Nonimmigrant Students** ...................................................................................................... **2**

Maintaining student records ......................................................................................... 2

Electronic Form I-20 issuance ...................................................................................... 6

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

I-901 SEVIS Fee .................................................................................................................. 8

Full course of study requirements and online learning ......................................... 8

Employment ...................................................................................................................... 10

Volunteering ...................................................................................................................... 13

Student transfer ................................................................................................................ 13

Travel ................................................................................................................................... 14

Form I-515A ....................................................................................................................... 16

M students .......................................................................................................................... 17

**SEVP-certified Schools** ................................................................................................ **18**

Reporting school changes .............................................................................................. 18

School policies ................................................................................................................... 21

Form I-17 ............................................................................................................................. 22

M schools ............................................................................................................................ 22

**General Questions** ........................................................................................................ **22**

**Additional Resources** ................................................................................................... **23**

**SEVP Response Center Contact Information** ........................................................ **23**

## Nonimmigrant Students

### *Maintaining student records*

1. **Many F and M students may choose to travel home and complete the spring term remotely. Since they are still enrolled, do DSOs have to cancel their Forms I-20, "Certificate of Eligibility for Nonimmigrant Student Status," if they are taking classes outside of the United States? If their Student and Exchange Visitor Information System (SEVIS) records remain in Active status, will students be subject to the five-month rule?**

   A. Under current conditions, if an Active F student leaves the United States to complete the spring term online, their SEVIS record should remain in Active status and not be terminated. While the temporary measures related to COVID-19 are in place,

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



**U.S. Immigration
and Customs
Enforcement**

students deemed to be maintaining status if they are making normal progress in their course of study. For that reason, the five-month temporary absence provision addressed in *8 C.F.R. 214.2(f)(4)* will not apply for students who remain in Active status.

SEVP will allow F and M students to temporarily count online classes toward a full course of study in excess of the limits stated in *8 CFR 214.2(f)(6)(i)(G)* and *8 CFR 214.2(m)(9)(v)*, even if they have left the United States and are taking the online classes elsewhere. This temporary provision is only in effect due to COVID-19 and only for schools that comply with the requirement to notify SEVP of any procedural changes within 10 business days.

Schools can find additional information about reporting procedural changes to SEVP in [Broadcast Message: COVID-19 and Potential Procedural Adaptations for F and M Nonimmigrant Students](#).

2. **Due to COVID-19, what is the requirement for Initial status students who have already arrived in the United States?**

   A. Initial students currently in the United States that have reported to their school should be made Active in SEVIS and follow the guidelines the school provides to all its F and M students related to COVID-19. If Initial students have not arrived in the United States, they should remain in their home country.

3. **Based on SEVP's guidance from January 2020 and March 2020, are schools encouraged to cancel admission for new students?**

   A. SEVP is not encouraging any specific action regarding new students. If a school has accepted F and/or M students but will not maintain standard operations because of COVID-19, deferment is an alternative. For additional information about deferring enrollment, refer to the [How Do I Defer My Enrollment](#)? blog post on [Study in the States](#).

4. **Does SEVP have any guidance for students who have been asked to move out of their university housing?**

   A. If students are required to leave campus, they can continue to study online, if possible, either inside or outside of the United States. If students remain in the

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

United States, DSOs should update their address in SEVIS. If there are no online classes and the closure is temporary, students can find a place to live and return to class when the school opens. For scenarios regarding school procedures and online classes, refer to the COVID-19: Guidance for SEVP Stakeholders.

**5. How should DSOs handle records for graduating high school seniors who have returned to their home country to take online classes, but plan to return to start postsecondary studies at a U.S. college or university?**

A. If the school is offering online classes and students can access those courses from outside of the United States and continue to make normal progress in their course of study, they may continue in Active status in SEVIS.

If students cannot engage in online study due to insufficient online access or if the school is not offering enough online courses to meet a full course load, students may enroll in less than a full course of study. Schools must provide this information SEVP as part of the required procedural change documents outlined in Broadcast Message: COVID-19 and Potential Procedural Adaptations for F and M Nonimmigrant Students.

Remember, once students are accepted for enrollment at an SEVP-certified college or university, the high school should initiate a transfer in SEVIS.

**6. How should DSOs manage student records for those who were studying abroad but can no longer maintain a full course of study due to the closure of the overseas institution?**

A. If a school's overseas study abroad program closes due to COVID-19, students should contact their SEVP-certified school in the United States for guidance. Students may enroll in online or other alternative forms of education offered by the SEVP-certified school, if available. In general, students may remain in Active status in SEVIS as long as they intend to resume their course of study when classes resume.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

7. **Should DSOs mark the "Study Abroad" field in SEVIS for students who have traveled back home and are in Active status, engaging in online studies from home?**

   A.  Schools should not mark "Study Abroad" in SEVIS for students who are in their home countries unless they are attending an overseas institution as part of a formal study abroad arrangement.

8. **What address should DSOs put in SEVIS for Active F and M students who have departed the United States? How should DSOs notate these SEVIS records?**

   A.  DSOs should update these students' SEVIS records with the following comment in the remarks field: "Departed the United States due to COVID-19." All addresses may remain the same.

9. **How should DSOs notate SEVIS records for Active F and M students living in the United States during the COVID-19 emergency?**

   A.  DSOs should not provide any specific notation on these students' SEVIS records during the COVID-19 emergency, but should update the student's current U.S. address, if there has been a change.

   As a reminder, per current regulations, students must notify schools within 10 days of an address change. DSOs must update student addresses in SEVIS within 21 days of the date a school is notified of an address change.

10. **Schools have extended their academic year by a certain number of days due to COVID-19. How should DSOs handle SEVIS records for these students and what should be done for students who already applied for optional practical training (OPT)?**

    A.  Student academic calendars and SEVIS records should be consistent. Schools should keep an official record of its academic calendar adjustment to provide to the U.S. Department of Homeland Security (DHS) if a request is made and as documentation for any appropriate changes in a student's SEVIS record.

    Regarding OPT applications, DHS is evaluating related issues and may issue additional guidance. In the meantime, since <u>U.S. Citizenship and Immigration</u>

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



**U.S. Immigration and Customs Enforcement**

Services (USCIS) adjudicates OPT employment authorization requests, SEVP recommends reaching out to USCIS for further guidance.

**11. If students cannot or will not return to school when in-person instruction resumes, should their records be terminated for authorized early withdrawal?**

    A.  Once a school returns to normal operations, if students cannot or choose not to return to the United States to study, DSOs should terminate the records. Refer to the Terminate Student article in the SEVIS Help Hub on Study in the States for additional information.

**12. How should DSOs manage F and M student records for students who do not have the technology resources to meet online or other alternative instruction requirements as provided in a school's procedural change documents to SEVP?**

    A.  F and M students unable to participate in online or other alternative instruction requirements due to the lack of available technology resources should notify their DSO. DSOs may keep these student records Active in SEVIS as long as the student intends to resume their course of study when in-person classes resume.

### *Electronic Form I-20 issuance*

**1.  Can DSOs electronically send signed Forms I-20 to students instead of physically mailing the forms?**

    A.  Yes, due to COVID-19, DSOs may electronically send Forms I-20 to student email addresses listed in SEVIS. In the case of a minor students, the email address may belong to their parent or legal guardian. Schools do not need to request permission from SEVP or report their plans to electronically send Forms I-20 as part of their COVID-19 procedural changes.

**2.  What methods can DSOs use to sign and send Forms I-20?**

    A.  SEVP has identified the following methods to sign and send the Form I-20:

        • Email a scanned version of the physically signed Form I-20;
        • Email a digitally signed Form I-20 using electronic signature software; or

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

- Email a digitally signed Form I-20 that contains a digitally reproduced copy of a physical signature.

Only approved principal designated school officials (PDSOs) and DSOs may physically sign or input their own digital signature to the Form I-20. Individuals who are not approved on the school's Form I-17, "Petition for Approval of School for Attendance by Nonimmigrant Student," may not input a DSO's signature—either digital or physical—to the Form I-20. Improper issuance of the Form I-20 in this manner may constitute grounds for withdrawal of SEVP certification. By signing the Form I-20 or inputting their digital signature, PDSOs and DSOs attest that they are the approved individual issuing the Form I-20.

3. **Will schools need to provide students with their original Form I-20 (ink-signed copies) when schools reopen?**

   A. Forms I-20 issued electronically or with electronic signatures—as permitted during the COVID-19 emergency—will remain valid until students have a need for an updated Form I-20.

4. **How long is an electronic or digital travel signature valid on the Form I-20? Is it valid for the same amount of time as an ink signature?**

   A. An electronic or digital travel signature will be valid for the same duration as an ink signature (12 months for F students and six months for M students).

5. **Has SEVP worked with both the U.S. Department of State and U.S. Customs and Border Protection (CBP) in developing the policy to accept the use of electronic signatures during the COVID-19 emergency?**

   A. SEVP coordinated with both the Department of State and CBP regarding the policy to allow electronic issuance and signing of Forms I-20 for the duration of the COVID-19 emergency. Both agencies are in support of this action. SEVP continues to respond to any issues raised or questions from both agencies about this policy and will provide clarity as needed.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

## *I-901 SEVIS Fee*

1. **Due to COVID-19, if students are unable to enroll in the next session, can they transfer their I-901 SEVIS Fee payment to the next session?**

   A. As long as students maintain the same SEVIS record, there is no need to transfer their I-901 SEVIS Fee payment. Students who are unable to enroll in the next session may defer their enrollment to the next available session.

   Fee transfers are available for F and M students who have already paid the I-901 SEVIS Fee and who:

   - Reapply for a visa within 12 months of the date of their initial I-901 SEVIS Fee payment or
   - Are from a Visa Waiver Program country and reapply for status as a student at the port of entry within 12 months of the date of their initial I-901SEVIS Fee payment.

   Refer to the I-901 SEVIS Fee Frequently Asked Questions on ICE.gov/SEVP for additional information about reapplying fees.

## *Full course of study requirements and online learning*

1. **Our school has switched to fully online instruction but not all courses will be offered; some courses will be canceled due to inability to deliver via online means. Will students be excused from meeting full course of study requirements if the classes they need are not being offered?**

   A. Yes, full course of study requirements can be waived as a direct result of the impact from COVID-19. This information should be reported in a school's procedural change documents submitted to SEVP, as described in Broadcast Message: COVID-19 and Potential Procedural Adaptations for F and M Nonimmigrant Students. If this is a material change to previously submitted documents, schools should resubmit those documents as part of their submission to SEVP.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



**U.S. Immigration
and Customs
Enforcement**

2. **If students wish to drop courses due to dissatisfaction with online courses not providing the same level of instruction, can a school submit a procedural change plan that allows this and keep the students' SEVIS records Active?**

    A. No, students should maintain a full course of study to the extent possible. If a student is unwilling to take online courses or participate in other alternate forms of study as provided in the school's procedural adaptation plan to SEVP, they should request a temporary absence and be terminated for Authorized Early Withdrawal.

    If a school is not offering a full course of study because of COVID-related limitations, it is permissible to have students take whatever courses are being offered or request temporary leave. However, if a student is simply unwilling to take a full course of study because it is only offered online, they should request a temporary absence.

3. **SEVP has indicated full course of study requirements can be adjusted due to COVID-19. If class cancellations impact any student's ability to maintain a full course load, do DSOs have to authorize a reduced course load in SEVIS?**

    A. No, schools should not use the reduced course load functionality in SEVIS for students taking less than a full course of study due to limitations in providing classes or educational content as a result of COVID-19. Full course of study requirements can be waived as a direct result of the impact from COVID-19. If a student simply chooses not to participate in the alternative learning options available, they should seek a temporary absence.

4. **Should DSOs authorize F or M students for a medical reduced course load due to impacts from COVID-19?**

    A. A medical reduced course load may be appropriate for students who contract an illness due to COVID-19 or another condition and cannot maintain a full course load or their school's authorized reduced course load as submitted to SEVP in its operational change plan.

    As a reminder, for the duration of the COVID-19 emergency, schools may enroll F or M students at less than a full course load, provided the school has submitted this information to SEVP as part of its operational change plan.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

Students may also choose to take a temporary absence if they do not want to participate in their school's alternative educational plans as provided in the school's operational change plan.

## *Employment*

1. **Many students' on-campus employment opportunities are now being conducted remotely while campuses are closed or students are able to perform their work duties from home. Can F students engage in remote work for on-campus employment?**

   A. If the current on-campus employment opportunity has transitioned to remote work or the employment can be done through remote means, students may continue to engage in on-campus employment remotely. Schools should be able to explain how the students are providing services associated with the employment while not at the location of the employer.

2. **Can students engaged in OPT and the science, technology, engineering and mathematics (STEM) OPT extension work remotely when appropriate and permitted by the employer? If so, do they need to submit an updated Form I-983?**

   A. Students currently participating in OPT, including STEM OPT, may work remotely if their employer has an office outside of the United States or the employer can assess student engagement using electronic means. Students participating in STEM OPT do not need to submit an updated Form I-983 to report remote work. However, requirements to submit an updated Form I-983 for other changes remain in effect. See *8 CFR 214.2(f)(10)(ii)(C)(9)(ii)* for additional information.

3. **Can students with proper authorization participate in curricular practical training (CPT) while they are abroad?**

   A. Students may engage in CPT during their time abroad, provided they are:

   - Enrolled in a program of study in which CPT is integral to the program of study;
   - Their DSO authorized CPT in advance of the CPT start date; and
   - Either the employer has an office outside the United States or the employer can assess student engagement and attainment of learning objectives electronically.

   As noted in SEVP's March 13, 2020, COVID-19: Guidance for SEVP Stakeholders, this enrollment may be online. All other requirements at *8 CFR 214.2(f)(10)(i)* still apply.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



**U.S. Immigration
and Customs
Enforcement**

4.  **Does time spent studying outside of the United States during the COVID-19 emergency count toward the one-year requirement for CPT and OPT?**

     A.  An F student accrues eligibility for practical training whether they are inside or outside of the United States during the COVID-19 emergency if the student is in Active status in SEVIS and meets the requirements of their school's procedural change plans submitted to SEVP.

5.  **Universities that moved to online courses have allowed students to travel to their home country to complete their studies. Will this international travel alter the student's OPT/CPT and social security number (SSN) status?**

     A.  DHS is evaluating these issues and may issue additional guidance. In the meantime, since USCIS adjudicates OPT employment authorization requests, SEVP recommends reaching out to USCIS for further guidance.

     Students may engage in CPT during their time abroad, provided they are enrolled in a program of study of which the CPT is an integral component, the DSO has authorized the CPT in advance, and either the employer has an office outside the United States or the employer has a means to assess student engagement and attainment of learning objectives. As noted in SEVP's March 13, 2020, COVID-19: Guidance for SEVP Stakeholders, this enrollment may be online. All other requirements at *8 CFR 214.2(f)(10)(i)* still apply.

     For questions regarding SSNs, SEVP recommends reaching out to the Social Security Administration.

6.  **Due to COVID-19, what is SEVP's advice to students who want to apply for OPT? Is there any chance that students would be able to apply for post-completion OPT from outside the United States?**

     A.  DHS is evaluating these issues and may issue additional guidance. In the meantime, since USCIS adjudicates OPT employment authorization requests, SEVP recommends reaching out to USCIS for further guidance.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

7. **Can students apply for OPT while outside of the United States by filing a Form I-765, "Application for Employment Authorization," from abroad?**

   A. SEVP understands stakeholder concerns about the need for guidance. As the COVID-19 emergency continues, the program will continue to develop guidance on significant issues and publish it at ICE.gov/Coronavirus. SEVP is collaborating with interagency components on these issues, including USCIS, CBP and the Department of State.

      The request presented in this question is primarily for consideration by USCIS, which adjudicates Forms I-765. SEVP is willing to cooperate in implementing such procedures so long as they are reviewed and approved as part of the DHS response to the COVID-19 crisis.

8. **Must students cease engaging in OPT if they are now working fewer than 20 hours a week due to the economic impacts of COVID-19?**

   A. For the duration of the COVID-19 emergency, SEVP considers students who are working in their OPT opportunities fewer than 20 hours a week as engaged in OPT.

9. **Should DSOs with students on OPT update the students' employer addresses in SEVIS with their remote work address? For students participating in the STEM extension, do their Forms I-983, "Training Plan for STEM OPT Students," need to be updated with their remote work address?**

   A. No. DSOs should not update the employer address information in SEVIS nor on the Form I-983 for students working remotely.

10. **Will there be an extension or suspension of the 90-day/150-day allowed period of unemployment for OPT and STEM OPT during the COVID-19 emergency?**

    A. DHS is evaluating this issue but has not yet determined whether to implement a specific exemption for exceeding the regulatory limits for unemployment of 90 days for OPT and 150 days for STEM OPT.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



**U.S. Immigration and Customs Enforcement**

11. **Can F and M students who were previously employed and are now unemployed due to COVID-19 apply for unemployment benefits?**

   A. Students who are unemployed due to COVID-19 should contact their local or state employment agency for more information.

## *Volunteering*

1. **Do F and M students need employment authorization to volunteer as part of COVID-19 relief efforts?**

   A. No, F and M students who work without wages, taxable compensation or other remuneration are considered volunteers and are not required to obtain an employment authorization document.

## *Student transfer*

1. **How will the five-month rule apply to student transfers?**

   A. The five-month rule related to student transfers will not apply to students affected by COVID-19. For transfer students that exceed the five-month period, DSOs should contact the SEVP Response Center (SRC) for a data fix. SRC contact information is available at the end of this FAQ.

2. **How should DSOs handle the SEVIS records of transfer students? Can DSOs complete a transfer in SEVIS for students who are outside the United States in Initial transfer status and could enroll and begin study at the transfer-in school remotely?**

   A. For students outside the United States who are currently in Initial status in SEVIS with an "I-20 Issue Reason" of transfer, schools should keep their SEVIS records in Initial status and request a data fix when these students are ready to re-enter the United States to begin study.

   SEVP's temporary guidance does not permit students in Initial status in SEVIS to begin a new program remotely. SEVP continues to monitor the situation and may update its guidance if the school closures and alternative learning procedures remain necessary this fall.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

Transfer students inside the United States must report to a DSO at their transfer-in school in person or using electronic means within 15 days of their program start date (*8 CFR 214.2(f)(8)(ii)(C)*). The DSO must complete the transfer process and register the student as Active in SEVIS. Students should follow the guidelines the school provides to all its F and M students related to COVID-19.

3. **DSOs are unable to defer the start date for a transfer record in SEVIS. Should DSOs be requesting a data fix for each individual case?**

   A. Yes, DSOs should request a data fix through SRC for each case when a student is ready to re-enter the United States to continue their course of study, including engaging in practical training. SRC contact information is available at the end of the FAQ.

## *Travel*

1. **Will F and M students be able to return to the United States if they are continuing their studies outside of the country as a result of COVID-19?**

   A. Students who continue to make normal progress in their course of study remain eligible for admission into the United States. However, because of the changing array of travel restrictions, students should refer to their local embassy's website through the U.S. Department of State for any updates about visa issuance. Also, DHS and the Center for Disease Control and Prevention's (CDC) websites provide information about current travel restrictions to the United States.

