# CERTIFICATE OF SERVICE

Case Name:    ***State of Cal. v. U.S. DHS, et al.***        No.    **4:20-cv-04592-JST (N.D. Cal.)**

I hereby certify that on <u>July 13, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **Plaintiff's Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof**
- **[Proposed] Order Granting Plaintiff's Motion for Preliminary Injunction**
- **Request for Judicial Notice in Support of Plaintiff's Motion for Preliminary ` Injunction**
- **Appendix of Declarations in Support of Plaintiff's Motion for Preliminary Injunction**
- **Stipulated Request to Establish Briefing and Hearing Schedule**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>July 13, 2020</u>, I will serve the documents above by transmitting a true copy via electronic mail to the following non-CM/ECF participants who have agreed to accept electronic service of all documents filed today:

Sara Winslow
Chief, Civil Division
U.S. Department of Justice
450 Golden Gate Ave., 9th Floor
San Francisco, CA 94102
Phone:  (415) 436-6925
Email: sara.winslow@usdoj.gov

*Attorney for Defendants*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 13, 2020</u>, at San Diego, California.

|  |  |
|---|---|
| Sean Puttick | /s/ Sean Puttick |
| Declarant | Signature |

LA2020601515