UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>  Defendants. | Case No. 20-cv-04592-JST<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION**<br><br>Re: ECF Nos. 11, 12 |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>  Defendants. | Case No. 20-cv-04621-JST<br><br>Re: ECF Nos. 4, 14, 15 |

Plaintiffs in these related cases have filed separate motions for a preliminary injunction. Case No. 20-cv-4592 ("*California*"), ECF No. 12; Case No. 20-cv-4621 ("*Regents*"), ECF No. 14. The parties have filed a stipulation requesting an expedited briefing and hearing schedule on both motions. *California* ECF No. 11. The Court grants the request in part as follows:

1. Defendants' joint opposition to Plaintiffs' motions for a preliminary injunction shall be filed no later than July 16, 2020. It shall not exceed 30 pages.

2. Plaintiffs' separate reply briefs shall be filed no later than July 20, 2020.

3. Any motions for leave to file amicus briefs shall be filed no later than July 20, 2020. Amicus briefs shall not exceed 15 pages.

4. All briefing deadlines in this order occur at 5:00 p.m. Pacific time.

5. The motions will be heard on July 24, 2020, at 10:00 a.m., via Zoom webinar, with credentials to be provided by separate Clerk's notice.

The Regents of the University of California "has agreed to proceed with [its] Motion for a Preliminary Injunction, in lieu of its Motion for a Temporary Restraining Order." *Regents* ECF No. 14 at 6 n.2. Accordingly, the Regents' motion for temporary restraining order, *Regents* ECF No. 4, is terminated as moot. The Regents' motion to shorten time, *Regents* ECF No. 15, is also terminated as moot.

**IT IS SO ORDERED.**

Dated: July 14, 2020

_____
JON S. TIGAR
United States District Judge