DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7025
    FAX: (415) 436-6925
    Sara.winslow@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE STATE OF CALIFORNIA,<br>        Plaintiff,<br>v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br>        Defendants. | Case No. 20-cv-4592-JST |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br>        PLAINTIFF,<br>v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br>        Defendants. | Case No. 20-cv-4621-JST<br><br>**STIPULATION;**<br>**[PROPOSED] ORDER** |

      Plaintiffs and Defendants in the two above-captioned cases, by and through their attorneys of record, hereby stipulate as follows.

    1.   Defendants have agreed to rescind, on a nationwide basis, the July 6, 2020 Broadcast Message and the July 7, 2020 FAQ at issue in the above-captioned cases, and have also agreed to rescind their implementation. This will preclude enforcement of the July 6, 2020

STIPULATION
20-CV-4592-JST; 20-CV-4621-JST         1

1 | Broadcast Message and July 7, 2020 FAQ.  Defendants have agreed to return to the March 9, 2020 and March 13, 2020 policy published at https://www.ice.gov/coronavirus.

2. Defendants' rescission of the July 6, 2020 Broadcast Message and July 7, 2020 FAQ, and agreement to return to the status quo of the March 9 and March 13 policies, when implemented, will moot Plaintiffs' motions for temporary restraining order (Case No. 20-cv-4621, ECF 4) and preliminary injunction (Case No. 20-cv-4592, ECF 12; Case No. 20-cv-4621, ECF 14) motions, and Plaintiffs hereby withdraw those motions at this time, as well as their request for expedited briefing and hearing on the motions.

3. The parties will meet and confer with respect to Defendants' implementation of the rescission of the July 6, 2020 Broadcast Message and July 7, 2020 FAQ, and will provide a Status Report by July 21, 2020.

IT IS SO STIPULATED.

Respectfully submitted,

Date: July 14, 2020

DAVID L. ANDERSON
United States Attorney
*/s/*
SARA WINSLOW
Assistant United States Attorney
Attorneys for Defendants

XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
DOMONIQUE C. ALCARAZ
LEE I. SHERMAN
JASLEEN SINGH

Date: July 14, 2020

*/s/*
MARISSA MALOUFF
Deputy Attorneys General
Attorneys for Plaintiff State of California,
Case No. 20-cv-4592

Date: July 14, 2020

CROWELL & MORING LLP
*/s/*
Jennifer S. Romano
A. Marisa Chun
Molly A. Jones
Attorneys for Plaintiff Regents of the University of California, Case No. 20-cv-4621

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The motion hearing set for July 24, 2020 at 10:00 a.m. is hereby vacated.

Dated:  July 15, 2020

_____
HONORABLE JON S. TIGAR
United States District Judge

STIPULATION
20-CV-4592-JST; 20-CV-4621-JST                    3