XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
DOMONIQUE C. ALCARAZ
LEE I. SHERMAN
JASLEEN SINGH
MARISSA MALOUFF (SBN #316046)
Deputy Attorneys General
  300 S. Spring St., Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6467
  Fax: (213) 897-7605
  E-mail: Marissa.Malouff@doj.ca.gov
*Attorneys for State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,**<br><br>Defendants.<br><br>**REGENTS OF THE UNIVERSITY OF CALIFORNIA,**<br><br>Plaintiff,<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,**<br><br>Defendants. | Case No.    4:20-cv-04592-JST<br>Case No.    3:20-cv-04621-JST<br><br>**JOINT STATUS REPORT** |

# JOINT STATUS REPORT

Pursuant to the Court's direction that the parties submit a Status Report by July 21, 2020, the parties report as follows:

1. On July 14, 2020, the parties entered into a stipulation agreeing that Defendants would rescind the July 6, 2020 Broadcast Message and July 7, 2020 Frequently Asked Questions (together, July 6 and July 7 policies) at issue in the above-captioned cases. Accordingly, the Plaintiffs agreed to withdraw the motion for temporary restraining order (Case No. 20-cv-4621, ECF 4), motions for preliminary injunction (Case No. 20-cv-4592, ECF 12; Case No. 20-cv-4621, ECF 14), and their request for expedited briefing and hearing on those motions. Based on the stipulation and agreement to withdraw, the Court ordered that the hearing on the motions be cancelled.

2. Defendants removed the July 6 and July 7 policies from the U.S. Immigration and Customs (ICE) website. On July 15, 2020, Defendants issued an updated FAQ document, which they assert was intended to remove the July 7 FAQs.[1] However, Defendants have not published or otherwise released any express notification or statement that the July 6 and July 7 policies have been rescinded.

3. The ICE website still includes a news release dated July 6, 2020, which is consistent with the July 6 and July 7 policies, and includes the directive in the July 6 and July 7 policies that F-1 students in the United States may not take a full course load of online study, and that M-1 students may not take any online courses. As of the time of this filing, the news release continued to be available on the ICE website.[2] Defendants note that they have not removed the press release from the website because it was news at the time it was issued, but they have added a banner to the press release directing readers to the COVID-19 guidance page, which was updated on July 15 and does not contain the July 6 or 7 guidance, but does include the March guidance.

---

[1] The FAQ is available at: https://www.ice.gov/doclib/coronavirus/covid19faq.pdf.
[2] The news release can be found here: https://www.ice.gov/news/releases/sevp-modifies-temporary-exemptions-nonimmigrant-students-taking-online-courses-during.

4.  In addition, the U.S. Department of State Foreign Affairs Manual and Handbook continues to contain content that is consistent with the July 6 and 7 policies.

5.  The parties continue to meet and confer regarding Defendants' implementation of the rescission of the July 6 and July 7 policies and will provide a status report to the Court on or before August 4, 2020.

Dated July 21, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
DOMONIQUE C. ALCARAZ
LEE I. SHERMAN
JASLEEN SINGH

*/s/ Marissa Malouff*

MARISSA MALOUFF
Deputy Attorneys General
*Attorneys for Plaintiff State of California in 4:20-cv-04592-JST*


CROWELL & MORING LLP


*/s/ Jennifer S. Romano*

Jennifer S. Romano
A. Marisa Chun
Molly A. Jones

*Attorneys for Plaintiff The Regents of the University of California in 3:20-cv-04621-JST*

DAVID L. ANDERSON
United States Attorney for the Northern District of California

*/s/ Sara Winslow*

Sara Winslow
Chief, Civil Division
Sara.winslow@usdoj.gov
Tel: (415) 436-6925
450 Golden Gate Ave., 9th Floor
San Francisco, CA 94102-3495
*Counsel for Defendants*

2

**ATTESTATION OF SIGNATURE**

I, Marissa Malouff, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California that concurrence in the filing of this document has been obtained from each signatory hereto.

<u>/s/ Marissa Malouff</u>

MARISSA MALOUFF
Deputy Attorney General
*Attorney for Plaintiff State of California in 4:20-cv-04592-JST*

3

*State of California v. DHS, et al.*, 4:20-cv-04592-JST Joint Status Report
*Regents of the University of California v. DHS, et al.*, 3:20-cv-04621 Joint Status Report