1  XAVIER BECERRA
   Attorney General of California
2  MICHAEL L. NEWMAN
   Senior Assistant Attorney General
3  DOMONIQUE C. ALCARAZ
4  JASLEEN SINGH
   LEE I. SHERMAN
5  MARISSA MALOUFF (SBN #316046)
   Deputy Attorneys General
6  300 S. Spring St., Suite 1702
7   Los Angeles, CA 90013
    Telephone: (213) 269-6467
8   Fax: (213) 897-7605
    E-mail: Marissa.Malouff@doj.ca.gov
9  *Attorneys for State of California*

10

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                      OAKLAND DIVISION

14

15 | **THE STATE OF CALIFORNIA,** | Case No. 4:20-cv-04592-JST |
16 | Plaintiff, | **PROOFS OF SERVICE** |
17 | v. | |
18 | | |
19 | **U.S. DEPARTMENT OF HOMELAND** | |
   | **SECURITY; U.S. IMMIGRATION AND** | |
20 | **CUSTOMS ENFORCEMENT; CHAD F.** | |
   | **WOLF, in his official capacity as Acting** | |
21 | **Secretary of the United States Department** | |
   | **of Homeland Security; and MATTHEW** | |
22 | **ALBENCE, in his official capacity as Acting** | |
23 | **Director of U.S. Immigration and Customs** | |
   | **Enforcement,** | |
24 | Defendants. | |
25

26

27

28

**PROOF OF SERVICE**

UNITED STATES DISTRICT COURT   )
SAN FRANCISCO DIVISION       )

      I am employed by Ace Attorney Service, Inc. in the County of Alameda, State of California.  I am over the age of eighteen (18) years and not a party to the within action; my business address is: 1000 Broadway, Suite 340, Oakland, California 94607.

On **July 13, 2020**, I personally served the document(s) as described below:

      SEE ATTACHED LIST OF DOCUMENTS

on the interested parties in this action by delivering a copy of said document(s) to the party listed below:

David L. Anderson, Esq.
U.S. ATTORNEY, NORTHERN DISTRICT
450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102

[ ]    (BY MAIL)   I am readily familiar with the firm's practice of collection and processing correspondence by mailing.   Under that practice it would be deposited with U.S. postal service on that same day with postage fully prepaid at Oakland, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    (BY FACSIMILE) I caused such document to be delivered by facsimile transmission to the offices of the addressee.

[X]   **(BY PERSONAL DELIVERY)** I delivered such documents by hand to the office of the addressee.

[ ]    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 20, 2020 at Oakland, California.

    __JAKE ATKINSON__
      PRINT NAME                             SIGNATURE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

### THE STATE OF CALIFORNIA
### v.
### U.S. DEPARTMENT OF HOMELAND SECURITY; et al.

### CASE NUMBER: 20-cv-04592

1. COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF;

2. CIVIL CASE COVER SHEET;

3. SUMMONS IN A CIVIL ACTION RE: U.S DEPARTMENT OF HOMELAND SECURITY OFFICE OF THE GENERAL COUNSEL;

4. SUMMONS IN A CIVIL ACTION RE: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;

5. SUMMONS IN A CIVIL ACTION RE: HONORABLE CHAD F. WOLF ACTING SECRETARY OF HOMELAND SECURITY U.S. DEPARTMENT OF HOMELAND SECURITY;

6. SUMMONS IN A CIVIL ACTION RE: MATTHEW ALBENCE ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT  U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;

7. CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION;

8. APPEARANCE OF COUNSEL RE: CASE NO.: 3:20-cv-04592;

9. APPEARANE OF COUNSEL RE: CASE NO.: 22-cv-04592;

10. NOTICE OF ELECTRONIC FILING;

11. ORDER SETTING INITIAL MANAGEMENT CONFERENCE AND ADR DEADLINES;

12. NOTICE OF ELIGIBILITY FOR VIDEO RECORDING;

13. ECF REGITRATION INFORMATION;

14. STANDING ORDER FOR ALL CIVIL CASE BEFORE DISTRICT JUDGE JONS S. TIGAR;

15. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

16. CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;

17. NOTICE OF LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS;

18. WAIVER OF THE SERVICE OF SUMMONS

## DECLARATION OF SERVICE BY CERTIFIED MAIL

Case Name:     *State of California v. U.S. Dep't of Homeland Sec., et al.*

No.:           20-cv-04592-JST

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On July 13, 2020, I served the attached:

- **Complaint (ECF No. 1)**
- **Civil Cover Sheet (ECF No. 1-1)**
- **Proposed Summons (ECF No. 2)**
- **Consent or Declination to Magistrate Judge Jurisdiction (ECF No. 3)**
- **Appearance of Counsel (ECF No. 4)**
- **Appearance of Counsel (ECF No. 5)**
- **Case Assignment (ECF No. 6)**
- **Appearance of Counsel (ECF No. 7)**
- **Summons (ECF No. 8)**
- **Order Setting Initial CMC (ECF No. 9)**
- **Notice of Eligibility for Video Recording (ECF No. 9-1)**
- **Notice of a Lawsuit and Request to Waive Service of a Summons**
- **Waiver of the Service of Summons**
- **Standing Order for All Judges of the Northern District of California - Contents of Joint Case Management Statement**
- **ECF Registration Information**
- **Notice of Availability of Magistrate Judge to Exercise Jurisdiction**
- **JST-Standing-Order**

by placing a true copy thereof enclosed in a sealed envelope as certified mail and return receipt requested, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Ste. 11000, San Francisco, CA 94102-7004, addressed as follows:

U.S. Department of Homeland Security
Office of the General Counsel
2707 Martin Luther King Jr. Ave. SE
MS 0485
Washington, DC 20528-0525
*Certified Mail No.: 7005 1160 0001 7465 5213*

U.S. Immigration and Customs Enforcement
500 12th St, SW
Washington, D.C. 20536
*Certified Mail No.: 7005 1160 0001 7465 5220*
The Honorable Chad F. Wolf
Acting Secretary of Homeland Security
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave. SE
Washington, DC 20528-0525
*Certified Mail No.: 7005 1160 0001 7465 5237*

Matthew Albence
Acting Director of U.S. Immigration and Customs Enforcement
U.S. Immigration and Customs Enforcement
500 12th St, SW
Washington, D.C. 20536
*Certified Mail No.: 7005 1160 0001 7465 5244*

I declare under penalty of perjury under the law of the State of California the foregoing is true
and correct and that this declaration was executed on July 13, 2020, at San Francisco, California.

| | |
|---|---|
| _____ | _____ |
| N. Codling | |
| Declarant | Signature |

LA2020601515

# CERTIFICATE OF SERVICE

Case Name:   ***State of Cal. v. U.S. DHS, et al.***     No.   **4:20-cv-04592-JST (N.D. Cal.)**

I hereby certify that on July 13, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **Plaintiff's Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof**
- **[Proposed] Order Granting Plaintiff's Motion for Preliminary Injunction**
- **Request for Judicial Notice in Support of Plaintiff's Motion for Preliminary ` Injunction**
- **Appendix of Declarations in Support of Plaintiff's Motion for Preliminary Injunction**
- **Stipulated Request to Establish Briefing and Hearing Schedule**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.

I further certify that some of the participants in the case are not registered CM/ECF users.  On July 13, 2020, I will serve the documents above by transmitting a true copy via electronic mail to the following non-CM/ECF participants who have agreed to accept electronic service of all documents filed today:

Sara Winslow
Chief, Civil Division
U.S. Department of Justice
450 Golden Gate Ave., 9th Floor
San Francisco, CA 94102
Phone:  (415) 436-6925
Email: sara.winslow@usdoj.gov

*Attorney for Defendants*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 13, 2020, at San Diego, California.

| Sean Puttick | /s/ Sean Puttick |
|---|---|
| Declarant | Signature |

LA2020601515