2. **Is there a time frame for when students are expected to return to the United States once the COVID-19 emergency is over and schools have resumed normal operations?**

   A. Dependent on their school's return to normal operations and any continuing travel restrictions, students should seek to return to the United States within 30 days of the next available session start date. SEVP also anticipates providing additional guidance after the COVID-19 emergency ends regarding a school's return to normal operations.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program


U.S. Immigration
and Customs
Enforcement

3. **If students remain in the United States due to COVID-19 and their passport expires, what do they need to do to renew it?**

   A. Students in this situation should contact their country's embassy or consulate to identify options for passport extension or renewal. If students decide to depart the United States, they will not be eligible to apply for admission until they renew their passport.

4. **Is there any flexibility in extending grace periods for students who have been unable to depart the United States after completing their programs due to travel restrictions? Will there be any changes to SEVIS to allow for such extensions?**

   A. This is a complex issue that SEVP is addressing within the larger context of the DHS response to the COVID-19 emergency. Amending SEVIS database functionality is a complex undertaking and would have to be prioritized among the many other scheduled improvements that SEVP is making to the system to enhance efficiency and functionality.

5. **What should students do if they need to return home within 60 days after completing their program of study, but their travel plans are complicated by a lack of commercially available flights or their country currently prohibits all inbound travel?**

   A. SEVP recognizes that some students may find it difficult to return home during the COVID-19 emergency because of diminished travel options. Students in this situation are encouraged to communicate with their DSO for guidance and to assess options for alternative study arrangements such as online classes during this time. DSOs should document in the student's record any material information related to a student's inability to leave the country due to COVID-19.

6. **What are the instructions for students who have traveled to their home country for spring break and whose classes have now moved online and have a return ticket to the United States in the coming days? Is it advisable that these students should travel at this time or should they remain in their home country? Will their student visa status change if they choose to remain in their home country?**

   A. SEVP advises students currently outside of the United States and looking to enter the country to check on any travel restrictions their country might have regarding

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program


U.S. Immigration
and Customs
Enforcement

international travel, including restrictions applicable to countries they may travel through. Students should also check with their DSOs to confirm the school's operational status, or procedures for out-of-country students as some schools may not currently allow new or returning students on campus for an extended period of time.

Regarding options for maintaining student status while outside of the United States, students should check with their DSOs for alternate study arrangements. Additionally, refer to COVID-19: Guidance for SEVP Stakeholders for information about online courses.

7. **Our school switched to fully online instruction for the remainder of the spring semester and some students will return to their home countries to complete their programs online. Can DSOs extend students' program end dates so seniors can return to the United States at the end of the school year (e.g., May or June) for graduation ceremonies on their current Forms I-20?**

   A. DSOs should not extend students' programs to accommodate graduation ceremonies. Students wishing to return to the United States to attend graduation have the following options:

   - Students can return to the United States prior to the program end date on the Form I-20 and attend their graduation during the 60-day grace period.
   - Students who intend to continue their study in the United States can return with a pending change of educational level or transfer Form I-20.
   - Students can return to the United States on another visa classification (i.e., B-2 visitor visa).

## *Form I-515A*

1. **Our school submitted the information requested on a Form I-515A, "Notice to Student or Exchange Visitor," to SEVP. However, the school has since temporarily closed and school officials are unable to access their offices to receive responses from SEVP via mail. Does this jeopardize our students' nonimmigrant status?**

   A. F or M students who receive Forms I-515A will not be adversely affected by delays resulting from COVID-19. SEVP will provide flexibility on any subsequently delayed processing deadlines.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program


U.S. Immigration
and Customs
Enforcement

## *M students*

1. **What should M students do in cases where most of their classes are hands-on and cannot be done remotely?**

   A.  M students may take online or remote classes as determined by their school. However, if the classes cannot be done remotely, students' records may remain in Active status and they may remain in the United States until the next session start date or until school operations return to normal, whichever occurs first.

   Students should seek guidance from USCIS on extending their status if the program cannot be completed before the student's Admit Until Date as listed on their Form I-94. Students may remain in the United States with a timely and properly filed Form I-539, "Application to Extend/Change Nonimmigrant Status," application to USCIS while the application is pending. Refer to USCIS' website on COVID-19 Delays in Extension/Change of Status Filings for additional information.

   Students may also choose to seek termination of their SEVIS record for authorized early withdrawal and return to their program of study on a new, Initial Form I-20 after the COVID-19 emergency ends.

2. **An M school has had to cancel several weeks of school, which will push the term end date to a date still to be determined. What are the options for extending student visas?**

   A.  Students who have departed the United States or are currently outside the country with an expired visa or a visa that will expire prior to a return to their program of study should contact the Department of State for guidance. Refer to the Department of State's website on COVID-19 Visa Services and Restrictions for additional information.

3. **How should schools process M-1 program extensions during the COVID-19 emergency?**

   A.  DSOs should continue to follow the standard process of having students apply for M-1 program extensions with USCIS using the Form I-539. An M student with a pending extension application submitted to USCIS at least 15 days but not more

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



**U.S. Immigration
and Customs
Enforcement**

than 60 days prior to the program end date may remain in the United States until USCIS adjudicates the application.

**4. During the COVID-19 emergency, are M students eligible for a 15-day grace period after being terminated for Authorized Early Withdrawal?**

A. Yes, M students may have a 15-day grace period upon termination for Authorized Early Withdrawal during the COVID-19 emergency.

## SEVP-certified Schools
### *Reporting school changes*

**1. Do schools need to notify SEVP of procedural adaptations?**

A. Yes, schools need to notify SEVP any procedural changes due to COVID-19 within 10 business days of the change. SEVP included notification instructions with guidance to SEVP-certified schools in Broadcast Message: COVID-19 and Potential Procedural Adaptations for F and M Nonimmigrant Students. The program also posted an Optional COVID-19 School Reporting Template that schools can use to report temporary procedural adaptations.

**2. How should schools report temporary procedural adaptations to SEVP?**

A. SEVP included notification instructions with guidance to SEVP-certified schools in Broadcast Message: COVID-19 and Potential Procedural Adaptations for F and M Nonimmigrant Students. The program also posted an Optional COVID-19 School Reporting Template that schools can use to report temporary procedural adaptations.

**3. When must schools submit procedural adaptation documents to report on changes made in response to COVID-19?**

A. Schools must provide SEVP notice of procedural changes made in response to COVID-19 within 10 business days of the date of the decision to initiate the procedural change(s). SEVP requests this information as of the date of the decision to initiate the changes to ensure it maintains current and accurate information on how schools are adapting to COVID-19. Schools must report this information within 10 business days in accordance with *8 CFR 214.3(g)(1)* and *8 CFR 214.3(g)(2)(ii)(E)*.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program


U.S. Immigration
and Customs
Enforcement

If schools subsequently have material changes to previously submitted documents, they should resubmit those documents, following the instructions outlined in Broadcast Message: COVID-19 and Potential Procedural Adaptations for F and M Nonimmigrant Students.

**4. Are schools required to list all courses and majors that will be offered online or just the ones listed on the school's Form 1-17 as part of their report to SEVP?**

A. Schools should only list the programs of study that F and/or M students are enrolled in as part of their report to SEVP. This information will most likely be the same as the approved programs of study on the school's Form I-17 unless the school has identified certain programs that cannot be offered online.

For example, if a school is offering all courses that enroll F and/or M students—that is, all courses listed on the school's Form I-17—online, they should state this in their report to SEVP. Schools should refer to the Optional COVID-19 Reporting Template for additional information.

**5. Will schools receive confirmation or acknowledgment when SEVP receives their procedural adaptation documents? Is there any possibility that SEVP would deny or disapprove of a reported change by a school? If so, what happens in that instance?**

A. SEVP will send an email acknowledging receipt to each school that submits procedural change documents and add the submitted information to the school's file. However, given the significant number of changes being requested, SEVP is not going to respond to every submission in detail. If SEVP has concerns that the changes exceed permissible accommodations for COVID-19, it will contact the school for clarification or revision.

Remember, schools need to notify SEVP any procedural changes due to COVID-19 within 10 business days of the change. SEVP included notification instructions with guidance to SEVP-certified schools in Broadcast Message: COVID-19 and Potential Procedural Adaptations for F and M Nonimmigrant Students. The program also posted an Optional COVID-19 School Reporting Template that schools can use to report temporary procedural adaptations.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

6. **Do schools that currently have no F or M students enrolled need to send procedural adaptation documents to SEVP?**

   A. No, only schools with F or M students currently enrolled need to submit procedural adaptation documents to SEVP.

7. **Do schools that submitted procedural change plans for the spring session indicating alternative instruction procedures (including online-only classes) need to re-submit or re-affirm that they will be keeping the same alternative procedures during the summer session?**

   A. No, if an SEVP-certified school has submitted an operational procedural plan detailing its alternative procedures, it does not need to resubmit the plan for the summer 2020 session, unless the school is making substantive changes. SEVP may require an update for the upcoming fall 2020 session but is not requiring one for this summer.

   However, SEVP-certified schools that have not yet filed procedural change plans and have active F or M students in programs this summer, will need to submit a procedural change plan, detailing any changes to existing procedures necessitated by COVID-19.

8. **How should schools handle PDSOs or DSOs who are furloughed? Must schools report this information to SEVP?**

   A. An SEVP-certified school must have at least one PDSO assigned to each campus to enroll F and M students, maintain SEVP certification, respond to SEVP communications and provide recommendations to F and M students enrolled at the school regarding maintenance of nonimmigrant status (see *8 CFR 214.3(l)(1)(ii)* and (iii)).

   When an SEVP-certified school furloughs any of its DSOs, it must report that personnel change to SEVP within 21 days of the change (*8 CFR 214.3(f)(1) and (g)(2)(i); 8 CFR 214.3(l)(2)*).

   If a certified school furloughs all its DSOs, the action is grounds for withdrawal of the school's SEVP certification (*8 CFR 214.4(a)(2)(xiii)*). The absence of DSOs also makes it impossible for schools to respond to SEVP requests and update records in

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



**U.S. Immigration
and Customs
Enforcement**

SEVIS. Federal regulations state that failure to respond to an SEVP request constitutes a voluntary withdrawal of certification *(8 CFR 214.3(h)(3)(vii))*.

## *School policies*

1. **As a result of COVID-19, our school is considering changing its grading policy for this term to pass/fail. Does this change impact our school's F or M students?**

   A. No, this change should have no impact. Schools may change their grading policies as a direct result of COVID-19. This change does not need to be reported as part of a school's procedural adaptation plan to SEVP. However, schools should document any changes to their grading policies and be able to provide them to SEVP upon request, and schools should be able to verify that a student is making normal academic progress.

2. **May schools amend their admissions practices if they can no longer receive hard copies of transcripts from temporarily closed schools?**

   A. Yes. If not in contradiction with directives of the school's state board of education, verifiable electronic submissions or copies of transcripts from schools are acceptable to SEVP. Such a modification to the school's admissions process does not need to be reported on the school's procedural adaptation plan. However, schools must be able to report these changes to SEVP upon request. Schools must have relevant student transcripts prior to issuing a student an initial Form I-20.

3. **What are the requirements for DSO duties during the COVID-19 emergency, particularly for closed schools?**

   A. DSOs are expected to meet the regulatory requirements to continue to "provide recommendations to F and/or M students enrolled at the school regarding maintenance of nonimmigrant status and to support timely and complete recordkeeping and reporting to DHS" (*8 CFR 214.3(l)(1)(iii)*). DSOs should have regular working hours during which students can access them and may provide DSO services to students via email or teleconference.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

## *Form I-17*

1. **Can schools submit electronic signatures for school petitions requiring a signed Form I-17, including DSO updates?**

   A. Yes, due to COVID-19, schools may email a digitally signed Form I-17 that contains a digitally reproduced copy of a physical signature or uses electronic signature software. DSOs may also continue to scan a Form I-17 containing an original wet signature and send it as an email attachment to SRC.

## *M schools*

1. **An M school has suspended classes until later in the session. The school cannot offer classes online and has provided a procedural adaptation plan to SEVP. Is there anything else the school should be doing?**

   A. Schools do not need to take additional actions regarding operational change plan reporting as long as they provide updated plans to SEVP if there are any material changes to report. Remember, schools must continue to fulfill all student and school record keeping requirements during this time.

## General Questions

1. **How is SEVP coordinating with other government agencies on emerging issues related to COVID-19?**

   A. SEVP understands stakeholder concerns about the need for guidance. As the COVID 19 emergency continues, the program will develop guidance for its stakeholders and will publish it at ICE.gov/Coronavirus. However, SEVP is unable to address questions that are within the authorities of other agencies.

   The international student life cycle consists of specific functions that are handled by those federal agencies with the authority to do so. During the life cycle process, some questions are more appropriately answered by the authorizing agency. In some cases, it may require input and collaboration from multiple agencies. SEVP is in contact with our government partners, including USCIS, CBP and the Department of State.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

For those questions that are solely within the jurisdiction of our government partners, SEVP encourages stakeholders to contact the most appropriate government agency on specific issues.

## Additional Resources

**1. Where can I find COVID-19 information for J exchange visitors?**

A. Guidance for J exchange visitors is available on the Department of State's website, [Exchange Visitor Program Information on COVID-19.](#)

**2. Where can I find guidance distributed by SEVP in response to COVID-19?**

A. All COVID-19 guidance for SEVP stakeholders is located at [ICE.gov/Coronavirus](#). Stakeholders should regularly visit this page for the latest guidance and frequently asked questions from SEVP.

Additionally, SEVP regularly shares updates and resources from government partners—including the Department of State and CDC—through our social media channels, including [Twitter](#), [Facebook](#) and [LinkedIn](#).

## SEVP Response Center Contact Information

For general SEVP questions, case-specific questions and SEVIS technical help, contact the SRC. SRC offices are open Monday through Friday, 8:00 a.m. to 6:00 p.m. ET, except federal holidays.

- **Telephone**:
  - o 703-603-3400 or 1-800-892-4829 for general and case-specific questions.
- **Email**:
  - o [SEVP@ice.dhs.gov](#) for general questions.
  - o [SEVISHelpDesk@ice.dhs.gov](#) for SEVIS technical questions.

# EXHIBIT 15

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



# Frequently Asked Questions for SEVP Stakeholders about COVID-19

Last Updated: July 6,2020

This document provides answers to frequently asked questions from Student and Exchange Visitor Program (SEVP) stakeholders about the impact of the Coronavirus Disease (COVID-19) on SEVP-certified schools and F and M students.

*Note: SEVP continues to actively monitor COVID-19 and provide up-to-date information to stakeholders, including designated school officials (DSOs) and F and M students. Due to the fluid nature of this situation, the answers in this document may be subject to change. Refer to* [ICE.gov/COVID19](ICE.gov/COVID19) *for the most up-to-date version of this FAQ.*

## Developing Issues

### *Fall 2020 semester*

On July 6, 2020, SEVP [announced](#) modifications to temporary exemptions for nonimmigrant students taking online classes due to the pandemic for the fall 2020 semester. SEVP is working to answer frequently asked questions from the stakeholders. Responses will be published in a separate document and added to the [U.S. Immigration and Customs Enforcement's (ICE) COVID-19 resource page](#) under the Nonimmigrant Students and SEVP-Certified Schools section when available.

## FAQ Updates

**June 4, 2020**: Added new "Developing Issues" section with statement on fall 2020 semester.

## Contents

Developing Issues .................................................................................................. 1

Fall 2020 semester ............................................................................................... 1

Nonimmigrant Students.......................................................................................... 2

Maintaining student records..................................................................................... 2

Electronic Form I-20 issuance.................................................................................. 6

I-901 SEVIS Fee....................................................................................................... 7

Full course of study requirements and online learning ......................................... 8

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



**U.S. Immigration
and Customs
Enforcement**

Employment ........................................................................................................................ 9

Volunteering ...................................................................................................................... 12

Student transfer ................................................................................................................ 13

Travel ................................................................................................................................ 14

Form I-515A ...................................................................................................................... 16

M students ........................................................................................................................ 16

**SEVP-certified Schools** ................................................................................................**18**

Reporting school changes .............................................................................................. 18

School policies ................................................................................................................ 21

Form I-17 ......................................................................................................................... 21

M schools ......................................................................................................................... 22

**General Questions** ........................................................................................................**22**

**Additional Resources** ...................................................................................................**23**

**SEVP Response Center Contact Information** .............................................................**23**

## Nonimmigrant Students

### *Maintaining student records*

1. **Many F and M students may choose to travel home and complete the spring term remotely. Since they are still enrolled, do DSOs have to cancel their Forms I-20, "Certificate of Eligibility for Nonimmigrant Student Status," if they are taking classes outside of the United States? If their Student and Exchange Visitor Information System (SEVIS) records remain in Active status, will students be subject to the five-month rule?**

   A. Under current conditions, if an Active F student leaves the United States to complete the spring term online, their SEVIS record should remain in Active status and not be terminated. While the temporary measures related to COVID-19 are in place, students deemed to be maintaining status if they are making normal progress in their course of study. For that reason, the five-month temporary absence provision

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

addressed in *8 C.F.R. 214.2(f)(4)* will not apply for students who remain in Active status.

SEVP will allow F and M students to temporarily count online classes toward a full course of study in excess of the limits stated in *8 CFR 214.2(f)(6)(i)(G)* and *8 CFR 214.2(m)(9)(v)*, even if they have left the United States and are taking the online classes elsewhere. This temporary provision is only in effect due to COVID-19 and only for schools that comply with the requirement to notify SEVP of any procedural changes within 10 business days.

Schools can find additional information about reporting procedural changes to SEVP in Broadcast Message: COVID-19 and Potential Procedural Adaptations for F and M Nonimmigrant Students.

2. **Due to COVID-19, what is the requirement for Initial status students who have already arrived in the United States?**

   A. Initial students currently in the United States that have reported to their school should be made Active in SEVIS and follow the guidelines the school provides to all its F and M students related to COVID-19. If Initial students have not arrived in the United States, they should remain in their home country.

3. **Based on SEVP's guidance from January 2020 and March 2020, are schools encouraged to cancel admission for new students?**

   A. SEVP is not encouraging any specific action regarding new students. If a school has accepted F and/or M students but will not maintain standard operations because of COVID-19, deferment is an alternative. For additional information about deferring enrollment, refer to the How Do I Defer My Enrollment? blog post on Study in the States.

4. **Does SEVP have any guidance for students who have been asked to move out of their university housing?**

   A. If students are required to leave campus, they can continue to study online, if possible, either inside or outside of the United States. If students remain in the United States, DSOs should update their address in SEVIS. If there are no online classes and the closure is temporary, students can find a place to live and return to

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

class when the school opens. For scenarios regarding school procedures and online classes, refer to the COVID-19: Guidance for SEVP Stakeholders.

**5. How should DSOs handle records for graduating high school seniors who have returned to their home country to take online classes, but plan to return to start postsecondary studies at a U.S. college or university?**

A. If the school is offering online classes and students can access those courses from outside of the United States and continue to make normal progress in their course of study, they may continue in Active status in SEVIS.

If students cannot engage in online study due to insufficient online access or if the school is not offering enough online courses to meet a full course load, students may enroll in less than a full course of study. Schools must provide this information SEVP as part of the required procedural change documents outlined in Broadcast Message: COVID-19 and Potential Procedural Adaptations for F and M Nonimmigrant Students.

Remember, once students are accepted for enrollment at an SEVP-certified college or university, the high school should initiate a transfer in SEVIS.

**6. How should DSOs manage student records for those who were studying abroad but can no longer maintain a full course of study due to the closure of the overseas institution?**

A. If a school's overseas study abroad program closes due to COVID-19, students should contact their SEVP-certified school in the United States for guidance. Students may enroll in online or other alternative forms of education offered by the SEVP-certified school, if available. In general, students may remain in Active status in SEVIS as long as they intend to resume their course of study when classes resume.

**7. Should DSOs mark the "Study Abroad" field in SEVIS for students who have traveled back home and are in Active status, engaging in online studies from home?**

A. Schools should not mark "Study Abroad" in SEVIS for students who are in their home countries unless they are attending an overseas institution as part of a formal study abroad arrangement.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



**U.S. Immigration and Customs Enforcement**

8. **What address should DSOs put in SEVIS for Active F and M students who have departed the United States? How should DSOs notate these SEVIS records?**

   A. DSOs should update these students' SEVIS records with the following comment in the remarks field: "Departed the United States due to COVID-19." All addresses may remain the same.

9. **How should DSOs notate SEVIS records for Active F and M students living in the United States during the COVID-19 emergency?**

   A. DSOs should not provide any specific notation on these students' SEVIS records during the COVID-19 emergency, but should update the student's current U.S. address, if there has been a change.

   As a reminder, per current regulations, students must notify schools within 10 days of an address change. DSOs must update student addresses in SEVIS within 21 days of the date a school is notified of an address change.

10. **Schools have extended their academic year by a certain number of days due to COVID-19. How should DSOs handle SEVIS records for these students and what should be done for students who already applied for optional practical training (OPT)?**

    A. Student academic calendars and SEVIS records should be consistent. Schools should keep an official record of its academic calendar adjustment to provide to the U.S. Department of Homeland Security (DHS) if a request is made and as documentation for any appropriate changes in a student's SEVIS record.

    Regarding OPT applications, DHS is evaluating related issues and may issue additional guidance. In the meantime, since U.S. Citizenship and Immigration Services (USCIS) adjudicates OPT employment authorization requests, SEVP recommends reaching out to USCIS for further guidance.

11. **If students cannot or will not return to school when in-person instruction resumes, should their records be terminated for authorized early withdrawal?**

    A. Once a school returns to normal operations, if students cannot or choose not to return to the United States to study, DSOs should terminate the records. Refer to the

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

Terminate Student article in the SEVIS Help Hub on Study in the States for additional information.

**12. How should DSOs manage F and M student records for students who do not have the technology resources to meet online or other alternative instruction requirements as provided in a school's procedural change documents to SEVP?**

A. F and M students unable to participate in online or other alternative instruction requirements due to the lack of available technology resources should notify their DSO. DSOs may keep these student records Active in SEVIS as long as the student intends to resume their course of study when in-person classes resume.

## *Electronic Form I-20 issuance*

**1. Can DSOs electronically send signed Forms I-20 to students instead of physically mailing the forms?**

A. Yes, due to COVID-19, DSOs may electronically send Forms I-20 to student email addresses listed in SEVIS. In the case of a minor students, the email address may belong to their parent or legal guardian. Schools do not need to request permission from SEVP or report their plans to electronically send Forms I-20 as part of their COVID-19 procedural changes.

**2. What methods can DSOs use to sign and send Forms I-20?**

A. SEVP has identified the following methods to sign and send the Form I-20:

- Email a scanned version of the physically signed Form I-20;
- Email a digitally signed Form I-20 using electronic signature software; or
- Email a digitally signed Form I-20 that contains a digitally reproduced copy of a physical signature.

Only approved principal designated school officials (PDSOs) and DSOs may physically sign or input their own digital signature to the Form I-20. Individuals who are not approved on the school's Form I-17, "Petition for Approval of School for Attendance by Nonimmigrant Student," may not input a DSO's signature—either digital or physical—to the Form I-20. Improper issuance of the Form I-20 in this manner may constitute grounds for withdrawal of SEVP certification. By signing the

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

Form I-20 or inputting their digital signature, PDSOs and DSOs attest that they are
the approved individual issuing the Form I-20.

**3. Will schools need to provide students with their original Form I-20 (ink-signed copies) when schools reopen?**

A. Forms I-20 issued electronically or with electronic signatures—as permitted during the COVID-19 emergency—will remain valid until students have a need for an updated Form I-20.

**4. How long is an electronic or digital travel signature valid on the Form I-20? Is it valid for the same amount of time as an ink signature?**

A. An electronic or digital travel signature will be valid for the same duration as an ink signature (12 months for F students and six months for M students).

**5. Has SEVP worked with both the U.S. Department of State and U.S. Customs and Border Protection (CBP) in developing the policy to accept the use of electronic signatures during the COVID-19 emergency?**

A. SEVP coordinated with both the Department of State and CBP regarding the policy to allow electronic issuance and signing of Forms I-20 for the duration of the COVID-19 emergency. Both agencies are in support of this action. SEVP continues to respond to any issues raised or questions from both agencies about this policy and will provide clarity as needed.

### *I-901 SEVIS Fee*

**1. Due to COVID-19, if students are unable to enroll in the next session, can they transfer their I-901 SEVIS Fee payment to the next session?**

A. As long as students maintain the same SEVIS record, there is no need to transfer their I-901 SEVIS Fee payment. Students who are unable to enroll in the next session may defer their enrollment to the next available session.

Fee transfers are available for F and M students who have already paid the I-901 SEVIS Fee and who:

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

- Reapply for a visa within 12 months of the date of their initial I-901 SEVIS Fee payment or
- Are from a Visa Waiver Program country and reapply for status as a student at the port of entry within 12 months of the date of their initial I-901SEVIS Fee payment.

Refer to the I-901 SEVIS Fee Frequently Asked Questions on ICE.gov/SEVP for additional information about reapplying fees.

## *Full course of study requirements and online learning*

1. **Our school has switched to fully online instruction but not all courses will be offered; some courses will be canceled due to inability to deliver via online means. Will students be excused from meeting full course of study requirements if the classes they need are not being offered?**

   A. Yes, full course of study requirements can be waived as a direct result of the impact from COVID-19. This information should be reported in a school's procedural change documents submitted to SEVP, as described in Broadcast Message: COVID-19 and Potential Procedural Adaptations for F and M Nonimmigrant Students. If this is a material change to previously submitted documents, schools should resubmit those documents as part of their submission to SEVP.

2. **If students wish to drop courses due to dissatisfaction with online courses not providing the same level of instruction, can a school submit a procedural change plan that allows this and keep the students' SEVIS records Active?**

   A. No, students should maintain a full course of study to the extent possible. If a student is unwilling to take online courses or participate in other alternate forms of study as provided in the school's procedural adaptation plan to SEVP, they should request a temporary absence and be terminated for Authorized Early Withdrawal.

   If a school is not offering a full course of study because of COVID-related limitations, it is permissible to have students take whatever courses are being offered or request temporary leave. However, if a student is simply unwilling to take a full course of study because it is only offered online, they should request a temporary absence.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

3. **SEVP has indicated full course of study requirements can be adjusted due to COVID-19. If class cancellations impact any student's ability to maintain a full course load, do DSOs have to authorize a reduced course load in SEVIS?**

   A. No, schools should not use the reduced course load functionality in SEVIS for students taking less than a full course of study due to limitations in providing classes or educational content as a result of COVID-19. Full course of study requirements can be waived as a direct result of the impact from COVID-19. If a student simply chooses not to participate in the alternative learning options available, they should seek a temporary absence.

4. **Should DSOs authorize F or M students for a medical reduced course load due to impacts from COVID-19?**

   A. A medical reduced course load may be appropriate for students who contract an illness due to COVID-19 or another condition and cannot maintain a full course load or their school's authorized reduced course load as submitted to SEVP in its operational change plan.

   As a reminder, for the duration of the COVID-19 emergency, schools may enroll F or M students at less than a full course load, provided the school has submitted this information to SEVP as part of its operational change plan.

   Students may also choose to take a temporary absence if they do not want to participate in their school's alternative educational plans as provided in the school's operational change plan.

## *Employment*

1. **Many students' on-campus employment opportunities are now being conducted remotely while campuses are closed or students are able to perform their work duties from home. Can F students engage in remote work for on-campus employment?**

   A. If the current on-campus employment opportunity has transitioned to remote work or the employment can be done through remote means, students may continue to engage in on-campus employment remotely. Schools should be able to explain how the students are providing services associated with the employment while not at the location of the employer.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



**U.S. Immigration and Customs Enforcement**

**2. Can students engaged in OPT and the science, technology, engineering and mathematics (STEM) OPT extension work remotely when appropriate and permitted by the employer? If so, do they need to submit an updated Form I-983?**

A. Students currently participating in OPT, including STEM OPT, may work remotely if their employer has an office outside of the United States or the employer can assess student engagement using electronic means. Students participating in STEM OPT do not need to submit an updated Form I-983 to report remote work. However, requirements to submit an updated Form I-983 for other changes remain in effect. See *8 CFR 214.2(f)(10)(ii)(C)(9)(ii)* for additional information.

**3. Can students with proper authorization participate in curricular practical training (CPT) while they are abroad?**

A. Students may engage in CPT during their time abroad, provided they are:

- Enrolled in a program of study in which CPT is integral to the program of study;
- Their DSO authorized CPT in advance of the CPT start date; and
- Either the employer has an office outside the United States or the employer can assess student engagement and attainment of learning objectives electronically.

As noted in SEVP's March 13, 2020, COVID-19: Guidance for SEVP Stakeholders, this enrollment may be online. All other requirements at *8 CFR 214.2(f)(10)(i)* still apply.

**4. Does time spent studying outside of the United States during the COVID-19 emergency count toward the one-year requirement for CPT and OPT?**

A. An F student accrues eligibility for practical training whether they are inside or outside of the United States during the COVID-19 emergency if the student is in Active status in SEVIS and meets the requirements of their school's procedural change plans submitted to SEVP.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



**U.S. Immigration
and Customs
Enforcement**

5. **Universities that moved to online courses have allowed students to travel to their home country to complete their studies. Will this international travel alter the student's OPT/CPT and social security number (SSN) status?**

   A. DHS is evaluating these issues and may issue additional guidance. In the meantime, since USCIS adjudicates OPT employment authorization requests, SEVP recommends reaching out to USCIS for further guidance.

   Students may engage in CPT during their time abroad, provided they are enrolled in a program of study of which the CPT is an integral component, the DSO has authorized the CPT in advance, and either the employer has an office outside the United States or the employer has a means to assess student engagement and attainment of learning objectives. As noted in SEVP's March 13, 2020, COVID-19: Guidance for SEVP Stakeholders, this enrollment may be online. All other requirements at *8 CFR 214.2(f)(10)(i)* still apply.

   For questions regarding SSNs, SEVP recommends reaching out to the Social Security Administration.

6. **Due to COVID-19, what is SEVP's advice to students who want to apply for OPT? Is there any chance that students would be able to apply for post-completion OPT from outside the United States?**

   A. DHS is evaluating these issues and may issue additional guidance. In the meantime, since USCIS adjudicates OPT employment authorization requests, SEVP recommends reaching out to USCIS for further guidance.

7. **Can students apply for OPT while outside of the United States by filing a Form I-765, "Application for Employment Authorization," from abroad?**

   A. SEVP understands stakeholder concerns about the need for guidance. As the COVID-19 emergency continues, the program will continue to develop guidance on significant issues and publish it at ICE.gov/Coronavirus. SEVP is collaborating with interagency components on these issues, including USCIS, CBP and the Department of State.

   The request presented in this question is primarily for consideration by USCIS, which adjudicates Forms I-765. SEVP is willing to cooperate in implementing such

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



**U.S. Immigration
and Customs
Enforcement**

procedures so long as they are reviewed and approved as part of the DHS response to the COVID-19 crisis.

8. **Must students cease engaging in OPT if they are now working fewer than 20 hours a week due to the economic impacts of COVID-19?**

   A. For the duration of the COVID-19 emergency, SEVP considers students who are working in their OPT opportunities fewer than 20 hours a week as engaged in OPT.

9. **Should DSOs with students on OPT update the students' employer addresses in SEVIS with their remote work address? For students participating in the STEM extension, do their Forms I-983, "Training Plan for STEM OPT Students," need to be updated with their remote work address?**

   A. No. DSOs should not update the employer address information in SEVIS nor on the Form I-983 for students working remotely.

10. **Will there be an extension or suspension of the 90-day/150-day allowed period of unemployment for OPT and STEM OPT during the COVID-19 emergency?**

    A. DHS is evaluating this issue but has not yet determined whether to implement a specific exemption for exceeding the regulatory limits for unemployment of 90 days for OPT and 150 days for STEM OPT.

11. **Can F and M students who were previously employed and are now unemployed due to COVID-19 apply for unemployment benefits?**

    A. Students who are unemployed due to COVID-19 should contact their local or state employment agency for more information.

### *Volunteering*

1. **Do F and M students need employment authorization to volunteer as part of COVID-19 relief efforts?**

   A. No, F and M students who work without wages, taxable compensation or other remuneration are considered volunteers and are not required to obtain an employment authorization document.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

## *Student transfer*

**1. How will the five-month rule apply to student transfers?**

A. The five-month rule related to student transfers will not apply to students affected by COVID-19. For transfer students that exceed the five-month period, DSOs should contact the SEVP Response Center (SRC) for a data fix. SRC contact information is available at the end of this FAQ.

**2. How should DSOs handle the SEVIS records of transfer students? Can DSOs complete a transfer in SEVIS for students who are outside the United States in Initial transfer status and could enroll and begin study at the transfer-in school remotely?**

A. For students outside the United States who are currently in Initial status in SEVIS with an "I-20 Issue Reason" of transfer, schools should keep their SEVIS records in Initial status and request a data fix when these students are ready to re-enter the United States to begin study.

SEVP's temporary guidance does not permit students in Initial status in SEVIS to begin a new program remotely. SEVP continues to monitor the situation and may update its guidance if the school closures and alternative learning procedures remain necessary this fall.

Transfer students inside the United States must report to a DSO at their transfer-in school in person or using electronic means within 15 days of their program start date (*8 CFR 214.2(f)(8)(ii)(C)*). The DSO must complete the transfer process and register the student as Active in SEVIS. Students should follow the guidelines the school provides to all its F and M students related to COVID-19.

**3. DSOs are unable to defer the start date for a transfer record in SEVIS. Should DSOs be requesting a data fix for each individual case?**

A. Yes, DSOs should request a data fix through SRC for each case when a student is ready to re-enter the United States to continue their course of study, including engaging in practical training. SRC contact information is available at the end of the FAQ.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

## *Travel*

1. **Will F and M students be able to return to the United States if they are continuing their studies outside of the country as a result of COVID-19?**

   A. Students who continue to make normal progress in their course of study remain eligible for admission into the United States. However, because of the changing array of travel restrictions, students should refer to their local embassy's website through the U.S. Department of State for any updates about visa issuance. Also, DHS and the Center for Disease Control and Prevention's (CDC) websites provide information about current travel restrictions to the United States.

2. **Is there a time frame for when students are expected to return to the United States once the COVID-19 emergency is over and schools have resumed normal operations?**

   A. Dependent on their school's return to normal operations and any continuing travel restrictions, students should seek to return to the United States within 30 days of the next available session start date. SEVP also anticipates providing additional guidance after the COVID-19 emergency ends regarding a school's return to normal operations.

3. **If students remain in the United States due to COVID-19 and their passport expires, what do they need to do to renew it?**

   A. Students in this situation should contact their country's embassy or consulate to identify options for passport extension or renewal. If students decide to depart the United States, they will not be eligible to apply for admission until they renew their passport.

4. **Is there any flexibility in extending grace periods for students who have been unable to depart the United States after completing their programs due to travel restrictions? Will there be any changes to SEVIS to allow for such extensions?**

   A. This is a complex issue that SEVP is addressing within the larger context of the DHS response to the COVID-19 emergency. Amending SEVIS database functionality is a complex undertaking and would have to be prioritized among the many other

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

scheduled improvements that SEVP is making to the system to enhance efficiency and functionality.

**5. What should students do if they need to return home within 60 days after completing their program of study, but their travel plans are complicated by a lack of commercially available flights or their country currently prohibits all inbound travel?**

A. SEVP recognizes that some students may find it difficult to return home during the COVID-19 emergency because of diminished travel options. Students in this situation are encouraged to communicate with their DSO for guidance and to assess options for alternative study arrangements such as online classes during this time. DSOs should document in the student's record any material information related to a student's inability to leave the country due to COVID-19.

**6. What are the instructions for students who have traveled to their home country for spring break and whose classes have now moved online and have a return ticket to the United States in the coming days? Is it advisable that these students should travel at this time or should they remain in their home country? Will their student visa status change if they choose to remain in their home country?**

A. SEVP advises students currently outside of the United States and looking to enter the country to check on any travel restrictions their country might have regarding international travel, including restrictions applicable to countries they may travel through. Students should also check with their DSOs to confirm the school's operational status, or procedures for out-of-country students as some schools may not currently allow new or returning students on campus for an extended period of time.

Regarding options for maintaining student status while outside of the United States, students should check with their DSOs for alternate study arrangements. Additionally, refer to COVID-19: Guidance for SEVP Stakeholders for information about online courses.

**7. Our school switched to fully online instruction for the remainder of the spring semester and some students will return to their home countries to complete their programs online. Can DSOs extend students' program end dates so seniors can**

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

**return to the United States at the end of the school year (e.g., May or June) for graduation ceremonies on their current Forms I-20?**

A. DSOs should not extend students' programs to accommodate graduation ceremonies. Students wishing to return to the United States to attend graduation have the following options:

- Students can return to the United States prior to the program end date on the Form I-20 and attend their graduation during the 60-day grace period.
- Students who intend to continue their study in the United States can return with a pending change of educational level or transfer Form I-20.
- Students can return to the United States on another visa classification (i.e., B-2 visitor visa).

## Form I-515A

1. **Our school submitted the information requested on a Form I-515A, "Notice to Student or Exchange Visitor," to SEVP. However, the school has since temporarily closed and school officials are unable to access their offices to receive responses from SEVP via mail. Does this jeopardize our students' nonimmigrant status?**

A. F or M students who receive Forms I-515A will not be adversely affected by delays resulting from COVID-19. SEVP will provide flexibility on any subsequently delayed processing deadlines.

## M students

1. **What should M students do in cases where most of their classes are hands-on and cannot be done remotely?**

A. M students may take online or remote classes as determined by their school. However, if the classes cannot be done remotely, students' records may remain in Active status and they may remain in the United States until the next session start date or until school operations return to normal, whichever occurs first.

Students should seek guidance from USCIS on extending their status if the program cannot be completed before the student's Admit Until Date as listed on their Form I-94. Students may remain in the United States with a timely and properly filed Form I-539, "Application to Extend/Change Nonimmigrant Status," application to USCIS

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program


U.S. Immigration
and Customs
Enforcement

while the application is pending. Refer to USCIS' website on COVID-19 Delays in Extension/Change of Status Filings for additional information.

Students may also choose to seek termination of their SEVIS record for authorized early withdrawal and return to their program of study on a new, Initial Form I-20 after the COVID-19 emergency ends.

2. **An M school has had to cancel several weeks of school, which will push the term end date to a date still to be determined. What are the options for extending student visas?**

   A. Students who have departed the United States or are currently outside the country with an expired visa or a visa that will expire prior to a return to their program of study should contact the Department of State for guidance. Refer to the Department of State's website on COVID-19 Visa Services and Restrictions for additional information.

3. **How should schools process M-1 program extensions during the COVID-19 emergency?**

   A. DSOs should continue to follow the standard process of having students apply for M-1 program extensions with USCIS using the Form I-539. An M student with a pending extension application submitted to USCIS at least 15 days but not more than 60 days prior to the program end date may remain in the United States until USCIS adjudicates the application.

4. **During the COVID-19 emergency, are M students eligible for a 15-day grace period after being terminated for Authorized Early Withdrawal?**

   A. Yes, M students may have a 15-day grace period upon termination for Authorized Early Withdrawal during the COVID-19 emergency.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

## SEVP-certified Schools

### *Reporting school changes*

1. **Do schools need to notify SEVP of procedural adaptations?**

   A. Yes, schools need to notify SEVP any procedural changes due to COVID-19 within 10 business days of the change. SEVP included notification instructions with guidance to SEVP-certified schools in [Broadcast Message: COVID-19 and Potential Procedural Adaptations for F and M Nonimmigrant Students](#). The program also posted an [Optional COVID-19 School Reporting Template](#) that schools can use to report temporary procedural adaptations.

2. **How should schools report temporary procedural adaptations to SEVP?**

   A. SEVP included notification instructions with guidance to SEVP-certified schools in [Broadcast Message: COVID-19 and Potential Procedural Adaptations for F and M Nonimmigrant Students](#). The program also posted an [Optional COVID-19 School Reporting Template](#) that schools can use to report temporary procedural adaptations.

3. **When must schools submit procedural adaptation documents to report on changes made in response to COVID-19?**

   A. Schools must provide SEVP notice of procedural changes made in response to COVID-19 within 10 business days of the date of the decision to initiate the procedural change(s). SEVP requests this information as of the date of the decision to initiate the changes to ensure it maintains current and accurate information on how schools are adapting to COVID-19. Schools must report this information within 10 business days in accordance with *8 CFR 214.3(g)(1)* and *8 CFR 214.3(g)(2)(ii)(E)*.

   If schools subsequently have material changes to previously submitted documents, they should resubmit those documents, following the instructions outlined in [Broadcast Message: COVID-19 and Potential Procedural Adaptations for F and M Nonimmigrant Students](#).

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



**U.S. Immigration and Customs Enforcement**

4. **Are schools required to list all courses and majors that will be offered online or just the ones listed on the school's Form 1-17 as part of their report to SEVP?**

    A. Schools should only list the programs of study that F and/or M students are enrolled in as part of their report to SEVP. This information will most likely be the same as the approved programs of study on the school's Form I-17 unless the school has identified certain programs that cannot be offered online.

    For example, if a school is offering all courses that enroll F and/or M students—that is, all courses listed on the school's Form I-17—online, they should state this in their report to SEVP. Schools should refer to the Optional COVID-19 Reporting Template for additional information.

5. **Will schools receive confirmation or acknowledgment when SEVP receives their procedural adaptation documents? Is there any possibility that SEVP would deny or disapprove of a reported change by a school? If so, what happens in that instance?**

    A. SEVP will send an email acknowledging receipt to each school that submits procedural change documents and add the submitted information to the school's file. However, given the significant number of changes being requested, SEVP is not going to respond to every submission in detail. If SEVP has concerns that the changes exceed permissible accommodations for COVID-19, it will contact the school for clarification or revision.

    Remember, schools need to notify SEVP any procedural changes due to COVID-19 within 10 business days of the change. SEVP included notification instructions with guidance to SEVP-certified schools in Broadcast Message: COVID-19 and Potential Procedural Adaptations for F and M Nonimmigrant Students. The program also posted an Optional COVID-19 School Reporting Template that schools can use to report temporary procedural adaptations.

6. **Do schools that currently have no F or M students enrolled need to send procedural adaptation documents to SEVP?**

    A. No, only schools with F or M students currently enrolled need to submit procedural adaptation documents to SEVP.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



**U.S. Immigration
and Customs
Enforcement**

7. **Do schools that submitted procedural change plans for the spring session indicating alternative instruction procedures (including online-only classes) need to re-submit or re-affirm that they will be keeping the same alternative procedures during the summer session?**

   A. No, if an SEVP-certified school has submitted an operational procedural plan detailing its alternative procedures, it does not need to resubmit the plan for the summer 2020 session, unless the school is making substantive changes. SEVP may require an update for the upcoming fall 2020 session but is not requiring one for this summer.

   However, SEVP-certified schools that have not yet filed procedural change plans and have active F or M students in programs this summer, will need to submit a procedural change plan, detailing any changes to existing procedures necessitated by COVID-19.

8. **How should schools handle PDSOs or DSOs who are furloughed? Must schools report this information to SEVP?**

   A. An SEVP-certified school must have at least one PDSO assigned to each campus to enroll F and M students, maintain SEVP certification, respond to SEVP communications and provide recommendations to F and M students enrolled at the school regarding maintenance of nonimmigrant status (see *8 CFR 214.3(l)(1)(ii)* and (iii)).

   When an SEVP-certified school furloughs any of its DSOs, it must report that personnel change to SEVP within 21 days of the change (*8 CFR 214.3(f)(1) and (g)(2)(i); 8 CFR 214.3(l)(2)*).

   If a certified school furloughs all its DSOs, the action is grounds for withdrawal of the school's SEVP certification (*8 CFR 214.4(a)(2)(xiii)*). The absence of DSOs also makes it impossible for schools to respond to SEVP requests and update records in SEVIS. Federal regulations state that failure to respond to an SEVP request constitutes a voluntary withdrawal of certification *(8 CFR 214.3(h)(3)(vii))*.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

## *School policies*

1. **As a result of COVID-19, our school is considering changing its grading policy for this term to pass/fail. Does this change impact our school's F or M students?**

   A. No, this change should have no impact. Schools may change their grading policies as a direct result of COVID-19. This change does not need to be reported as part of a school's procedural adaptation plan to SEVP. However, schools should document any changes to their grading policies and be able to provide them to SEVP upon request, and schools should be able to verify that a student is making normal academic progress.

2. **May schools amend their admissions practices if they can no longer receive hard copies of transcripts from temporarily closed schools?**

   A. Yes. If not in contradiction with directives of the school's state board of education, verifiable electronic submissions or copies of transcripts from schools are acceptable to SEVP. Such a modification to the school's admissions process does not need to be reported on the school's procedural adaptation plan. However, schools must be able to report these changes to SEVP upon request. Schools must have relevant student transcripts prior to issuing a student an initial Form I-20.

3. **What are the requirements for DSO duties during the COVID-19 emergency, particularly for closed schools?**

   A. DSOs are expected to meet the regulatory requirements to continue to "provide recommendations to F and/or M students enrolled at the school regarding maintenance of nonimmigrant status and to support timely and complete recordkeeping and reporting to DHS" (*8 CFR 214.3(l)(1)(iii)*). DSOs should have regular working hours during which students can access them and may provide DSO services to students via email or teleconference.

## *Form I-17*

1. **Can schools submit electronic signatures for school petitions requiring a signed Form I-17, including DSO updates?**

   A. Yes, due to COVID-19, schools may email a digitally signed Form I-17 that contains a digitally reproduced copy of a physical signature or uses electronic signature

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program


U.S. Immigration
and Customs
Enforcement

software. DSOs may also continue to scan a Form I-17 containing an original wet signature and send it as an email attachment to SRC.

## *M schools*

1. **An M school has suspended classes until later in the session. The school cannot offer classes online and has provided a procedural adaptation plan to SEVP. Is there anything else the school should be doing?**

   A. Schools do not need to take additional actions regarding operational change plan reporting as long as they provide updated plans to SEVP if there are any material changes to report. Remember, schools must continue to fulfill all student and school record keeping requirements during this time.

## General Questions

1. **How is SEVP coordinating with other government agencies on emerging issues related to COVID-19?**

   A. SEVP understands stakeholder concerns about the need for guidance. As the COVID 19 emergency continues, the program will develop guidance for its stakeholders and will publish it at ICE.gov/Coronavirus. However, SEVP is unable to address questions that are within the authorities of other agencies.

   The international student life cycle consists of specific functions that are handled by those federal agencies with the authority to do so. During the life cycle process, some questions are more appropriately answered by the authorizing agency. In some cases, it may require input and collaboration from multiple agencies. SEVP is in contact with our government partners, including USCIS, CBP and the Department of State.

   For those questions that are solely within the jurisdiction of our government partners, SEVP encourages stakeholders to contact the most appropriate government agency on specific issues.

Homeland Security Investigations
*National Security Investigations Division*
Student and Exchange Visitor Program



U.S. Immigration
and Customs
Enforcement

## Additional Resources

1. **Where can I find COVID-19 information for J exchange visitors?**

   A.  Guidance for J exchange visitors is available on the Department of State's website, Exchange Visitor Program Information on COVID-19.

2. **Where can I find guidance distributed by SEVP in response to COVID-19?**

   A.  All COVID-19 guidance for SEVP stakeholders is located at ICE.gov/Coronavirus. Stakeholders should regularly visit this page for the latest guidance and frequently asked questions from SEVP.

   Additionally, SEVP regularly shares updates and resources from government partners—including the Department of State and CDC—through our social media channels, including Twitter, Facebook and LinkedIn.

## SEVP Response Center Contact Information

For general SEVP questions, case-specific questions and SEVIS technical help, contact the SRC. SRC offices are open Monday through Friday, 8:00 a.m. to 6:00 p.m. ET, except federal holidays.

- **Telephone**:
  - 703-603-3400 or 1-800-892-4829 for general and case-specific questions.
- **Email**:
  - SEVP@ice.dhs.gov for general questions.
  - SEVISHelpDesk@ice.dhs.gov for SEVIS technical questions.

# EXHIBIT 16

# Global Level 4 Health Advisory − Do Not Travel

Global Health　Level 4: Do Not Travel
　　Advisory
March 31, 2020

The Department of State advises U.S. citizens to avoid all international travel due to the global impact of COVID-19. In countries where commercial departure options remain available, U.S. citizens who live in the United States should arrange for immediate return to the United States, unless they are prepared to remain abroad for an indefinite period.

At present the Department of State is making every effort to assist U.S. citizens overseas who wish to return to the United States. As the Covid-19 situation develops, our ability to provide such assistance working with commercial airlines or arranging for evacuation flights may become more limited or even unavailable. In recent weeks, commercial airlines have significantly reduced flight schedules and countries have closed airports and borders with little advance notice. If you wish to return to the United States, you should make arrangements to do so now and contact the nearest U.S. Embassy or Consulate  for assistance as needed. There is no guarantee that the Department of State will be able to continue to provide repatriation assistance and transportation options to the United States may be unavailable in the future. If you choose to remain overseas, you should be prepared to remain where you are for the foreseeable future.

U.S. citizens who live abroad should avoid all international travel.  Many countries are experiencing COVID-19 outbreaks and implementing travel restrictions and mandatory quarantines, closing borders, and prohibiting non-citizens from entry with little advance notice. Airlines have cancelled many international flights and several cruise operators have suspended operations or cancelled trips. If you choose to travel internationally, your travel plans may be severely disrupted, and you may be forced to remain

outside of the United States for an indefinite timeframe.

On March 14, the Department of State authorized the departure of U.S. personnel and family members from any diplomatic or consular post in the world who have determined they are at higher risk of a poor outcome if exposed to COVID-19 or who have requested departure based on a commensurate justification. These departures may limit the ability of U.S. Embassies and consulates to provide services to U.S. citizens.

For the latest information regarding COVID-19, please visit the Centers for Disease Control and Prevention's (CDC) website.

You are encouraged to visit travel.state.gov to view individual Travel Advisories for the most urgent threats to safety and security. Please also visit the website of the relevant U.S. embassy or consulate to see information on entry restrictions, foreign quarantine policies, and urgent health information provided by local governments.

Travelers are urged to enroll in the Smart Traveler Enrollment Program (STEP) to receive Alerts and make it easier to locate you in an emergency. The Department uses these Alerts to convey information about terrorist threats, security incidents, planned demonstrations, natural disasters, etc. For emergency assistance, please contact the nearest U.S. Embassy or Consulate or call the following numbers: 1(888) 407-4747 (toll-free in the United States and Canada) or 1 (202) 501-4444 from other countries or jurisdictions.

If you decide to travel abroad or are already outside the United States:

- Consider returning to your country of residence immediately using whatever commercial means are available.

- Have a travel plan that does not rely on the U.S. Government for assistance.

- Review and follow the CDC's guidelines for the prevention of coronavirus.

- Check with your airline, cruise lines, or travel operators regarding any updated information about your travel plans and/or restrictions.

- Visit travel.state.gov to view individual Travel Advisories for the most urgent threats to safety and security.

- Visit our Embassy webpages on COVID-19 for information on conditions in each country or jurisdiction.

- Visit the Department of Homeland Security's ⬀ website on the latest travel restrictions to the United States

- Visit Keeping workplaces, homes, schools, or commercial establishments safe.🗎

# EXHIBIT 17



**U.S. Embassy & Consulates
in Saudi Arabia**

## COVID-19 Information
## Ask a COVID-19 Question

| Search for... |  |
|---|---|

**Country-Specific Information:**

- Saudi Arabia is experiencing sustained community transmission of COVID-19. Information about reported cases in the Kingdom is available on the Ministry of Health's COVID-19 Dashboard in Arabic and in English.

- Saudi Arabia's growing COVID-19 caseload impacts the ability of the country's medical system to provide care. The U.S. Mission has received reports from American citizens who have experienced difficulties in accessing care for COVID-19 and other medical conditions.

- On June 26, the Department of State authorized the voluntary departure of non-emergency U.S. Mission personnel and all Mission family members due to the COVID-19 pandemic.

- There are no curfew or movement restrictions in effect; all persons must adhere to social-distancing regulations and wear masks while in public.  Social gatherings of more than 50 people are prohibited. Violators of public health measures are subject to substantial fines.

- Limited domestic air travel and regional travel by bus, train, and other means of transportation has resumed, but international air travel remains suspended until further notice and land borders, including the causeway between Saudi Arabia and Bahrain, remain closed to passenger traffic.

- The U.S. Mission continues to work with airlines to arrange for commercial repatriation flights to the United States. Flights are announced as soon as the Mission is able to confirm them.  Please review our Health Alerts, follow our Twitter account, or register for email notifications through the Smart Traveler Enrollment Program (STEP) in order to find the latest flights.

- The Saudi government has announced that participation in the Hajj pilgrimage this year, expected to begin on July 26, will be limited to a small number of persons of different nationalities already present in Saudi Arabia; it has not announced how participants will be selected.

- U.S. citizens who may consider attending Hajj should consult guidance issued by the U.S. Centers for Disease Control and Prevention on June 29: https://wwwnc.cdc.gov/travel/notices/warning/hajj.  For more information about Hajj planning, please see https://www.haj.gov.sa/en.

- Umrah, the year-round Islamic pilgrimage, is suspended indefinitely and performing either Hajj or Umrah without proper authorization is a criminal offense.

**Entry and Exit Requirements:**

- The Saudi government has suspended issuance of tourist and most other categories of visas due to the COVID-19 pandemic.
- On June 23, the government announced that expatriate residents currently outside the Kingdom will not be able to return until further notice.
- Persons wishing to depart Saudi Arabia are responsible for completing all Saudi exit procedures in advance of leaving the country.
- U.S. citizens with residence permits (iqamas) need an exit permit to leave the country and can obtain one online if they have an Absher account or with the assistance of their sponsor.
- Most U.S. citizens who are in Saudi Arabia on visit visas (business or family visit) will not have additional exit requirements but must depart the Kingdom before the expiration of their authorized period of stay. You can request a visa extension via the Ministry of the Interior website or in person through the General Directorate of Passports (Jawazat).

**Quarantine Requirements:**

- Travelers arriving from outside Saudi Arabia, including Saudi citizens and residents, will be placed in health isolation for 14 days following their arrival.

**Local Resources:**

Saudi Ministry of Health (English): https://www.moh.gov.sa/en/Pages/default.aspx

MOH Twitter account (Arabic): https://twitter.com/saudimoh?lang=en

Saudi Ministry of Foreign Affairs (English): https://twitter.com/KSAmofaEN

Information on when to wear a mask (Arabic): https://s.moh.gov.sa/Coronavirus

Information on COVID19 (Arabic): https://s.moh.gov.sa/Coronavirus

Information on hand washing (Arabic): https://s.moh.gov.sa/Coronavirus

Within Saudi Arabia: Ministry of Health has opened a call center available at 937 for questions on Coronavirus.

**FAQs:**

Q. Can the U.S. Embassy provide a permission letter for me to travel across the border?

A. No, the Embassy cannot grant permission to travel into or out of Saudi Arabia.

Q. I need to travel to Saudi Arabia. Can I enter the country?

A. All international passenger traffic, whether by air, land, or sea, has been suspended. All tourist travel into the country is currently suspended. All visits to Mecca and Medina to perform Umrah have been suspended, irrespective of nationality, visa type or residence status. The causeway between Saudi Arabia and Bahrain and land borders between Saudi Arabia and all neighboring countries are restricted to commercial traffic only.

Q. I need to travel from Saudi Arabia to a country other than the United States. Can I do that?

A. At this time, Saudi Arabia is only permitting limited repatriation flights to a few countries. You can find information about repatriation flights to other countries on the websites for those countries' embassies in Saudi Arabia.  The U.S. Embassy cannot facilitate travel to countries other than the United States.  All Saudi land borders, including the causeway between Saudi Arabia and Bahrain, remain closed to passenger traffic.

Q. Can I renew my U.S. passport or make an appointment for a notarial service?  What about visa services?

A. We are currently able to assist with emergency appointments only.   Please contact your nearest ACS unit via email (DhahranACS@state.gov; JeddahACS@state.gov; RiyadhACS@state.gov) with details of your emergency and we will respond to your request.

Most visa services remain suspended.  Individuals with questions regarding immigrant visas may contact RiyadhIV@state.gov.  Individuals with questions regarding non-immigrant visas may contact DhahranNIV@state.gov, JeddahVisas@state.gov, or RiyadhNIV@state.gov.

Q. The Mission recently announced Authorized Departure of some employees and family members. Why? What does that mean?

A. Authorized departure allows non-emergency U.S. Mission employees and all Mission family members to voluntarily return to the United States.  As outlined in the June 7 Health Alert, Saudi Arabia continues to experience sustained community spread of the COVID-19 virus and this growing caseload impacts the ability of the Saudi medical system to provide care.

This is the official website of the U.S. Embassy & Consulates in Saudi Arabia. External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.



# EXHIBIT 18

 **U.S. Embassy in Jordan**

# Health Alert – Suspension through July 24, 2020 of Regular Commercial International Flights

**Health Alert – Suspension through July 24, 2020 of Regular Commercial International Flights (July 12, 2020)**

**Location:** Jordan

**Event:  Suspension through July 24, 2020 of Regular Commercial International Flights**

On July 12, the Government of Jordan announced that regular commercial international flights will remain suspended at least through July 24.  The U.S. Embassy is aware that Royal Jordanian Airlines, Emirates, and Qatar Airways may be offering flights departing Jordan with connections to the United States before July 24.  Please contact the airlines directly to inquire about their schedules.

Please continue to visit our COVID-19 website for updated information and we encourage you to enroll in the Smart Traveler Enrollment Program (STEP) to receive our notifications.  Email us at amman-acs@state.gov if you have questions not addressed in this message.

**Actions to Take:**

- Consult the CDC website for the most up-to-date information about COVID-19.
- For the most recent information on what you can do to reduce your risk of contracting COVID-19, please see the CDC's latest recommendations
- Visit the COVID-19 crisis page on travel.state.gov for the latest information
- Visit our Embassy webpage on COVID-19: https://jo.usembassy.gov/covid-19-information/ for more information about travel restrictions and closures in Jordan
- Visit the Department of Homeland Security's website on the latest travel restrictions to the United States.
- Monitor local media for updates and adhere to Government of Jordan restrictions and instructions.

**Assistance:**

7/13/2020 Health Alert – Suspension through July 24, 2020 of Regular Commercial International Flights | U.S. Embassy in Jordan

Case 4:20-cv-04593-JST Document 12-3 Filed 07/13/20 Page 128 of 186

- U.S. Embassy Amman, Jordan

  Al-Umawyeen 37, Amman, Jordan

  Phone number: +962 6 590-6000, +962 6 590-6500 (after hours emergencies only)

  Email address: Amman-ACS@state.gov

  Embassy/Consulate website: https://jo.usembassy.gov/

- State Department – Consular Affairs: 888-407-4747 or 202-501-4444

- Jordan Country Information

- Enroll in Smart Traveler Enrollment Program (STEP) to receive security updates and follow us on Facebook

This is the official website of the U.S. Embassy in Jordan. External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.



# EXHIBIT 19

GOVERNMENT OF INDIA
OFFICE OF THE DIRECTOR GENERAL OF CIVIL AVIATION
OPPOSITE SAFDARJUNG AIRPORT, NEW DELHI-110003

........

No. 4/1/2020-IR
Dated: 26-06-2020

## CIRCULAR

**Sub: Travel and Visa restrictions related to COVID-19**

In continuation of the circular dated 30.05.2020 on the subject cited above, the competent authority has decided that Scheduled International commercial passenger services to/from India shall remain suspended till 2359 hrs IST of 15th July, 2020. This restriction shall not apply to international all-cargo operations and flights specifically approved by DGCA.

2.      However, International Scheduled flights may be allowed on selected routes by the competent authority on case to case basis.

3.      Please acknowledge the receipt and ensure strict compliance.

(Sunil Kumar)
Deputy Director General

To

1. All Foreign and Domestic Scheduled Airlines operating flights to/from India;
2. The Chairman, Airport Authority of India;
3. All Airport Operators in India;
4. The Commissioner, Bureau of Immigration.

# EXHIBIT 20

Case 4:20-cv-04592-JST Document 12-2 Filed 07/13/20 Page 132 of 186



# Proclamation on Suspension of Entry as Immigrants and Nonimmigrants of Persons who Pose a Risk of Transmitting 2019 Novel Coronavirus

— **HEALTHCARE**

Issued on: **January 31, 2020**



The United States has confirmed cases of individuals who have a severe acute respiratory illness caused by a novel (new) coronavirus ("2019-nCoV") ("the virus") first detected in Wuhan, Hubei Province, People's Republic of China ("China"). The virus was discovered in China in December 2019. As of January 31, 2020, Chinese health officials have reported approximately 10,000 confirmed cases of 2019-nCoV in China, more than the number of confirmed cases of Severe Acute Respiratory Syndrome (SARS) during its 2003 outbreak. An additional 114 cases have been confirmed across 22 other countries; in several of these cases, the infected individuals had not visited China. More than 200 people have died from the virus, all in China.

Coronaviruses are a large family of viruses. Some cause illness in people and others circulate among animals, including camels, cats, and bats. Animal coronaviruses are capable of evolving to infect people and subsequently spreading through human-to-human transmission. This occurred with both Middle East Respiratory Syndrome and SARS. Many of the individuals with the earliest confirmed cases of 2019-nCoV in Wuhan, China had some link to a large seafood and live animal market, suggesting animal-to-human transmission. Later, a growing number of infected individuals reportedly did not have exposure to animal markets, indicating human-to-human transmission. Chinese officials now report that sustained human-to-human transmission of the virus is occurring in China. Manifestations of severe disease have included severe pneumonia, acute respiratory distress syndrome, septic shock, and multi-organ failure.

Neighboring jurisdictions have taken swift action to protect their citizens by closing off travel between their territories and China.  On January 30, 2020, the World Health Organization declared the 2019-nCoV outbreak a public health emergency of international concern.

Outbreaks of novel viral infections among people are always of public health concern, and older adults and people with underlying health conditions may be at increased risk.  Public health experts are still learning about the severity of 2019-nCoV.  An understanding of the key attributes of this novel virus, including its transmission dynamics, incubation period, and severity, is critical to assessing the risk it poses to the American public.  Nonetheless, the Centers for Disease Control and Prevention (CDC) has determined that the virus presents a serious public health threat.

The CDC is closely monitoring the situation in the United States, is conducting enhanced entry screening at 5 United States airports where the majority of travelers from Wuhan arrive, and is enhancing illness response capacity at the 20 ports of entry where CDC medical screening stations are located.  The CDC is also supporting States in conducting contact investigations of confirmed 2019-nCoV cases identified within the United States.  The CDC has confirmed that the virus has spread between two people in the United States, representing the first instance of person-to-person transmission of the virus within the United States.  The CDC, along with state and local health departments, has limited resources and the public health system could be overwhelmed if sustained human-to-human transmission of the virus occurred in the United States.  Sustained human-to-human transmission has the potential to have cascading public health, economic, national security, and societal consequences.

During Fiscal Year 2019, an average of more than 14,000 people traveled to the United States from China each day, via both direct and indirect flights.  The United States Government is unable to effectively evaluate and monitor all of the travelers continuing to arrive from China.  The potential for widespread transmission of the virus by infected individuals seeking to enter the United States threatens the security of our transportation system and infrastructure and the national security.  Given the importance of protecting persons within the United States from the threat of this harmful communicable disease, I have determined that it is in the interests of the United States to take action to restrict and suspend the entry into the United States, as immigrants or nonimmigrants, of all aliens who were physically present within the People's Republic of China, excluding the Special Administrative Regions of Hong Kong and Macau, during the 14-day period preceding their entry or attempted entry into the United States.  I have also determined that the United States should take all necessary and appropriate measures to facilitate orderly medical screening and, where

7/13/2020 Proclamation on the Suspension of Entry as Immigrants and Nonimmigrants of Persons who Pose a Risk of Transmitting 2019 Novel Corona…

Case 4:20-cv-04592-JST Document 12-2 Filed 07/13/20 Page 134 of 186

appropriate, quarantine of persons allowed to enter the United States who may have been exposed to this virus.

NOW, THEREFORE, I, DONALD J. TRUMP, President of the United States, by the authority vested in me by the Constitution and the laws of the United States of America, including sections 212(f) and 215(a) of the Immigration and Nationality Act (INA), 8 U.S.C. 1182(f) and 1185(a), and section 301 of title 3, United States Code, hereby find that the unrestricted entry into the United States of persons described in section 1 of this proclamation would, except as provided for in section 2 of this proclamation, be detrimental to the interests of the United States, and that their entry should be subject to certain restrictions, limitations, and exceptions.  I therefore hereby proclaim the following:

Section 1.  Suspension and Limitation on Entry.   The entry into the United States, as immigrants or nonimmigrants, of all aliens who were physically present within the People's Republic of China, excluding the Special Administrative Regions of Hong Kong and Macau, during the 14-day period preceding their entry or attempted entry into the United States is hereby suspended and limited subject to section 2 of this proclamation.

Sec. 2.  Scope of Suspension and Limitation on Entry.

(a)  Section 1 of this proclamation shall not apply to:

(i)    any lawful permanent resident of the United States;

(ii)    any alien who is the spouse of a U.S. citizen or lawful permanent resident;

(iii)   any alien who is the parent or legal guardian of a U.S. citizen or lawful permanent resident, provided that the U.S. citizen or lawful permanent resident is unmarried and under the age of 21;

(iv)    any alien who is the sibling of a U.S. citizen or lawful permanent resident, provided that both are unmarried and under the age of 21;

(v)    any alien who is the child, foster child, or ward of a U.S. citizen or lawful permanent resident, or who is a prospective adoptee seeking to enter the United States pursuant to the IR-4 or IH-4 visa classifications;

7/13/2020 Proclamation on the Suspension of Entry as Immigrants and Nonimmigrants of Persons who Pose a Risk of Transmitting 2019 Novel Corona…

Case 4:20-cv-04592-JST Document 12-2 Filed 07/13/20 Page 135 of 186

(vi)   any alien traveling at the invitation of the United States Government for a purpose related to containment or mitigation of the virus;

(vii)   any alien traveling as a nonimmigrant under section 101(a)(15)(C) or (D) of the INA, 8 U.S.C. 1101(a)(15)(C) or (D), as a crewmember or any alien otherwise traveling to the United States as air or sea crew;

(viii)   any alien seeking entry into or transiting the United States pursuant to an A-1, A-2, C-2, C-3 (as a foreign government official or immediate family member of an official), G-1, G-2, G-3, G-4, NATO-1 through NATO-4, or NATO-6 visa;

(ix)   any alien whose entry would not pose a significant risk of introducing, transmitting, or spreading the virus, as determined by the CDC Director, or his designee;

(x)   any alien whose entry would further important United States law enforcement objectives, as determined by the Secretary of State, the Secretary of Homeland Security, or their respective designees based on a recommendation of the Attorney General or his designee; or

(xi)   any alien whose entry would be in the national interest, as determined by the Secretary of State, the Secretary of Homeland Security, or their designees.

(b)  Nothing in this proclamation shall be construed to affect any individual's eligibility for asylum, withholding of removal, or protection under the regulations issued pursuant to the legislation implementing the Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, consistent with the laws and regulations of the United States.

Sec. 3.  Implementation and Enforcement.   (a)  The Secretary of State shall implement this proclamation as it applies to visas pursuant to such procedures as the Secretary of State, in consultation with the Secretary of Homeland Security, may establish.  The Secretary of Homeland Security shall implement this proclamation as it applies to the entry of aliens pursuant to such procedures as the Secretary of Homeland Security, in consultation with the Secretary of State, may establish.

(b)  Consistent with applicable law, the Secretary of State, the Secretary of Transportation, and the Secretary of Homeland Security shall ensure that any alien subject to this proclamation does not

7/13/2020 Proclamation on the Suspension of Entry as Immigrants and Nonimmigrants of Persons who Pose a Risk of Transmitting 2019 Novel Corona…

Case 4:20-cv-04592-JST Document 12-2 Filed 07/13/20 Page 136 of 186

board an aircraft traveling to the United States.

(c)  The Secretary of Homeland Security may establish standards and procedures to ensure the application and implementation of this proclamation at United States seaports and in between all ports of entry.

(d)  An alien who circumvents the application of this proclamation through fraud, willful misrepresentation of a material fact, or illegal entry shall be a priority for removal by the Department of Homeland Security.

Sec. 4.  Orderly Medical Screening and Quarantine.   The Secretary of Homeland Security shall take all necessary and appropriate steps to regulate the travel of persons and aircraft to the United States to facilitate the orderly medical screening and, where appropriate, quarantine of persons who enter the United States and who may have been exposed to the virus.  Such steps may include directing air carriers to restrict and regulate the boarding of such passengers on flights to the United States.

Sec. 5.  Termination.   This proclamation shall remain in effect until terminated by the President.  The Secretary of Health and Human Services shall, as circumstances warrant and no more than 15 days after the date of this order and every 15 days thereafter, recommend that the President continue, modify, or terminate this proclamation.

Sec. 6.  Effective Date.   This proclamation is effective at 5:00 p.m. eastern standard time on February 2, 2020.

Sec. 7.  Severability.   It is the policy of the United States to enforce this proclamation to the maximum extent possible to advance the national security, public safety, and foreign policy interests of the United States.  Accordingly:

(a)  if any provision of this proclamation, or the application of any provision to any person or circumstance, is held to be invalid, the remainder of this proclamation and the application of its provisions to any other persons or circumstances shall not be affected thereby; and

(b)  if any provision of this proclamation, or the application of any provision to any person or circumstance, is held to be invalid because of the lack of certain procedural requirements, the

relevant executive branch officials shall implement those procedural requirements to conform with existing law and with any applicable court orders.

Sec. 8.  General Provisions.   (a)  Nothing in this proclamation shall be construed to impair or otherwise affect:

(i)   the authority granted by law to an executive department or agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This proclamation shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This proclamation is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

IN WITNESS WHEREOF, I have hereunto set my hand this thirty-first day of January, in the year of our Lord two thousand twenty, and of the Independence of the United States of America the two hundred and forty-fourth.

DONALD J. TRUMP

# EXHIBIT 21

7/13/2020 Proclamation—Suspension of Entry as Immigrants and Nonimmigrants of Certain Additional Persons Who Pose a Risk of Transmitting 2…

Case 4:20-cv-04592-JST Document 12-2 Filed 07/13/20 Page 139 of 186



PROCLAMATIONS

# Proclamation—Suspension of Entry as Immigrants and Nonimmigrants of Certain Additional Persons Who Pose a Risk of Transmitting 2019 Novel Coronavirus

**HEALTHCARE**

Issued on: **March 11, 2020**



On January 31, 2020, I issued Proclamation 9984 (Suspension of Entry as Immigrants and Nonimmigrants of Persons Who Pose a Risk of Transmitting 2019 Novel Coronavirus and Other Appropriate Measures To Address This Risk). I found that the potential for widespread transmission of a novel (new) coronavirus (which has since been renamed "SARS-CoV-2" and causes the disease COVID-19) ("SARS-CoV-2" or "the virus") by infected individuals seeking to enter the United States threatens the security of our transportation system and infrastructure and the national security. Because the outbreak of the virus was at the time centered in the People's Republic of China, I suspended and limited the entry of all aliens who were physically present within the People's Republic of China, excluding the Special Administrative Regions of Hong Kong and Macau, during the 14-day period preceding their entry or attempted entry into the United States, subject to certain exceptions. On February 29, 2020, in recognition of the sustained person-to-person transmission of SARS-CoV-2 in the Islamic Republic of Iran, I issued Proclamation 9992 (Suspension of Entry as Immigrants and Nonimmigrants of Certain Additional Persons Who Pose a Risk of Transmitting 2019 Novel Coronavirus), suspending and limiting the entry of all aliens who were physically present within the Islamic Republic of Iran during the 14-day period preceding their entry or attempted entry into the United States, subject to certain exceptions.

The Centers for Disease Control and Prevention (CDC), a component of the Department of Health and Human Services, has determined that the virus presents a serious public health threat, and CDC continues to take steps to prevent its spread.  But CDC, along with State and local health departments, has limited resources, and the public health system could be overwhelmed if sustained human-to-human transmission of the virus occurred in the United States on a large scale.  Sustained human-to-human transmission has the potential to cause cascading public health, economic, national security, and societal consequences.

The World Health Organization has determined that multiple countries within the Schengen Area are experiencing sustained person-to-person transmission of SARS-CoV-2.  For purposes of this proclamation, the Schengen Area comprises 26 European states: Austria, Belgium, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hungary, Iceland, Italy, Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Netherlands, Norway, Poland, Portugal, Slovakia, Slovenia, Spain, Sweden, and Switzerland.  The Schengen Area currently has the largest number of confirmed COVID-19 cases outside of the People's Republic of China.  As of March 11, 2020, the number of cases in the 26 Schengen Area countries is 17,442, with 711 deaths, and shows high continuous growth in infection rates.  In total, as of March 9, 2020, the Schengen Area has exported 201 COVID-19 cases to 53 countries.  Moreover, the free flow of people between the Schengen Area countries makes the task of managing the spread of the virus difficult.

The United States Government is unable to effectively evaluate and monitor all of the travelers continuing to arrive from the Schengen Area.  The potential for undetected transmission of the virus by infected individuals seeking to enter the United States from the Schengen Area threatens the security of our transportation system and infrastructure and the national security.  Given the importance of protecting persons within the United States from the threat of this harmful communicable disease, I have determined that it is in the interests of the United States to take action to restrict and suspend the entry into the United States, as immigrants or nonimmigrants, of all aliens who were physically present within the Schengen Area during the 14-day period preceding their entry or attempted entry into the United States.  The free flow of commerce between the United States and the Schengen Area countries remains an economic priority for the United States, and I remain committed to facilitating trade between our nations.

NOW, THEREFORE, I, DONALD J. TRUMP, President of the United States, by the authority vested in me by the Constitution and the laws of the United States of America, including sections 212(f) and 215(a) of the Immigration and Nationality Act, 8 U.S.C. 1182(f) and 1185(a), and section 301 of title

3, United States Code, hereby find that the unrestricted entry into the United States of persons described in section 1 of this proclamation would, except as provided for in section 2 of this proclamation, be detrimental to the interests of the United States, and that their entry should be subject to certain restrictions, limitations, and exceptions.  I therefore hereby proclaim the following:

Section 1.  ==Suspension and Limitation on Entry==.  The entry into the United States, as immigrants or ==nonimmigrants, of all aliens who were physically present within the Schengen Area during the 14-== ==day period== preceding their entry or attempted entry into the United States is hereby suspended and limited subject to section 2 of this proclamation.

Sec. 2.  Scope of Suspension and Limitation on Entry.

(a)  Section 1 of this proclamation shall not apply to:

(i)    any lawful permanent resident of the United States;

(ii)   any alien who is the spouse of a U.S. citizen or lawful permanent resident;

(iii)  any alien who is the parent or legal guardian of a U.S. citizen or lawful permanent resident, provided that the U.S. citizen or lawful permanent resident is unmarried and under the age of 21;

(iv)   any alien who is the sibling of a U.S. citizen or lawful permanent resident, provided that both are unmarried and under the age of 21;

(v)    any alien who is the child, foster child, or ward of a U.S. citizen or lawful permanent resident, or who is a prospective adoptee seeking to enter the United States pursuant to the IR-4 or IH-4 visa classifications;

(vi)   any alien traveling at the invitation of the United States Government for a purpose related to containment or mitigation of the virus;

(vii)  any alien traveling as a nonimmigrant pursuant to a C-1, D, or C-1/D nonimmigrant visa as a crewmember or any alien otherwise traveling to the United States as air or sea crew;

(viii)  any alien

(A)  seeking entry into or transiting the United States pursuant to one of the following visas:  A-1, A-2, C-2, C-3 (as a foreign government official or immediate family member of an official), E-1 (as an employee of TECRO or TECO or the employee's immediate family members), G-1, G-2, G-3, G-4, NATO-1 through NATO-4, or NATO-6 (or seeking to enter as a nonimmigrant in one of those NATO categories); or

(B)  whose travel falls within the scope of section 11 of the United Nations Headquarters Agreement;

(ix)  any alien whose entry would not pose a significant risk of introducing, transmitting, or spreading the virus, as determined by the Secretary of Health and Human Services, through the CDC Director or his designee;

(x)  any alien whose entry would further important United States law enforcement objectives, as determined by the Secretary of State, the Secretary of Homeland Security, or their respective designees, based on a recommendation of the Attorney General or his designee;

(xi)  any alien whose entry would be in the national interest, as determined by the Secretary of State, the Secretary of Homeland Security, or their designees; or

(xii)  members of the U.S. Armed Forces and spouses and children of members of the U.S. Armed Forces.

(b)  Nothing in this proclamation shall be construed to affect any individual's eligibility for asylum, withholding of removal, or protection under the regulations issued pursuant to the legislation implementing the Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, consistent with the laws and regulations of the United States.

Sec. 3.  Implementation and Enforcement.  (a)  The Secretary of State shall implement this proclamation as it applies to visas pursuant to such procedures as the Secretary of State, in consultation with the Secretary of Homeland Security, may establish.  The Secretary of Homeland Security shall implement this proclamation as it applies to the entry of aliens pursuant to such

procedures as the Secretary of Homeland Security, in consultation with the Secretary of State, may establish.

(b)  Consistent with applicable law, the Secretary of State, the Secretary of Transportation, and the Secretary of Homeland Security shall ensure that any alien subject to this proclamation does not board an aircraft traveling to the United States.

(c)  The Secretary of Homeland Security may establish standards and procedures to ensure the application of this proclamation at and between all United States ports of entry.

(d)  An alien who circumvents the application of this proclamation through fraud, willful misrepresentation of a material fact, or illegal entry shall be a priority for removal by the Department of Homeland Security.

Sec. 4.  Termination.  This proclamation shall remain in effect until terminated by the President. The Secretary of Health and Human Services shall recommend that the President continue, modify, or terminate this proclamation as described in section 5 of Proclamation 9984, as amended.

Sec. 5.  Effective Date.  This proclamation is effective at 11:59 p.m. eastern daylight time on March 13, 2020.  This proclamation does not apply to persons aboard a flight scheduled to arrive in the United States that departed prior to 11:59 p.m. eastern daylight time on March 13, 2020.

Sec. 6.  Severability.  It is the policy of the United States to enforce this proclamation to the maximum extent possible to advance the national security, public safety, and foreign policy interests of the United States.  Accordingly:

(a)  if any provision of this proclamation, or the application of any provision to any person or circumstance, is held to be invalid, the remainder of this proclamation and the application of its provisions to any other persons or circumstances shall not be affected thereby; and

(b)  if any provision of this proclamation, or the application of any provision to any person or circumstance, is held to be invalid because of the lack of certain procedural requirements, the relevant executive branch officials shall implement those procedural requirements to conform with existing law and with any applicable court orders.

<u>Sec</u>. <u>7</u>.  <u>General Provisions</u>.  (a)  Nothing in this proclamation shall be construed to impair or otherwise affect:

(i)  the authority granted by law to an executive department or agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This proclamation shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This proclamation is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

IN WITNESS WHEREOF, I have hereunto set my hand this eleventh day of March, in the year of our Lord two thousand twenty, and of the Independence of the United States of America the two hundred and forty-fourth.

DONALD J. TRUMP

# EXHIBIT 22

7/13/2020       Proclamation on the Suspension of Entry as Immigrants and Nonimmigrants of Certain Additional Persons Who Pose a Risk of Transmitti…

Case 4:20-cv-04592-JST   Document 12-2   Filed 07/13/20   Page 146 of 186



**PROCLAMATIONS**

# Proclamation on the Suspension of Entry as Immigrants and Nonimmigrants of Certain Additional Persons Who Pose a Risk of Transmitting Coronavirus

**HEALTHCARE**

Issued on: **March 14, 2020**

★ ★ ★

On January 31, 2020, I issued Proclamation 9984 (Suspension of Entry as Immigrants and Nonimmigrants of Persons Who Pose a Risk of Transmitting 2019 Novel Coronavirus and Other Appropriate Measures To Address This Risk).  I found that the potential for widespread transmission of a novel (new) coronavirus (which has since been renamed "SARS-CoV-2" and causes the disease COVID-19) ("SARS-CoV-2" or "the virus") by infected individuals seeking to enter the United States threatens the security of our transportation system and infrastructure and the national security. Because the outbreak of the virus was at the time centered in the People's Republic of China, I suspended and limited the entry of all aliens who were physically present within the People's Republic of China, excluding the Special Administrative Regions of Hong Kong and Macau, during the 14-day period preceding their entry or attempted entry into the United States, subject to certain exceptions.  On February 29, 2020, in recognition of the sustained person-to-person transmission of SARS-CoV-2 in the Islamic Republic of Iran, I issued Proclamation 9992 (Suspension of Entry as Immigrants and Nonimmigrants of Certain Additional Persons Who Pose a Risk of Transmitting 2019 Novel Coronavirus), suspending and limiting the entry of all aliens who were physically present within the Islamic Republic of Iran during the 14-day period preceding their entry or attempted entry into the United States, subject to certain exceptions.  And, most recently, on March 11, 2020, I issued Proclamation 9993 (Suspension of Entry as Immigrants and Nonimmigrants of Certain Additional Persons Who Pose a Risk of Transmitting 2019 Novel Coronavirus), suspending and

7/13/2020          Proclamation on the Suspension of Entry as Immigrants and Nonimmigrants of Certain Additional Persons Who Pose a Risk of Transmitti…

Case 4:20-cv-04592-JST   Document 12-2   Filed 07/13/20   Page 147 of 186

limiting the entry of all aliens who were physically present within the Schengen Area during the 14-day period preceding their entry or attempted entry into the United States, subject to certain exceptions.

The Centers for Disease Control and Prevention (CDC), a component of the Department of Health and Human Services, has determined that the virus presents a serious public health threat, and CDC continues to take steps to prevent its spread.  But CDC, along with State and local health departments, has limited resources, and the public health system could be overwhelmed if sustained human-to-human transmission of the virus occurred in the United States on a large scale.  Sustained human-to-human transmission has the potential to cause cascading public health, economic, national security, and societal consequences.

CDC has determined that the United Kingdom is experiencing widespread, ongoing person-to-person transmission of SARS-CoV-2.  As of March 13, 2020, the World Health Organization reported that the United Kingdom had 594 cases of COVID-19, 5 times more cases than there were 7 days prior.

The Republic of Ireland has an open border with the United Kingdom in that persons can generally move freely between the Republic of Ireland and the United Kingdom — by land to and from Northern Ireland and by ferry or aircraft to and from Wales, England, and Scotland.  This general ability to travel freely between the United Kingdom and the Republic of Ireland poses the same challenges that the Schengen Area posed for suspending and limiting entry to the United States by travelers who had been physically present within any of the Schengen Area countries.  CDC has also determined that the Republic of Ireland is experiencing ongoing sustained person-to-person transmission of SARS-CoV-2.  As of March 13, 2020, the World Health Organization reported that the Republic of Ireland had 70 cases of COVID-19, 5 times more cases than there were 7 days prior.

The United States Government is unable to effectively evaluate and monitor all of the travelers continuing to arrive from the United Kingdom and the Republic of Ireland.  The potential for undetected transmission of the virus by infected individuals seeking to enter the United States from the United Kingdom and the Republic of Ireland threatens the security of our transportation system and infrastructure and the national security.  Given the importance of protecting persons within the United States from the threat of this harmful communicable disease, I have determined that it is in the interests of the United States to take action to restrict and suspend the entry into the United States, as immigrants or nonimmigrants, of all aliens who were physically present within the

United Kingdom, excluding overseas territories outside of Europe, or the Republic of Ireland during the 14-day period preceding their entry or attempted entry into the United States. The free flow of commerce between the United States and the United Kingdom and the Republic of Ireland remains an economic priority for the United States, and I remain committed to facilitating trade between our nations.

NOW, THEREFORE, I, DONALD J. TRUMP, President of the United States, by the authority vested in me by the Constitution and the laws of the United States of America, including sections 212(f) and 215(a) of the Immigration and Nationality Act, 8 U.S.C. 1182(f) and 1185(a), and section 301 of title 3, United States Code, hereby find that the unrestricted entry into the United States of persons described in section 1 of this proclamation would, except as provided for in section 2 of this proclamation, be detrimental to the interests of the United States, and that their entry should be subject to certain restrictions, limitations, and exceptions. I therefore hereby proclaim the following:

Section 1. ==Suspension and Limitation on Entry.== The entry into the United States, as immigrants or ==nonimmigrants, of all aliens who were physically present within the United Kingdom, excluding== ==overseas territories outside of Europe, or the Republic of Ireland== during the 14-day period preceding their entry or attempted entry into the United States is hereby suspended and limited subject to section 2 of this proclamation.

Sec. 2. Scope of Suspension and Limitation on Entry.

(a) Section 1 of this proclamation shall not apply to:

(i)   any lawful permanent resident of the United States;

(ii)   any alien who is the spouse of a U.S. citizen or lawful permanent resident;

(iii)   any alien who is the parent or legal guardian of a U.S. citizen or lawful permanent resident, provided that the U.S. citizen or lawful permanent resident is unmarried and under the age of 21;

(iv)   any alien who is the sibling of a U.S. citizen or lawful permanent resident, provided that both are unmarried and under the age of 21;

(v)    any alien who is the child, foster child, or ward of a U.S. citizen or lawful permanent resident, or who is a prospective adoptee seeking to enter the United States pursuant to the IR-4 or IH-4 visa classifications;

(vi)    any alien traveling at the invitation of the United States Government for a purpose related to containment or mitigation of the virus;

(vii)    any alien traveling as a nonimmigrant pursuant to a C-1, D, or C-1/D nonimmigrant visa as a crewmember or any alien otherwise traveling to the United States as air or sea crew;

(viii)    any alien

(A)    seeking entry into or transiting the United States pursuant to one of the following visas:  A-1, A-2, C-2, C-3 (as a foreign government official or immediate family member of an official), E-1 (as an employee of TECRO or TECO or the employee's immediate family members), G-1, G-2, G-3, G-4, NATO-1 through NATO-4, or NATO-6 (or seeking to enter as a nonimmigrant in one of those NATO categories); or

(B)    whose travel falls within the scope of section 11 of the United Nations Headquarters Agreement;

(ix)    any alien whose entry would not pose a significant risk of introducing, transmitting, or spreading the virus, as determined by the Secretary of Health and Human Services, through the CDC Director or his designee;

(x)    any alien whose entry would further important United States law enforcement objectives, as determined by the Secretary of State, the Secretary of Homeland Security, or their respective designees, based on a recommendation of the Attorney General or his designee;

(xi)    any alien whose entry would be in the national interest, as determined by the Secretary of State, the Secretary of Homeland Security, or their designees; or

(xii)    members of the U.S. Armed Forces and spouses and children of members of the U.S. Armed Forces.

(b)  Nothing in this proclamation shall be construed to affect any individual's eligibility for asylum, withholding of removal, or protection under the regulations issued pursuant to the legislation implementing the Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, consistent with the laws and regulations of the United States.

Sec. 3.  Implementation and Enforcement.  (a)  The Secretary of State shall implement this proclamation as it applies to visas pursuant to such procedures as the Secretary of State, in consultation with the Secretary of Homeland Security, may establish.  The Secretary of Homeland Security shall implement this proclamation as it applies to the entry of aliens pursuant to such procedures as the Secretary of Homeland Security, in consultation with the Secretary of State, may establish.

(b)  Consistent with applicable law, the Secretary of State, the Secretary of Transportation, and the Secretary of Homeland Security shall ensure that any alien subject to this proclamation does not board an aircraft traveling to the United States.

(c)  The Secretary of Homeland Security may establish standards and procedures to ensure the application of this proclamation at and between all United States ports of entry.

(d)  An alien who circumvents the application of this proclamation through fraud, willful misrepresentation of a material fact, or illegal entry shall be a priority for removal by the Department of Homeland Security.

Sec. 4.  Termination.  This proclamation shall remain in effect until terminated by the President. The Secretary of Health and Human Services shall recommend that the President continue, modify, or terminate this proclamation as described in section 5 of Proclamation 9984, as amended.

Sec. 5.  Effective Date.  This proclamation is effective at 11:59 p.m. eastern daylight time on March 16, 2020.  This proclamation does not apply to persons aboard a flight scheduled to arrive in the United States that departed prior to 11:59 p.m. eastern daylight time on March 16, 2020.

Sec. 6.  Severability.  It is the policy of the United States to enforce this proclamation to the maximum extent possible to advance the national security, public safety, and foreign policy interests of the United States.  Accordingly:

7/13/2020 Proclamation on Suspension of Entry as Immigrants and Nonimmigrants of Certain Additional Persons Who Pose a Risk of Transmitti…

Case 4:20-cv-04592-JST Document 12-2 Filed 07/13/20 Page 151 of 186

(a)  if any provision of this proclamation, or the application of any provision to any person or circumstance, is held to be invalid, the remainder of this proclamation and the application of its provisions to any other persons or circumstances shall not be affected thereby; and

(b)  if any provision of this proclamation, or the application of any provision to any person or circumstance, is held to be invalid because of the lack of certain procedural requirements, the relevant executive branch officials shall implement those procedural requirements to conform with existing law and with any applicable court orders.

Sec. 7.  General Provisions.  (a)  Nothing in this proclamation shall be construed to impair or otherwise affect:

(i)   the authority granted by law to an executive department or agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This proclamation shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This proclamation is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

IN WITNESS WHEREOF, I have hereunto set my hand this fourteenth day of March, in the year of our Lord two thousand twenty, and of the Independence of the United States of America the two hundred and forty-fourth.

DONALD J. TRUMP

# EXHIBIT 23

**PROCLAMATIONS**

# Proclamation on Suspension of Entry as Immigrants and Nonimmigrants of Certain Additional Persons Who Pose a Risk of Transmitting Novel Coronavirus

— **IMMIGRATION** | Issued on: **May 24, 2020**



In Proclamation 9994 of March 13, 2020 (Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak), I declared a national emergency recognizing the threat that the novel (new) coronavirus known as SARS-CoV-2 poses to our Nation's healthcare systems. It is the policy of the United States to respond to the ongoing, unprecedented outbreak of COVID-19 (the disease caused by SARS-CoV-2) with every tool and resource available to the United States Government. Consistent with this policy, I have suspended and limited the entry of aliens recently present in certain foreign jurisdictions where significant COVID-19 outbreaks have occurred. These jurisdictions include the People's Republic of China (excluding the Special Administrative Regions of Hong Kong and Macau), the Islamic Republic of Iran, the Schengen Area, the United Kingdom (excluding overseas territories outside of Europe), and the Republic of Ireland.

The Centers for Disease Control and Prevention (CDC), a component of the Department of Health and Human Services, working in close coordination with the Department of Homeland Security, has determined that the Federative Republic of Brazil is experiencing widespread, ongoing person-to-person transmission of SARS-CoV-2. As of May 23, 2020, the World Health Organization reported that the Federative Republic of Brazil had 310,087 confirmed cases of COVID-19, which is the third highest number of confirmed cases in the world.

The potential for undetected transmission of the virus by infected individuals seeking to enter the United States from the Federative Republic of Brazil threatens the security of our transportation system and infrastructure and the national security, and I have determined that it is in the interests of the United States to take action to restrict and suspend the entry into the United States, as immigrants or nonimmigrants, of all aliens who were physically present within the Federative Republic of Brazil during the 14-day period preceding their entry or attempted entry into the United States. The free flow of commerce between the United States and the Federative Republic of Brazil remains an economic priority for the United States, and I remain committed to facilitating trade between our nations.

NOW, THEREFORE, I, DONALD J. TRUMP, President of the United States, by the authority vested in me by the Constitution and the laws of the United States of America, including sections 212(f) and 215(a) of the Immigration and Nationality Act, 8 U.S.C. 1182(f) and 1185(a), and section 301 of title 3, United States Code, hereby find that the unrestricted entry into the United States of persons described in section 1 of this proclamation would, except as provided for in section 2 of this proclamation, be detrimental to the interests of the United States, and that their entry should be subject to certain restrictions, limitations, and exceptions. I therefore hereby proclaim the following:

Section 1. Suspension and Limitation on Entry. The entry into the United States, as immigrants or nonimmigrants, of all aliens who were physically present within the Federative Republic of Brazil during the 14-day period preceding their entry or

attempted entry into the United States is hereby suspended and limited subject to section 2 of this proclamation.

Sec. 2. Scope of Suspension and Limitation on Entry.
(a) Section 1 of this proclamation shall not apply to:

(i) any lawful permanent resident of the United States;

(ii) any alien who is the spouse of a U.S. citizen or lawful permanent resident;

(iii) any alien who is the parent or legal guardian of a U.S. citizen or lawful permanent resident, provided that the U.S. citizen or lawful permanent resident is unmarried and under the age of 21;

(iv) any alien who is the sibling of a U.S. citizen or lawful permanent resident, provided that both are unmarried and under the age of 21;

(v) any alien who is the child, foster child, or ward of a U.S. citizen or lawful permanent resident, or who is a prospective adoptee seeking to enter the United States pursuant to the IR-4 or IH-4 visa classifications;

(vi) any alien traveling at the invitation of the United States Government for a purpose related to containment or mitigation of the virus;

(vii) any alien traveling as a nonimmigrant pursuant to a C-1, D, or C-1/D nonimmigrant visa as a crewmember or any alien otherwise traveling to the United States as air or sea crew;

(viii) any alien

(A) seeking entry into or transiting the United States pursuant to one of the following visas: A-1, A-2, C-2, C-3 (as a foreign government official or immediate family member

of an official), E-1 (as an employee of TECRO or TECO or the employee's immediate family members), G-1, G-2, G-3, G-4, NATO-1 through NATO-4, or NATO-6 (or seeking to enter as a nonimmigrant in one of those NATO categories); or

(B) whose travel falls within the scope of section 11 of the United Nations Headquarters Agreement;

(ix) any alien who is a member of the U.S. Armed Forces and any alien who is a spouse or child of a member of the U.S. Armed Forces;

(x) any alien whose entry would not pose a significant risk of introducing, transmitting, or spreading the virus, as determined by the Secretary of Health and Human Services, through the CDC Director or his designee;

(xi) any alien whose entry would further important United States law enforcement objectives, as determined by the Secretary of State, the Secretary of Homeland Security, or their respective designees, based on a recommendation of the Attorney General or his designee; or

(xii) any alien whose entry would be in the national interest, as determined by the Secretary of State, the Secretary of Homeland Security, or their designees.

(b) Nothing in this proclamation shall be construed to affect any individual's eligibility for asylum, withholding of removal, or protection under the regulations issued pursuant to the legislation implementing the Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, consistent with the laws and regulations of the United States.

Sec. 3. Implementation and Enforcement. (a) The Secretary of State shall implement this proclamation as it applies to visas pursuant to such procedures as the Secretary of State, in consultation with the Secretary of Homeland Security, may establish. The Secretary of Homeland Security shall implement this proclamation as it applies to the entry of aliens pursuant to such procedures as the Secretary of Homeland Security, in

consultation with the Secretary of State, may establish.

(b) Consistent with applicable law, the Secretary of State, the Secretary of Transportation, and the Secretary of Homeland Security shall ensure that any alien subject to this proclamation does not board an aircraft traveling to the United States.

(c) The Secretary of Homeland Security may establish standards and procedures to ensure the application of this proclamation at and between all United States ports of entry.

(d) An alien who circumvents the application of this proclamation through fraud, willful misrepresentation of a material fact, or illegal entry shall be a priority for removal by the Department of Homeland Security.

Sec. 4. Termination. This proclamation shall remain in effect until terminated by the President. The Secretary of Health and Human Services shall recommend that the President continue, modify, or terminate this proclamation as described in section 5 of Proclamation 9984, as amended.

Sec. 5. Effective Date. This proclamation is effective at 11:59 p.m. eastern daylight time on May 28, 2020. This proclamation does not apply to persons aboard a flight scheduled to arrive in the United States that departed prior to 11:59 p.m. eastern daylight time on May 28, 2020.

Sec. 6. Severability. It is the policy of the United States to enforce this proclamation to the maximum extent possible to advance the national security, public safety, and foreign policy interests of the United States. Accordingly:

(a) if any provision of this proclamation, or the application of any provision to any person or circumstance, is held to be invalid, the remainder of this proclamation and the application of its provisions to any other persons or circumstances shall not be affected thereby; and

(b) if any provision of this proclamation, or the application of any provision to any person or circumstance, is held to be invalid because of the lack of certain procedural requirements, the relevant executive branch officials shall implement those procedural requirements to conform with existing law and with any applicable court orders.

Sec. 7. General Provisions. (a) Nothing in this proclamation shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This proclamation shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This proclamation is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

IN WITNESS WHEREOF, I have hereunto set my hand this
twenty-fourth day of May, in the year of our Lord two thousand twenty, and of the Independence of the United States of America the two hundred and forty-fourth.

DONALD J. TRUMP

# EXHIBIT 24

**PROCLAMATIONS**

# Proclamation on the Suspension of Entry as Immigrants and Nonimmigrants of Certain Additional Persons Who Pose a Risk of Transmitting Coronavirus

— **HEALTHCARE** | Issued on: **February 29, 2020**

★ ★ ★

On January 31, 2020, I issued Proclamation 9984 (Suspension of Entry as Immigrants and Nonimmigrants of Persons Who Pose a Risk of Transmitting 2019 Novel Coronavirus and Other Appropriate Measures To Address This Risk).  I found that the potential for widespread transmission of a novel (new) coronavirus (which has since been renamed "SARS-CoV-2" and causes the disease COVID-19) ("SARS-CoV-2" or "the virus") by infected individuals seeking to enter the United States threatens the security of our transportation system and infrastructure and the national security. Because the outbreak of the virus was (and is) centered in the People's Republic of China, I suspended and limited the entry of all aliens who were physically present within the People's Republic of China, excluding the Special Administrative Regions of Hong Kong and Macau, during the 14-day period preceding their entry or attempted entry into the United States, subject to certain exceptions.

The Centers for Disease Control and Prevention (CDC), a component of the Department of Health and Human Services, has determined that the virus presents a serious public health threat and continues to take steps to prevent its spread.  But CDC, along with State and local health departments, has limited resources, and the public health system could be overwhelmed if sustained human-to-human transmission of the virus occurred in the United States.  Sustained human-to-human transmission has the potential to have cascading public health, economic, national security, and societal consequences.

CDC has determined that the Islamic Republic of Iran (Iran) is experiencing sustained person-to-person transmission of SARS-CoV-2.  As of February 28, 2020, Iran had 388 cases of COVID-19, a significant increase from prior days.  In response to that increase, on February 28, 2020, CDC raised its infectious disease alert to level 3, its highest level, which recommends that travelers avoid all nonessential travel to Iran.  According to the World Health Organization, as of February 28, 2020, 97 COVID-19 cases have been exported from Iran to 11 other countries.

Iran is not a trustworthy state actor, as it has repeatedly demonstrated through its history of engaging in malign activity, and confirmed most recently by its repeated denials of responsibility for shooting down an international airliner.  The United States Government is therefore unable to rely on official information disseminated by Iran, undermining the effective evaluation and monitoring of travelers continuing to arrive from that country.

The potential for undetected transmission of the virus by infected individuals seeking to enter the United States from Iran threatens the security of our transportation system and infrastructure and the national security.  Given the importance of protecting persons within the United States from the threat of this harmful communicable disease, I have determined that it is in the interests of the United States to take action to restrict and suspend the entry into the United States, as immigrants or nonimmigrants, of all aliens who were physically present within Iran during the 14-day period preceding their entry or attempted entry into the United

States.

NOW, THEREFORE, I, DONALD J. TRUMP, President of the United States, by the authority vested in me by the Constitution and the laws of the United States of America, including sections 212(f) and 215(a) of the Immigration and Nationality Act, 8 U.S.C. 1182(f) and 1185(a), and section 301 of title 3, United States Code, hereby find that the unrestricted entry into the United States of persons described in section 1 of this proclamation would, except as provided for in section 2 of this proclamation, be detrimental to the interests of the United States, and that their entry should be subject to certain restrictions, limitations, and exceptions.  I therefore hereby proclaim the following:

Section 1.  Suspension and Limitation on Entry.  The entry into the United States, as immigrants or nonimmigrants, of all aliens who were physically present within the Islamic Republic of Iran during the 14-day period preceding their entry or attempted entry into the United States is hereby suspended and limited subject to section 2 of this proclamation.

Sec. 2.  Scope of Suspension and Limitation on Entry.

(a)  Section 1 of this proclamation shall not apply to:

(i)    any lawful permanent resident of the United States;

(ii)   any alien who is the spouse of a U.S. citizen or lawful permanent resident;

(iii)  any alien who is the parent or legal guardian of a U.S. citizen or lawful permanent resident, provided that the U.S. citizen or lawful permanent resident is unmarried and under the age of 21;

(iv)   any alien who is the sibling of a U.S. citizen or lawful permanent resident, provided that both are unmarried and under the age of 21;

(v)    any alien who is the child, foster child, or ward of a U.S. citizen or lawful permanent resident, or who is a prospective adoptee seeking to enter the United States pursuant to the IR-4 or IH-4 visa classifications;

(vi)    any alien traveling at the invitation of the United States Government for a purpose related to containment or mitigation of the virus;

(vii)   any alien traveling as a nonimmigrant pursuant to a C-1, D, or C-1/D nonimmigrant visa as a crewmember or any alien otherwise traveling to the United States as air or sea crew;

(viii)  any alien

(A)  seeking entry into or transiting the United States pursuant to one of the following visas:  A-1, A-2, C-2, C-3 (as a foreign government official or immediate family member of an official), E-1 (as an employee of TECRO or TECO or the employee's immediate family members), G-1, G-2, G-3, G-4, NATO-1 through NATO-4, or NATO-6 (or seeking to enter as a nonimmigrant in one of those NATO categories); or

(B)  whose travel falls within the scope of section 11 of the United Nations Headquarters Agreement;

(ix)    any alien whose entry would not pose a significant risk of introducing, transmitting, or spreading the virus, as determined by the Secretary of Health and Human Services, through the CDC Director or his designee;

(x)    any alien whose entry would further important United States law enforcement objectives, as determined by the Secretary of State, the Secretary of Homeland Security, or their respective designees, based on a recommendation of the Attorney General or his designee;

(xi)    any alien whose entry would be in the national interest, as determined by the Secretary of State, the Secretary of Homeland Security, or their designees; or

(xii)  members of the U.S. Armed Forces and spouses and children of members of the U.S. Armed Forces.

(b)  Nothing in this proclamation shall be construed to affect any individual's eligibility for asylum, withholding of removal, or protection under the regulations issued pursuant to the legislation implementing the Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, consistent with the laws and regulations of the United States.

Sec. 3.  Implementation and Enforcement.  (a)  The Secretary of State shall implement this proclamation as it applies to visas pursuant to such procedures as the Secretary of State, in consultation with the Secretary of Homeland Security, may establish.  The Secretary of Homeland Security shall implement this proclamation as it applies to the entry of aliens pursuant to such procedures as the Secretary of Homeland Security, in consultation with the Secretary of State, may establish.

(b)  Consistent with applicable law, the Secretary of State, the Secretary of Transportation, and the Secretary of Homeland Security shall ensure that any alien subject to this proclamation does not board an aircraft traveling to the United States.

(c)  The Secretary of Homeland Security may establish standards and procedures to ensure the application of this proclamation at and between all United States ports of entry.

(d)  An alien who circumvents the application of this proclamation through fraud, willful misrepresentation of a material fact, or illegal entry shall be a priority for removal by the Department of Homeland Security.

Sec. 4.  Amendments to Proclamation 9984.  Proclamation 9984 is amended as follows:

(a)  Section 2(a)(viii) of Proclamation 9984 is amended to read as follows:  "(viii)  any

alien (A) seeking entry into or transiting the United States pursuant to one of the following visas:  A-1, A-2, C-2, C-3 (as a foreign government official or immediate family member of an official), E-1 (as an employee of TECRO or TECO or the employee's immediate family members), G-1, G-2, G-3, G-4, NATO-1 through NATO-4, or NATO-6 (or seeking to enter as a nonimmigrant in one of those NATO categories); or (B) whose travel falls within the scope of section 11 of the United Nations Headquarters Agreement;"

(b)  Section 3(c) of Proclamation 9984 is amended to read as follows:  "(c)  The Secretary of Homeland Security may establish standards and procedures to ensure the application of this proclamation at and between all United States ports of entry."

(c)  Section 5 of Proclamation 9984 is amended to read as follows:

"Sec. 5.  Termination.  This proclamation shall remain in effect until terminated by the President.  The Secretary of Health and Human Services shall, as circumstances warrant and no more than 15 days after the date of this proclamation and thereafter on the first and fifteenth day of each calendar month, recommend that the President continue, modify, or terminate this proclamation and any other proclamation suspending or limiting the entry of foreign nationals into the United States as immigrants or nonimmigrants because of the threat posed by the virus."

Sec. 5.  Termination.  This proclamation shall remain in effect until terminated by the President.

Sec. 6.  Effective Date.  This proclamation is effective at 5:00 p.m. eastern standard time on March 2, 2020.  This proclamation does not apply to persons aboard a flight scheduled to arrive in the United States that departed prior to 5:00 p.m. eastern standard time on March 2, 2020.

Sec. 7.  Severability.  It is the policy of the United States to enforce this proclamation to the maximum extent possible to advance the national security, public safety, and

foreign policy interests of the United States.  Accordingly:

(a)  if any provision of this proclamation, or the application of any provision to any person or circumstance, is held to be invalid, the remainder of this proclamation and the application of its provisions to any other persons or circumstances shall not be affected thereby; and

(b)  if any provision of this proclamation, or the application of any provision to any person or circumstance, is held to be invalid because of the lack of certain procedural requirements, the relevant executive branch officials shall implement those procedural requirements to conform with existing law and with any applicable court orders.

Sec. 8.  General Provisions.  (a)  Nothing in this proclamation shall be construed to impair or otherwise affect:

(i)  the authority granted by law to an executive department or agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This proclamation shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This proclamation is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

IN WITNESS WHEREOF, I have hereunto set my hand this twenty-ninth day of February, in the year of our Lord two thousand twenty, and of the Independence of

the United States of America the two hundred and forty-fourth.

DONALD J. TRUMP

# EXHIBIT 25

Directory of telephone annexes of the Foreign Ministry to answer queries SEE MORE (https://cdn.www.gob.pe/uploads/document/file/733501/Directorio_de_anexos.pdf)

1. (/)
2. The state (/estado)
3. RREE (/rree)
4. News (/busquedas?contenido%5B%5D=noticias&institucion=rree)
5. Press release

# Ministry of Foreign Affairs (/rree)

## Press release

Release



March 22, 2020 - 12:00 am

Share (#)
To print (109794-comunicado-de-prensa)
save (109794-comunicado-de-prensa)

Press Release 009-20

As of this date, in order to comply with the best social isolation measures for the benefit of our compatriots, the closure of the Jorge Chávez International Airport facilities has been determined. From today, only state flights will be authorized, that is to say, managed by foreign governments, which will arrive at Air Group N ° 8 in order to repatriate their citizens and who, in an exceptional way, will be able to bring compatriots in a special state of vulnerability, which will be duly evaluated and previously approved by the competent authorities.

With the highest safety and health conditions, under the supervision of MINSA and INDECI, Peruvians arriving on these flights will be referred to specially equipped places of shelter so that these citizens comply with the mandatory quarantine measure outside their home, for a period of fifteen days.

The Government of Peru, and in particular the Ministry of Foreign Affairs through its Consulates abroad, will make their best effort to face the challenges that this pandemic has brought. The Consulates will be reinforced with the staff of our Embassies and will continue to coordinate to provide support to those Peruvians who have been left out of the country, are in need, and require further support to stay in the places where they are currently. .

To those who have the means to stay abroad in this time of border closure, we invoke their deepest understanding and compliance with the quarantine.

Finally, the solidarity of our communities abroad is invoked so that, as they have done on so many other occasions, they can join in this task of supporting Peruvians who for various reasons require assistance at this time. Our Consulates will have channels that make viable any type of assistance that they can offer in these difficult circumstances.

We trust that together we will be able to face this difficult situation.

Share (#)
To print (109794-comunicado-de-prensa)
save (109794-comunicado-de-prensa)

# EXHIBIT 26

7/12/2020
Cuccinelli says rule forcing international students to return home will 'encourage schools to reopen' | TheHill

Case 4:20-cv-04592-JST Document 12-2 Filed 07/13/20 Page 172 of 186



# Cuccinelli says rule forcing international students to retur[n] home will 'encourage schools t[o] reopen'

BY **JOHN BOWDEN** - 07/07/20 04:17 PM EDT

**1,052** SHARES

 SHARE     TW[EET]



Acting Deputy Secretary of Homeland Security Ken Cuccinelli said Tuesday that the department's provision requiring international students to take in-person classes or return home for the fall semester will encourage U.S. schools to reopen campuses.

In an interview with CNN, Cuccinelli said that if schools do not reopen physical campuses, "there isn't a reason" for international students to remain in the U.S.

==**"This is now setting the rules for one semester, which we'll finalize later this month, that will, again, encourage schools to reopen,"**== the secretary said.

 **CNN Politics** ✔ 
@CNNPolitics

Acting Deputy DHS Secretary Ken Cuccinelli defends forcing international students to leave US if classes go online: "This is now setting the rules for one semester, which we'll finalize later this month that will, again, encourage schools to reopen" cnn.it/3gyv7OS

## Just In...

**Mexico surpasses Italy to become nation with fourth-most COVID-19 deaths**
INTERNATIONAL — 3H 5M AGO

**Man completes 1,000-mile trek from Alabama to Minnesota for racial equality**
BLOG BRIEFING ROOM — 3H 46M AGO

**Davis: Supreme Court decision is bad news for Trump, good news for Vance**
OPINION — 4H 37M AGO

**Meadows trying to root out suspected White House leakers by feeding them info: Axios**
ADMINISTRATION — 4H 38M AGO

**New York City reports zero COVID-19 deaths for first time since pandemic hit**
STATE WATCH — 5H 8M AGO

**Appeals court rules first federal execution in 17 years can proceed**
COURT BATTLES — 6H 15M AGO

**Pressley hits DeVos over reopening schools: 'I wouldn't trust you to care for a house plant let alone my child'**
HOUSE — 6H 37M AGO

7/12/2020                    Cuccinelli says rule forcing international students to return home will 'encourage' colleges to reopen | TheHill

Case 4:20-cv-04592-JST  Document 12-2  Filed 07/13/20  Page 173 of 186

## Can Democrats dominate this fall?

**OPINION** — 6H 37M AGO

---

**VIEW ALL**

Related News    by   |▷



Bubba Wallace responds to Trump: 'Even when it's



Live Poll: Are You Voting for Joe Biden?
Sponsored | Paid for by Biden Victory Fund



Birx links coronavirus spikes to states that



Trump says White House will pressure governors



3:40   73.3K views

11:55 AM · Jul 7, 2020                          ⓘ

♡ 254    ⚡ See the latest COVID-19 information on Twitter

Cuccinelli also suggested that the provision, which has yet to be finalized, was still more flexible than the department's current rules, which allow international students to take at most one online class per semester.

"We're expanding the flexibility massively to a level never done before so that schools can use hybrid models," he continued.

"Anything short of 100 percent online" would be acceptable to allow foreign students to stay in the U.S., Cuccinelli added.

While the department's current rules do allow for international students to take one online course per semester, the Student and Exchange Visitor Program (SEVP) had moved in the spring to allow international students to remain in the U.S. while taking spring and summer semester classes online.

SEVP said in its announcement Monday that those who do not comply with the new regulation could face "immigration consequences including, but not limited to, the initiation of removal proceedings."

President Trump's 2016 opponent, former Secretary of State Hillary Clinton, blasted the move on Twitter, labeling it a "cruel, unnecessary, and counterproductive to America's long-term interests."

---

**Sunday shows - Spotlight shifts to reopening schools**

**Devos says CDC guidelines on schools reopening 'meant to be flexible'**

---



Hillary Clinton ✔
@HillaryClinton

This move is cruel, unnecessary, and counterproductive to America's long-term interests. A Trump administration special.

Aaron Reichlin-Melnick @ReichlinMelnick
This is bad. ICE just told students here on student visas that if their school is going online-only this fall, the students must depart the United States and cannot remain through the fall semester. ice.gov/news/releases/...



7:47 AM · Jul 7, 2020                                    (i)

♡  34.5K        💬  11.3K people are Tweeting about this

**TAGS  KEN CUCCINELLI   HILLARY CLINTON   DONALD TRUMP   IMMIGRATION
INTERNATIONAL STUDENTS**



| f  SHARE | 🐦  TWEET | ⤴ |



Do Not Sell My Data

# EXHIBIT 27

Case 4:20-cv-04592-JST  Document 1-2  Filed 07/13/20  Page 176 of 186

CQ Congressional Transcripts
Jun. 30, 2020

---

Jun. 30, 2020 Revised Final

# Senate Health, Education, Labor and Pensions Committee Holds Hearing on Education, Work, and the New Coronavirus

LIST OF PANEL MEMBERS AND WITNESSES

ALEXANDER:

The committee on Health, Education, Labor, and Pensions will please come to order. First, some administrative matters based on the advice of the attending physician and the sergeant-at-arms after consulting with the Department of Health and Human Services and the Centers for Disease Control individuals in the hearing room are seated 6 feet apart. As a result, there's no for the public to attend in-person. Representatives of the press are working as a pool. The hearing may be watched online. An unedited recording will be available on our website www.HELP.senate.gov. All of our witnesses today are participating in person. We thank you for that. Some senators are participating by videoconference.

Before I make my opening statement, I would like to say word about masks. The office of Attending Physician has advised us that we may remove our masks and talk into the microphone as long as we're 6 feet apart, so that is why my mask is off right now because I'm 6 feet away from everybody else, but like many other senators when I'm walking the hallways or on the Senate floor I am wearing a mask. People wear masks because CDC has said quote simple cloth coverings slow the spread of the virus and help people who may have the virus and do not know it from transmitting it to others.

Unfortunately, the simple lifesaving practice become part of the political debate that says this if you are for Trump, you don't wear a mask, if you're against Trump you do. That's why I have suggested that the President occasionally wear a mask even though, in most cases, it's not necessary for him to do so. The President has plenty of admirers; they would follow his lead, it would help end this political debate. The stakes are too high for this political debate about pro-Trump, anti-Trump masks to continue. Around here, senators and staff wear masks because we don't want to make each other sick.

For example, I was exposed to COVID-19 by a presymptomatic staff member on my way to Dulles Airport and, as a result, had to self-quarantine for two weeks. The Senate physician told me that one reason I didn't become infected was because the staff member was wearing a mask and that in the physician's word greatly reduced the chances of an exposure.

It is also a pretty good way to make a statement. I like to wear my plaid mask. Dr. Fauci uses his mask to demonstrate his loyalty to the Washington Nationals. Senator Kaine is either a cowboy or a bandit I'm never sure which. If you want college football to return this fall here's what Coach Phillip Fulmer, our Athletic Director of the University of Tennessee, says if you really, really want to see some football this fall, wear a mask. That might have more influence than anybody else in Tennessee.

The United States is in the midst of a very concerning rise in COVID-19 cases and hospitalizations in many states. The experts in front of us have told us that washing our hands, staying apart, and wearing a mask are three of the most important ways to contain the disease and slow the spread of the virus. I'm grateful to the Rules Committee, the sergeant-at-arms, the press gallery, the architect of the Capitol, the Capitol police, our committee staff, both Democratic and Republican, (INAUDIBLE) and Evan Griffiths and all for their hard work to keep us safe.

Now Senator Murray and I will each have an opening statement, and then we will turn to our witnesses who we thank for being with us today. Each will have five minutes. We would ask you to summarize your--your testimony in five minutes, and then the

7/13/2020 Senate Health, Education, Labor and Pensions Committee Holds Hearing on Education, State and the New Coronavirus

Case 4:20-cv-04592-JST Document 1-2 Filed 07/13/20 Page 177 of 186

REDFIELD:

And--and that's really fundamental to--to be able to operationalize contact tracing and etc. And contact tracing in this case, and I'll be very quick, really doesn't have any value unless you can do it in real time. It doesn't help, like I just did with the airlines, where we had people that were flying infected from Afghanistan and we didn't get the information until day 14, day 15, day 16. It's irrelevant. So, again, we love the partnership to get an integrated public health data system, not just for CDC but for all of our jurisdictions across the nation into one timely, integrated system.

ALEXANDER:

Thank you.

FAUCI:

Senator, thank you for the question about the--

ALEXANDER:

--If you could be succinct. We're well--

FAUCI:

--Yeah--

ALEXANDER:

--Over time.

FAUCI:

We'll be quick. We have a community engagement program that is embedded within the sites where the vaccine trials will be done because we're thoroughly aware of what you're concerned about. And it is a reality, a lack of trust of authority, lack of trust in government, and a concern about vaccines in general. We need to engage the community by boots on the ground and getting community--particularly those populations that have not always been treated fairly by the government, minority populations, African-Americans, Latinx, and Native Americans. And we have a program that's already operable right now to do that. Thank you.

ALEXANDER:

Thank you, Senator Murkowski. Senator Warren?

WARREN:

Thank you very much, Mr. Chairman. Dr. Fauci, you came before the health committee seven weeks ago to discuss the country's response to the COVID-19. And at the time, you told me that the U.S. did not "by any means" have total control over this outbreak. But you also told me that we were "going in the right direction." Now, on the day you testified before the committee, that was May 12th, 2020, there were about 21,000 new cases of coronavirus. Yesterday there were about 40,000 new cases of coronavirus. Dr. Fauci, do these numbers show that the country is still moving "in the right direction" and that the coronavirus pandemic is under control?

7/13/2020　　　　Senate Health, Education, Labor and Pensions Committee Holds Hearing on Education, Work, and the New Coronavirus

Case 4:20-cv-04592-JST Document 1-2 Filed 07/13/20 Page 178 of 186

FAUCI:

Well, I think the numbers speak for themselves. Although we do have a number of parts of the country that are doing well, I'm very concerned about what's going on right now, particularly in the four states that are accounting for about 50 percent of the new infections, but the other vulnerable states. So, I'd have to say that the numbers speak for themselves. I'm very concerned and I'm not satisfied with what's going on because we're going in the wrong direction if you look at the curves and the new cases. So, we really got to do something about that, and we need to do it quickly. Short answer to your question is--

WARREN:

--So--

FAUCI:

--That clearly we are not in total control right now.

WARREN:

Thank you. Thank you very much. You know our case numbers are getting worse and our death rates are going to get worse soon.

During the same period of time, so other countries around the world have controlled the virus. They're reporting fewer cases each day and they are able to provide targeted testing and to keep it up so that they can tell what's happening and follow-up if there is an outbreak. In other words, controlling the coronavirus can be done. But because of bad federal leadership, we have not been able to do this here in the United States.

So, Dr. Fauci, the last time you were before this committee you told me that if the U.S. did not have "an adequate response," that the country would "have the deleterious consequences of more infections and more deaths." Now, I know that we've made some progress, but half measures won't save lives. Dr. Fauci, I'm asking you to be very direct with all of us on this. If we don't fully implement the widespread testing, contact tracing programs, and social distancing practices that everyone seems to agree that we need, can we expect these spikes in infection to keep happening in different places around the country?

FAUCI:

Thank you, Senator. I'm always direct with you. And I'll tell you in direct answer to question that if you look at what's going on and just look at some of the film clips that you've seen of people congregating, often without masks, of being in crowds, and jumping over and avoiding and not paying attention to the guidelines that we very carefully put out, we are going to continue to be in a lot of trouble. And there's going to be a lot of hurt if that does not stop. And that gets to--

WARREN:

--Okay. So, if we don't--

FAUCI:

--No, I was--

WARREN:

--Get our act together, more and more communities around the country are going to see these dangerous surges--

7/13/2020                Senate Health, Education, Labor and Pensions Committee Holds Hearing on Safely Getting Back to Work, and to School, amid the Novel Coronavirus

Case 4:20-cv-04592-JST   Document 12-2   Filed 07/13/20   Page 179 of 186

FAUCI:
--Right--

WARREN:
--Of COVID-19. Dr. Fauci, back in March, you also said "looking at what we're seeing now," you expected there to be between 100,000 and 200,000 coronavirus deaths and millions of infections in the U.S. So, let's flash forward to late June. Here we are at the end of June. We've already seen 126,000 deaths with infection rates rising rapidly. Dr. Fauci, based on what you are seeing now how many COVID-19 deaths and infections should America expect before this is all over?

==FAUCI:==

==I can't make an accurate prediction but it is going to be very disturbing I== will guarantee you that because when you have an outbreak in one part of the country even though in other parts of the country they are doing well they are vulnerable. I made that point very clearly last week at a press conference. We can't just focus on those areas that are having me search and it puts the entire country at risk. We are now having 40+ thousand new cases a day. I would not be surprised if we go up to 100,000 a day if this does not turn around and so I am very concerned.

WARREN:
Can you make any kind of estimate on what we are looking at overall on the number of deaths before this is over? You made an estimate back in March between 100,000 and 200,000 but we have a lot more information now. We are already at 126,000 deaths.

FAUCI:
I--I can't make an estimation because that would have to be modeled out because when models are done and that is where those original numbers came from, Senator. As I have said very often models are as good as the assumptions that you put into the model and those assumptions often change depending upon what your responses so I would really be hesitant to give a number that will come back in either be contradicted, overblown or under blown but I think it's important to tell you in the American public that I'm very concerned because it could get very bad.

WARREN:
All right. I--I appreciate that, Dr. Fauci. Look, we all want our economy to recover--

ALEXANDER:
We are well over time, Senator Warren.

WARREN:
I just want the same time that my Republican colleagues got because I want to say--

ALEXANDER:
All right then your--then your time is up, Senator Warren.

WARREN:

7/13/2020     Senate Health, Education, Labor and Pensions Committee Holds Hearing on Education, More, and the New Coronavirus

Case 4:20-cv-04592-JST Document 12-2 Filed 07/13/20 Page 180 of 186

We can't keep pretending--

ALEXANDER:

Senator Warren, I am being just as fair to you as I was to Senator Sanders--

WARREN:

My Republican colleagues got a lot more time.

ALEXANDER:

Senator Warren--

WARREN:

Mr. Chairman--

ALEXANDER:

I always treat you fairly and I would appreciate your respecting the Chairman's rules. If you would like to make a closing statement go ahead and do it but I don't appreciate your questioning the fairness (INAUDIBLE) in presiding over the hearing because I have been scrupulous--

WARREN:

Based on what others had done that you are allowing more time since we had such important witnesses.

ALEXANDER:

When you are Chairman you can--you can make that--you can make those decisions.

WARREN:

Thank you. You know, I just want to make the point that we can't keep pretending this virus is getting better when it isn't. That is how we end up with masses like the situation in Texas racing to reopen too soon and then scrambling to close down before the hospitals get completely overwhelmed. If we don't get our act together this is our future seesawing back and forth between two few restrictions and then exploding cases and repeated shutdowns. In this future thousands more Americans will die and our economy will be brought to its knees. We've got to have a national strategy that makes testing available to every school and business, every hospital, every church, anywhere that Americans come together. We need to expand contact tracing and we need leaders starting with President Trump who have enough backbone to face reality, distribute our resources, set our standards and stick to them because if we don't the result is going to be more economic wreckage and more death. Thank you Mr. Chairman.

ALEXANDER:

Thank you, Senator Warren. What I have tried to do in this hearing is to ask senators to stay within five minutes and the answers within five minutes and if the answers go beyond that I have tried to be respectful of that but I would ask senators not to ask their questions well past five minutes and then expect to make a speech at the end. Senator Scott?

SCOTT:

Case 4:20-cv-04592-JST   Document 1-2   Filed 07/13/20   Page 181 of 186

REDFIELD:

Thank you, Mr. Chairman. I think the most important thing that I can say is that when it comes to public health threats our nation needs to be over prepared not underprepared. And as I mentioned before decades of underinvestment--investment in the core capabilities of public health, data modernization, laboratory resilience, workforce, emergency response I think is fundamental. We have really been hit with this simple virus and I think at the end of the day it is going to cost our nation trillions of dollars and I think that we have a moment in time where I think people are attuned and I would say now is the time to make the necessary investment in our public health at the local, tribal, state, and federal level so that this nation finally has the public health system not only that it needs, but that it deserves.

ALEXANDER:

Admiral Giroir?

GIROIR:

Of course I agree completely with my colleagues and we're all singing from the same hymnal here. I'll say three things. Number one comment data infrastructure is really important. When we came into this, we didn't know how many ventilators were in use, how many tests were out there, where the test potted positive or negative, who was being tested.

I mean, the complete soup to nuts infrastructure that we need to make decisions. You need those data to make decisions and allocate resources. And now that we built this on the fly, but we absolutely have to invest in that.

Secondly, I would say resiliency of the health care system. Yes, we need to attack COVID, but what happens to everything else? We've seen cancer screenings go down by 80%, childhood immunizations plummet. Just about every other thing in the health care system was sacrificed for our COVID response. So it's not just the pandemic response, but it's everything else we need to do.

And the third thing I would say as we continue to have to focus on health disparities. If everyone was healthier in this country, if we invested into those--to hypertension, diabetes, obesity come all the things that could bring the general health up, you would not see as horrible of outcomes as we have in any pandemic. So working on health disparities that have been here for decades is, I think, critical to raise our in general health and prepare us for whatever is going to hit us.

ALEXANDER:

Dr. Hahn, (INAUDIBLE) you can have the last word.

HAHN:

Thank you, Mr. Chairman. First of all, thanks for your leadership and your white paper. I think that's really important to put this conversation forward. There are two things I wanted to emphasize. One is the data modernization, but from an FDA perspective, it's a very manual process to number one collect data on demand and also the supply chain.

We need a very robust system to understand that. We also need a robust real-world evidence approach so that when we make decisions in real time during an emergency, doctors do that all the time, agencies do that, particularly doing during public health emergencies, we have the appropriate data infrastructure to collect real-world evidence and feedback into our decisions and then revise those decisions as needed. Critically important for the agency.

And the second thing is linked, and that is to my previous comments that Senator Loeffler asked about, we absolutely need redundancy in the supply chain. We need redundancy in manufacturing, and we need to emphasize the importance of

domestic manufacturing. Thank you.

ALEXANDER:

Thank you, Dr. Hahn. Well, the one thing this sneaky, dangerous virus has reminded us is that there will be another sneaky, dangerous virus one day. And--and we know from experience that it may be easier to take the steps you just described while our eye is on the ball rather than between pandemics because we get interested in other issues.

I'm grateful to the witnesses for your time. I thank the senators on both sides of the aisle for really careful, insightful, and courteous questioning. The hearing record will remain open for 10 days. Members may submit additional information Within that time if they would like. Thank you for being here. The committee will stand adjourned.

List of Panel Members and Witnesses

PANEL MEMBERS:

SEN. LAMAR ALEXANDER (R-TENN.), CHAIRMAN

SEN. MICHAEL B. ENZI (R-WYO.)

SEN. RICHARD M. BURR (R-N.C.)

SEN. JOHNNY ISAKSON (R-GA.)

SEN. RAND PAUL (R-KY.)

SEN. SUSAN COLLINS (R-MAINE)

SEN. BILL CASSIDY (R-LA.)

SEN. PAT ROBERTS (R-KAN.)

SEN. LISA MURKOWSKI (R-ALASKA)

SEN. TIM SCOTT (R-S.C.)

SEN. MITT ROMNEY (R-UTAH)

SEN. MIKE BRAUN (R-IND.)

SEN. KELLY LOEFFLER (R-GA.)

SEN. PATTY MURRAY (D-WASH.), RANKING MEMBER

SEN. BERNIE SANDERS (I-VT.)

SEN. BOB CASEY (D-PA.)

SEN. TAMMY BALDWIN (D-WIS.)

SEN. CHRISTOPHER S. MURPHY (D-CONN.)

SEN. ELIZABETH WARREN (D-MASS.)

SEN. TIM KAINE (D-VA.)

SEN. MAGGIE HASSAN (D-N.H.)

SEN. TINA SMITH (D-MINN.)

SEN. DOUG JONES (D-ALA.)

SEN. JACKY ROSEN (D-NEV.)

WITNESSES:

FOOD AND DRUG ADMINISTRATION COMMISSIONER STEPHEN M.  HAHN

NATIONAL INSTITUTE FOR ALLERGY AND INFECTIOUS DISEASES DIRECTOR ANTHONY S. FAUCI

CDC DIRECTOR ROBERT R. REDFIELD

Testimony & Transcripts

Complete written testimony for this event June 30, 2020

About Senate Health, Education, Labor and Pensions

 Staff

Hearing

Transcripts

Testimony

Committee Reports

 Associated Bills

 Schedules 

Markup

 Amendments

© 2020 · CQ - Roll Call, Inc · All Rights Reserved.

1625 Eye Street, Suite 200 · Washington, D.C. 20006-4681 · 202-650-6500

About CQ · Help · Privacy Policy · Masthead Terms & Conditions

# EXHIBIT 28



# Fauci says hard-hit states shou 'pausing' the reopening proces

BY **PETER SULLIVAN** - 07/09/20 11:41 AM EDT

**7,743** SHARES

 

## Just In...

**Mexico surpasses Italy to become nation with fourth-most COVID-19 deaths**
INTERNATIONAL — 3H 20M AGO

**Man completes 1,000-mile trek from Alabama to Minnesota for racial equality**
BLOG BRIEFING ROOM — 4H 1M AGO

**Davis: Supreme Court decision is bad news for Trump, good news for Vance**
OPINION — 4H 53M AGO

**Meadows trying to root out suspected White House leakers by feeding them info: Axios**
ADMINISTRATION — 4H 53M AGO

**New York City reports zero COVID-19 deaths for first time since pandemic hit**
STATE WATCH — 5H 23M AGO

**Appeals court rules first federal execution in 17 years can proceed**
COURT BATTLES — 6H 30M AGO

**Pressley hits DeVos over reopening schools: 'I wouldn't trust you to care for a house plant let alone my child'**
HOUSE — 6H 52M AGO



Fauci warns against 'false complacency' on COVI…

Anthony Fauci, the nation's top infectious disease expert, said Thursday that hard-hit states should not be moving forward with reopening, but stopped short of calling for full shutdowns.

"I would think we need to get the states pausing in their opening process, looking at what did not work well and try to mitigate that," Fauci, a member of the White House coronavirus task force, told The Hill's Steve Clemons. "I don't think we need to go back to an extreme of shutting down."

Fauci struck a different note than he did a day earlier in an interview with The Wall Street Journal when he said states should consider shutdowns.

"I think any state that is having a serious problem, that state should seriously look at shutting down," he said Wednesday. "It's not for me to say because each state is different."

On Thursday, though, he softened his remarks, saying, "I would hope we don't have to resort to shutdown."

He added that shutdowns "would not be viewed very favorably."

Speaking at an event hosted by The Hill and sponsored by the Biosimilars Forum, he said hard-hit states should take steps like closing bars, which many have done in recent days, and avoiding large gatherings.

He pointed to California, Arizona, Texas and Florida as accounting for 50 percent of new infections.

**Can Democrats dominate this fall?**

**OPINION** — 6H 52M AGO

VIEW ALL

"We've got to get them to do very fundamental things," Fauci said. "Closing bars, avoiding congregations of large numbers of people, getting the citizenry in those states to wear masks, maintain six foot distance, [and washing hands]."

"If we can do that consistently, I would tell you almost certainly you're going to see a downturn in those infections," he added.

As new cases have spiked to around 60,000 per day in the United States, Fauci had a somber assessment.

"We've been hit harder than any country in the world," he said.

In contrast, President Trump has continued to downplay the worsening outbreak, tweeting on Thursday that the new cases are simply the result of more testing, despite experts widely saying that is not true. Experts point out that the percentage of tests that come back positive is rising as are hospitalizations in key states, signs that the outbreak cannot be blamed solely on more testing.

Trump also earlier encouraged states to quickly reopen their economies.

> **US testing official: 'Dr. Fauci is not 100 percent right'**
>
> **Sunday shows - Spotlight shifts to reopening schools**

Fauci said Thursday that some Southern states now being hit hard reopened too soon, and not in accordance with the benchmarks in the White House guidelines.

"What we've seen, unfortunately, is that in some of the southern states, the states have not really followed those guidelines in some respects and jumped over the benchmarks," Fauci said.

*--Updated at 11:50 a.m.*

TAGS   **ANTHONY FAUCI**   **DONALD TRUMP**   **CORONAVIRUS**   **ECONOMY REOPENING**

**f**   SHARE     **t**   TWEET

Related News   by



South Dakota governor criticizes removal of...



Read This Before You Renew Amazon Prime...
Sponsored | Wikibuy



Woman who allegedly coughed on baby loses...



Do Not Sell My Data